DOCUMENTS UNDER SEAL ☐    TOTAL TIME (mins):    12:09-12:22-13 mins.

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Rose Maher- by Zoom | REPORTER/FTR<br>Reporter: Ruth Ekhaus-by Zoom | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>Thomas S. Hixson-by Zoom | DATE<br>8/31/2020 | NEW CASE ☐ | CASE NUMBER<br>3:20-mj-71168 JCS-1 |

## APPEARANCES

| DEFENDANT<br>Joseph Sullivan-by Zoom | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>David Angeli-by Zoom | PD. ☐   RET. ☒<br>APPT. ☐ |
|---|---|---|---|---|---|

U.S. ATTORNEY Katherine Wawrzyniak and Andrew Dawson-by Zoom    INTERPRETER n/a    FIN. AFFT SUBMITTED ☐    COUNSEL APPT'D ☐

PROBATION OFFICER    PRETRIAL SERVICES OFFICER Elba Romero- by Zoom    DEF ELIGIBLE FOR APPT'D COUNSEL ☐    PARTIAL PAYMENT OF CJA FEES ☐

## PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>held-complaint | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 1 million-unsec. | SPECIAL NOTES<br>Bond is issued for next 8 days: 9/8/2020 | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY TO BE POSTED    ☐ CASH $    CORPORATE SECURITY ☐    REAL PROPERTY: ☐

| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT IV- for Limited Report | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO:<br>9/8/2020 | ☐ ATTY APPT HEARING | ☒ ~~BOND HEARING~~ Bail Review Hearing | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>2:00 pm | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS<br>re arraign/Prelim.hrg. |
| BEFORE HON.<br>Judge Hixson | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

Def. consents to proceed with hearing by Zoom Video Conference. Bond issued for $1 million, unsecured, until 9/8/2020. Court orders defendant to remain on release by Bond. Govt. moves to exclude time for effective preparation of counsel. Court orders time excluded btwn: 8/31/2020-9/8/2020.

DOCUMENT NUMBER: