| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 2:02-2:15-13 mins. | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK: Rose Maher- by Zoom | REPORTER/FTR: Reporter: Debra Pas-by Zoom | |
| MAGISTRATE JUDGE: Thomas S. Hixson-by Zoom | DATE: 9/8/2020 at 2:00 pm-TSH regular Cal. | NEW CASE ☐ | CASE NUMBER: 3:20-cr-0337 WHO |

### APPEARANCES

| DEFENDANT: Joseph Sullivan-by Zoom | AGE: 52 | CUST: B | P/NP: P | ATTORNEY FOR DEFENDANT: David Angeli-by Zoom | PD. ☐  RET. ☒  APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY: Andrew Dawson-by Zoom | INTERPRETER: n/a | | FIN. AFFT SUBMITTED ☐ | | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER: Jalei Kinder- by Zoom | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR on Indict. | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS HELD ☐ TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT on Indict. | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☒ PASSPORT SURRENDERED DATE: 9/9/2020 |
|---|---|---|---|---|
| ☐ PROPERTY TO BE POSTED  ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR ~~DETENTION~~ Secured Bond | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 9/17/2020 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 1:30 pm | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS |
| BEFORE HON. Judge Orrick | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Def. consents to proceed w/ hrg. by Zoom. Govt. moves to have Bond secured by property. Govt's /Def's proffer heard. Matter submitted; Court denies Govt's request to secure Bond w/ property. Govt. moves to exclude time under Rule 5.1, Speedy Trial Act; effective preparation of counsel. Court orders time excluded betwn.: 9/8/2020-9/17/2020. Def. Passport surrender: 9/9/2020.

DOCUMENT NUMBER: