UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSEPH SULLIVAN,<br><br>　　　　　　Defendant. | Case No.  3:20-cr-00337-WHO-1<br><br>**ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Re: Dkt. No. 21 |

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on September 17, 2020 and for good cause shown, the Court finds that failing to exclude the time from September 17, 2020 through December 10, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 17, 2020 to December 10, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 17, 2020 through December 10, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED.**

Dated: September 28, 2020

William H. Orrick
United States District Judge