1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7019
7       FAX: (415) 436-7234
        andrew.dawson@usdoj.gov
8
   Attorneys for United States of America
9

                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,            ) NO. CR 20-337 WHO
   |                                      )
14 |     Plaintiff,                       ) STIPULATION TO EXCLUDE TIME FROM
   |                                      ) DECEMBER 10, 2020 TO FEBRUARY 11, 2021
15 |   v.                                 ) AND [PROPOSED] ORDER
   |                                      )
16 | JOSEPH SULLIVAN,                     )
   |                                      )
17 |     Defendant.                       )
   |                                      )
18

19     It is hereby stipulated by and between counsel for the United States and counsel for the

20 defendant Joseph Sullivan, that time be excluded under the Speedy Trial Act from December 10, 2020

21 through February 11, 2021.

22     At the status conference held on December 10, 2020, the government and counsel for the

23 defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could

24 continue to prepare, including by reviewing discovery.  For this reason and as further stated on the

25 record at the status conference, the parties stipulate and agree that excluding time until February 11,

26 2021 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties

27 further stipulate and agree that the ends of justice served by excluding the time from December 10, 2020

28 through February 11, 2021 from computation under the Speedy Trial Act outweigh the best interests of

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 20-337 WHO

the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: December 15, 2020

/s/
ANDREW F. DAWSON
Assistant United States Attorney

DATED: December 15, 2020

/s/
DAVID ANGELI
JOHN CLINE
Counsel for Defendant Joseph Sullivan

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on December 10, 2020 and for good cause shown, the Court finds that failing to exclude the time from December 10, 2020 through February 11, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from December 10, 2020 to February 11, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 10, 2020 through February 11, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.


DATED: _____

_____
WILLIAM H. ORRICK
United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 20-337 WHO