UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** February 11, 2021  **Time:** 3 minutes  **Judge:** WILLIAM H. ORRICK
1:32 p.m. to 1:35 p.m.

**Case No.**: 20-cr-00337-WHO-1  **Case Name:** UNITED STATES v. Sullivan

**Attorney for Plaintiff:**  Andrew Dawson
**Attorneys for Defendant:**  David Angeli and John Cline
Defendant **Joseph Sullivan** – present (by video), on bond

**Deputy Clerk:** Jean Davis  **Court Reporter:** Debra Pas
**Interpreter:** n/a  **Probation Officer:** n/a

# PROCEEDINGS

Status conference conducted via videoconference. Discovery is ongoing. Technical problems have been resolved, and the bulk of the preliminary discovery has been provided. Parties ask to return in approximately 60 days, at which time proposed dates for motions and perhaps trial will be discussed.

**CASE CONTINUED TO:**   April 15, 2021 at 1:30 p.m. for further Status Conference.

**EXCLUDABLE DELAY:**
Category     Effective Preparation of Counsel
Begins       February 11, 2021
Ends         April 15, 2021