DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 20-337 WHO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO EXCLUDE TIME FROM FEBRUARY 11, 2021 TO APRIL 15, 2021 AND [PROPOSED] ORDER |
| v. | ) | |
| JOSEPH SULLIVAN, | ) | |
| Defendant. | ) | |

    It is hereby stipulated by and between counsel for the United States and counsel for the defendant Joseph Sullivan, that time be excluded under the Speedy Trial Act from February 11, 2021 through April 15, 2021.

    At the status conference held on February 11, 2021, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing discovery. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until April 15, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from February 11, 2021 through April 15, 2021 from computation under the Speedy Trial Act outweigh the best interests of the

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 20-337 WHO

public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 11, 2021

/s/
ANDREW F. DAWSON
Assistant United States Attorney

DATED: February 11, 2021

/s/
DAVID ANGELI
JOHN CLINE
Counsel for Defendant Joseph Sullivan

### [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on February 11, 2021 and for good cause shown, the Court finds that failing to exclude the time from February 11, 2021 through April 15, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 11, 2021 to April 15, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 11, 2021 through April 15, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
WILLIAM H. ORRICK
United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 20-337 WHO