DAVID H. ANGELI (admitted *pro hac vice*)
EDWARD A. PIPER (Cal. Bar No. 288289)
TYLER P. FRANCIS (admitted *pro hac vice*)
MICHELLE H. KERIN (admitted *pro hac vice*)
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232 │ Facsimile: (503) 227-0880
Email: david@angelilaw.com; ed@angelilaw.com; tyler@angelilaw.com;
       michelle@angelilaw.com

JOHN D. CLINE (Cal. Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

*Attorneys for Defendant Joseph Sullivan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SULLIVAN,<br><br>Defendant. | Case No. 3:20-cr-00337-WHO<br><br>DEFENDANT JOSEPH SULLIVAN'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>Date: March 18, 2021<br>Time: 1:30 p.m.<br>Crtrm: 2, 17th floor<br><br>Hon. William H. Orrick |

DEFENDANT JOSEPH SULLIVAN'S
UNOPPOSED MOTION TO MODIFY
CONDITIONS OF RELEASE
3:20-cr-00337-WHO

1

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**NOTICE OF MOTION AND MOTION**

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Thursday, March 18, 2021, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable William H. Orrick of the above-entitled Court, located at 450 Golden Gate Ave, San Francisco, CA 94102, defendant Joseph Sullivan, through undersigned counsel, will and hereby does move the Court to modify the conditions of his release to permit him to travel within the continental United States with prior approval from Pretrial Services.

This motion is based on this Notice of Motion and Motion, the pleadings and papers filed in this matter, and on other such arguments or evidence as the Court shall deem proper.

DEFENDANT JOSEPH SULLIVAN'S
UNOPPOSED MOTION TO MODIFY
CONDITIONS OF RELEASE
3:20-cr-00337-WHO

2

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

## MEMORANDUM OF POINTS AND AUTHORITIES

Since his initial appearance on August 31, 2020, Mr. Sullivan has complied with all conditions of pre-trial release. He remains employed, stays in frequent contact with counsel, and has had no law enforcement contacts. Mr. Sullivan's bond conditions currently provide that he "must not travel outside of the States of CA and NV w/o PTS pre-approval." Pretrial has requested that Mr. Sullivan seek confirmation from the Court clarifying that Mr. Sullivan may indeed travel outside California and Nevada so long as he first obtains approval from pretrial.

Mr. Sullivan therefore requests that this condition of release be replaced with the following condition: "Defendant may not travel outside California and Nevada without prior approval from Pretrial Services, but may travel within the continental United States with prior approval from Pretrial Services."

Defendant's counsel has conferred with Assistant United States Attorney Andrew Dawson and U.S. Pretrial Services Officer Brad Wilson, both of whom confirmed that they have no objection to this request.

DATED: March 1, 2021

*s/ David H. Angeli*
David H. Angeli
Edward A. Piper
Tyler P. Francis
Michelle H. Kerin
John D. Cline

*Attorneys for Defendant Joseph Sullivan*

DEFENDANT JOSEPH SULLIVAN'S
UNOPPOSED MOTION TO MODIFY
CONDITIONS OF RELEASE
3:20-cr-00337-WHO

3

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

## [PROPOSED] ORDER

The Court, having considered the defendant's motion, hereby GRANTS the motion and ORDERS that defendant's condition of release requiring that "Defendant must not travel outside of States of CA and NV without PTS pre-approval" be modified to read: "Defendant must not travel outside of the continental United States."

IT IS SO ORDERED.

DATED: March ___, 2021.

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

DEFENDANT JOSEPH SULLIVAN'S
UNOPPOSED MOTION TO MODIFY
CONDITIONS OF RELEASE
3:20-cr-00337-WHO

4

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880