DAVID H. ANGELI (admitted *pro hac vice*)
EDWARD A. PIPER (Cal. Bar No. 288289)
TYLER P. FRANCIS (admitted *pro hac vice*)
MICHELLE H. KERIN (admitted *pro hac vice*)
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232 │ Facsimile: (503) 227-0880
Email: david@angelilaw.com; ed@angelilaw.com; tyler@angelilaw.com; michelle@angelilaw.com

JOHN D. CLINE (Cal. Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

*Attorneys for Defendant Joseph Sullivan*

FILED

Mar 02 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SULLIVAN,<br><br>Defendant. | Case No. 3:20-cr-00337-WHO<br><br>[PROPOSED] ORDER GRANTING DEFENDANT JOSEPH SULLIVAN'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

[PROPOSED] ORDER GFRANTING DEFENDANT JOSEPH SULLIVAN'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE
3:20-cr-00337-WHO

1

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

## [PROPOSED] ORDER

The Court, having considered the defendant's motion, hereby GRANTS the motion and ORDERS that defendant's condition of release requiring that "Defendant must not travel outside of States of CA and NV without PTS pre-approval" be modified to read: "Defendant may not travel outside California and Nevada without prior approval from Pretrial Services, but may travel within the continental United States with prior approval from Pretrial Services."

IT IS SO ORDERED.

DATED: March 2, 2021.

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GFRANTING
DEFENDANT JOSEPH SULLIVAN'S
UNOPPOSED MOTION TO MODIFY
CONDITIONS OF RELEASE
3:20-cr-00337-WHO

2

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880