UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** April 15, 2021   **Time:** 11 minutes   **Judge:** WILLIAM H. ORRICK
1:30 p.m. to 1:41 p.m.

**Case No.**: 20-cr-00337-WHO-1   **Case Name:** UNITED STATES v. Sullivan

**Attorney for Plaintiff:**   Andrew Dawson
**Attorney for Defendant:**   David Angeli and John Cline
Defendant **Joseph Sullivan** – present (via video), on bond

**Deputy Clerk:** Jean Davis   **Court Reporter:** Ruth Levine Ekhaus
**Interpreter:** n/a   **Probation Officer:** n/a

## PROCEEDINGS

Status Conference conducted via videoconference. Counsel are working collaboratively on discovery, which is being completed at a good pace. There will be a production of discovery from the SEC, the timing of which is not directly controlled by the government. The government may file a superseding indictment, which would not be expected to add any defendants. The government is prepared to set trial at this time. Defense suggests trial in the fall of 2022 based upon other trial commitments. Parties agree to revisit the possibility of an earlier trial setting at the next status conference once more is known about the status of discovery and other trial conflicts.

**Further Status Conference set for October 21, 2021 at 1:30 p.m.**

Motions (other than motions in limine) to be heard **June 27, 2022 at 1:30 p.m.** The reply should be filed by June 13, 2022 to allow the Court two weeks to review the fully briefed motions. Counsel should meet and confer about the substance of the motions and stipulate to a proposed briefing schedule no later than April 1, 2022.

**Pretrial Conference set for August 15, 2022 at 2:00 p.m.**
**Jury Trial set for September 6, 2022 at 8:30 a.m.**

**EXCLUDABLE DELAY:**
Category   Effective preparation of counsel
Begins     April 15, 2021
Ends       September 6, 2022