| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | ANDREW F. DAWSON (CABN 264421)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7019 |
| 7 | FAX: (415) 436-7234<br>andrew.dawson@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 20-337 WHO |
| Plaintiff, | ) ) | STIPULATION TO EXCLUDE TIME FROM |
| v. | ) ) | APRIL 15, 2021 TO SEPTEMBER 6, 2022 AND ORDER |
| JOSEPH SULLIVAN, | ) ) | |
| Defendant. | ) ) ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Joseph Sullivan, that time be excluded under the Speedy Trial Act from April 15, 2021 through September 6, 2022.

At the status conference held on April 15, 2021, the Court set this matter for trial on September 6, 2022.  The parties and the Court discuss defense counsel's scheduling obligations in other matters, which informed the September 6 trial date.  The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act for the effective preparation of counsel and for continuity of counsel.  For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until September 6, 2022 is appropriate.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 20-337 WHO

the time from April 15, 2021 through September 6, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: April 16, 2021                             /s/
                                                                ANDREW F. DAWSON
                                                                Assistant United States Attorney

DATED: April 16, 2021                             /s/
                                                                DAVID ANGELI
                                                                JOHN CLINE
                                                                Counsel for Defendant Joseph Sullivan

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on April 15, 2021 and for good cause shown, the Court finds that failing to exclude the time from April 15, 2021 through September 6, 2022 would unreasonably deny defense counsel and the defendant continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from April 15, 2021 to September 6, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 15, 2021 through September 6, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: April 19, 2021                             
                                                                WILLIAM H. ORRICK
                                                                United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 20-337 WHO