FILED

Jun 08 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DAVID H. ANGELI (admitted *pro hac vice*)
EDWARD A. PIPER (Cal. Bar No. 288289)
TYLER P. FRANCIS (admitted *pro hac vice*)
MICHELLE H. KERIN (admitted *pro hac vice*)
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232 │ Facsimile: (503) 227-0880
Email: david@angelilaw.com; ed@angelilaw.com; tyler@angelilaw.com;
       michelle@angelilaw.com

JOHN D. CLINE (Cal. Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

*Attorneys for Defendant Joseph Sullivan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SULLIVAN,<br><br>Defendant. | Case No. 3:20-cr-00337-WHO<br><br>DEFENDANT JOSEPH SULLIVAN'S UNOPPOSED REQUEST TO MODIFY CONDITIONS OF RELEASE<br><br>Hon. Thomas S. Hixon |

DEFENDANT JOSEPH SULLIVAN'S
UNOPPOSED REQUEST TO MODIFY
CONDITIONS OF RELEASE
3:20-cr-00337-WHO

1

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

Since his initial appearance on August 31, 2020, Mr. Sullivan has complied with all conditions of pre-trial release. He remains employed, stays in frequent contact with counsel, and has had no law enforcement contacts. Following modification by the Court on March 2, 2021, Mr. Sullivan's bond conditions provide that he "may not travel outside California and Nevada without prior approval from Pretrial Services, but may travel within the continental United States with prior approval from Pretrial Services." Another of Mr. Sullivan's conditions of release required him to "surrender all passports and other travel documents to Pretrial Services."

Mr. Sullivan seeks to travel on a vacation outside the country later this month and anticipates that he will need to travel internationally on several work-related trips later this year. Mr. Sullivan therefore requests that these conditions of release be replaced with the following condition: "Defendant may not travel outside California and Nevada without prior approval from Pretrial Services. Defendant may travel internationally with prior approval from Pretrial Services and the Government, and Pretrial Services may return defendant's passport for any approved international travel."

Defendant's counsel has conferred with Assistant United States Attorney Andrew Dawson and U.S. Pretrial Services Officer Brad Wilson, both of whom confirmed that they have no objection to these modifications of the conditions of Mr. Sullivan's release.

DATED: June 8, 2021

*s/ Tyler P. Francis*
David H. Angeli
Edward A. Piper
Tyler P. Francis
Michelle H. Kerin
John D. Cline

*Attorneys for Defendant Joseph Sullivan*

DEFENDANT JOSEPH SULLIVAN'S
UNOPPOSED REQUEST TO MODIFY
CONDITIONS OF RELEASE
3:20-cr-00337-WHO

2

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

## [PROPOSED] ORDER

The Court, having considered the defendant's request, hereby ORDERS that defendant's conditions of release requiring (1) that he "surrender all passports and other travel documents to Pretrial Services" and (2) that he "may not travel outside California and Nevada without prior approval from Pretrial Services, but may travel within the continental United States with prior approval from Pretrial Services" be modified to read: "Defendant may not travel outside California and Nevada without prior approval from Pretrial Services. Defendant may travel internationally with prior approval from Pretrial Services and the Government, and Pretrial Services may return Defendant's passport for any approved international travel."

IT IS SO ORDERED.

DATED: June 8, 2021.

_____
THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

DEFENDANT JOSEPH SULLIVAN'S
UNOPPOSED REQUEST TO MODIFY
CONDITIONS OF RELEASE
3:20-cr-00337-WHO

3

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880