DAVID H. ANGELI (admitted *pro hac vice*)
EDWARD A. PIPER (Cal. Bar No. 288289)
TYLER P. FRANCIS (admitted *pro hac vice*)
MICHELLE H. KERIN (admitted *pro hac vice*)
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232 │ Facsimile: (503) 227-0880
Email: david@angelilaw.com; ed@angelilaw.com; tyler@angelilaw.com;
          michelle@angelilaw.com

JOHN D. CLINE (Cal. Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

*Attorneys for Defendant Joseph Sullivan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH SULLIVAN,<br><br>    Defendant. | Case No. 3:20-cr-00337-WHO<br><br>**[PROPOSED] ORDER** |

## **[PROPOSED] ORDER**

The Court, having considered the defendant's Unopposed Motion For Pretrial Return Date For Subpoena Duces Tecum To Uber Technologies and the supporting declaration, hereby GRANTS the motion and ORDERS that the subpoena attached as Exhibit 1 to the Declaration of David Angeli, may issue to Uber Technologies.

//

1  IT IS SO ORDERED.

2         DATED: September___, 2021.

3
                                              _____
4                                             WILLIAM H. ORRICK
                                              UNITED STATES DISTRICT JUDGE
5