DAVID H. ANGELI (admitted *pro hac vice*)
EDWARD A. PIPER (Cal. Bar No. 288289)
TYLER P. FRANCIS (admitted *pro hac vice*)
MICHELLE H. KERIN (admitted *pro hac vice*)
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232│Facsimile: (503) 227-0880
Email: david@angelilaw.com; ed@angelilaw.com; tyler@angelilaw.com;
michelle@angelilaw.com

JOHN D. CLINE (Cal. Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260│Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

*Attorneys for Defendant Joseph Sullivan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SULLIVAN,<br><br>Defendant. | Case No. 3:20-cr-00337-WHO<br><br>DEFENDANT JOSEPH SULLIVAN'S UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS |

DEFT'S ADMIN. MOT. TO EXCEED PAGE LIMITS
3:20-cr-00337-WHO

1

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

Defendant Joseph Sullivan moves under Local Criminal Rule 2-1 and Local Civil Rules 7-3(a) and 7-4(b) to enlarge the number of pages for his brief in opposition to Uber's Motion to Quash Rule 17(c) Subpoena (ECF No. 68).

The instant dispute concerns a subpoena requesting the re-production (without redactions) of over 650 unique documents, many of which are discussed in detail in Mr. Sullivan's brief in opposition. In order to fully respond to Uber's Motion and explain how the material sought by the subpoena is relevant to Mr. Sullivan's defense, Mr. Sullivan requests an expansion of the page limit from 25 pages to 32 pages.

Undersigned counsel conferred by email with counsel for the government and for Uber Technologies, and both have indicated that they have no objection to the motion.

For these reasons, we ask that the Court grant this motion for enlargement of pages.

DATED: January 6, 2022

*s/ David H. Angeli*
David H. Angeli
Edward A. Piper
Tyler P. Francis
Michelle H. Kerin
John D. Cline

*Attorneys for Defendant Joseph Sullivan*

DEFT'S ADMIN. MOT. TO EXCEED PAGE LIMITS
3:20-cr-00337-WHO

2

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880