W. DOUGLAS SPRAGUE (Cal. Bar No. 202121)
DAVID GRADY JUNG (Cal. Bar No. 314508)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
dsprague@cov.com
gjung@cov.com

STEVEN E. FAGELL (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001-4956
Telephone: (202) 662-6000
sfagell@cov.com

*Attorneys for Uber Technologies, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SULLIVAN,<br><br>Defendant. | Case No. 3:20-cr-00337-WHO<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS FOR REPLY BRIEF IN SUPPORT OF THIRD PARTY UBER TECHNOLOGIES, INC.'S MOTION TO QUASH RULE 17(c) SUBPOENA**<br><br>Hon. William H. Orrick<br><br>Date: February 10, 2022<br>Time: 1:30 pm<br>Courtroom: 2 |

Third party Uber Technologies, Inc. ("Uber"), through its undersigned counsel, respectfully moves under Local Criminal Rules 2-1 and 47-2(d), and Local Civil Rule 7-11, to file a reply brief in support of its Motion to Quash Rule 17(c) Subpoena ("Motion to Quash") that exceeds the 15-page limit.  In support of its Unopposed Motion to Exceed Page Limits, Uber states as follows:

1. On September 16, 2021, Defendant filed an unopposed motion for pretrial return for an Order under Fed. R. Crim. P. 17(c)(1) permitting him to issue a subpoena duces tecum to Uber with a pretrial return date of October 30, 2021 (the "Subpoena").  ECF No. 59.

2. On September 17, 2021, this Court granted Defendant's motion and ordered the Subpoena issued.  ECF No. 60.

3. On December 16, 2021, Uber filed its Motion to Quash.  ECF No. 68.  Uber's Motion to Quash was 9 pages, well below the 25-page limit.  *See* Crim. L.R. 47-2(b); Civil L.R. 7-2(b).

4. On January 6, 2022, Defendant filed an unopposed motion for leave to exceed the page limits for his opposition to Uber's Motion to Quash, as well as his opposition to the Motion to Quash ("Opposition").  ECF Nos. 72-75.  The Court granted Defendant's motion to exceed the page limits for his Opposition by 7 pages.  ECF No. 76.

5. On January 14, 2022, Defendant and Uber submitted a Joint Motion to Amend Briefing and Hearing Schedule on Uber's Motion to Quash, along with Sullivan's unopposed Motion for Leave to File a Sur-Reply.  ECF No. 78.  The Court granted both motions, making Uber's reply brief due by January 27, 2022, and permitting Defendant to file a sur-reply by February 3, 2022, provided that any sur-reply is limited to any new issues raised in Uber's reply brief.  ECF No. 79.

6. Defendant's 32-page Opposition raises complex issues regarding relevancy, specificity, admissibility, and the application of the attorney-client privilege and work product doctrine to over 650 unique documents.  Defendant's Opposition also raises constitutional issues, including whether constitutional concerns outweigh privilege and work product concerns.

7. In order to adequately address the number of factual and legal arguments raised in Defendant's Opposition regarding the hundreds of documents at issue, Uber requests that it be permitted to file a reply brief that exceeds the page limit by up to 7 pages—*i.e.*, up to a 22-page reply brief.

8. Undersigned counsel conferred by email with counsel for Defendant Joseph Sullivan, and counsel has indicated that they have no objection to this Motion.

For the foregoing reasons, the Court should grant this Motion to Exceed Page Limits and permit Uber to file up to a 22-page reply brief.

Dated: January 27, 2022

Respectfully submitted,

COVINGTON & BURLING LLP

By:    /s/ W. Douglas Sprague

W. Douglas Sprague (Cal. Bar No. 202121)
David Grady Jung (Cal. Bar No. 314508)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-7097
dsprague@cov.com
gjung@cov.com

STEVEN E. FAGELL (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001-4956
Telephone: (202) 662-6000
sfagell@cov.com

*Attorneys for Uber Technologies, Inc.*