DAVID H. ANGELI (admitted *pro hac vice*)
EDWARD A. PIPER (Cal. Bar No. 288289)
TYLER P. FRANCIS (admitted *pro hac vice*)
MICHELLE H. KERIN (admitted *pro hac vice*)
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232 │ Facsimile: (503) 227-0880
Email: david@angelilaw.com; ed@angelilaw.com; tyler@angelilaw.com;
michelle@angelilaw.com

JOHN D. CLINE (Cal. Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

Attorneys for Defendant Joseph Sullivan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SULLIVAN,<br><br>Defendant. | Case No. 3:20-cr-00337-WHO<br><br>ORDER |

**ORDER**

The Court, having considered the defendant's Unopposed Motion For Pretrial Return Date For Subpoena Duces Tecum to SoftBank Group Corp. and the supporting declaration, hereby GRANTS the motion and ORDERS that the subpoena attached as Exhibit A to the

////

////

////

Declaration of Michelle Holman Kerin, may issue to SoftBank Group Corp.

IT IS SO ORDERED.

DATED: February 11, 2022.

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE