DAVID H. ANGELI (admitted *pro hac vice*)
TYLER P. FRANCIS (admitted *pro hac vice*)
MICHELLE H. KERIN (admitted *pro hac vice*)
URSULA LALOVIC (Cal. Bar No. 215551)
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232 │ Facsimile: (503) 227-0880
Email: david@angelilaw.com; tyler@angelilaw.com; michelle@angelilaw.com;
       ursula@angelilaw.com

JOHN D. CLINE (Cal. Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

*Attorneys for Defendant Joseph Sullivan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00337-WHO |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| JOSEPH SULLIVAN, | |
| Defendant. | |

**PROPOSED ORDER**

The Court, having considered the defendant's Unopposed Motion For Pretrial Return Date For Subpoena Duces Tecum to Uber Technologies, Inc. and the supporting declaration, hereby GRANTS the motion and ORDERS that the subpoena attached as Exhibit 1 to the

////

////

////

Declaration of Michelle Holman Kerin, may issue to Uber Technologies, Inc.

IT IS SO ORDERED.

DATED: May 18, 2022

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE