```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    andrew.dawson@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 20-337 WHO |
| Plaintiff, | NOTICE OF DISMISSAL OF COUNTS THREE THROUGH FIVE OF SUPERSEDING INDICTMENT |
| v. | |
| JOSEPH SULLIVAN, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Counts Three through Five of the above superseding indictment against Defendant Joseph Sullivan. Counts One and Two will remain as alleged.

DATED: July 27, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*Thomas A. Colthurst*

THOMAS A. COLTHURST
Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR _____                                           v. 8/4/2021

Leave is granted to the government to dismiss Counts Three through Five of the superseding indictment against Defendant Joseph Sullivan. Counts One and Two will remain as alleged.

Date: _____

                                                HON. WILLIAM H. ORRICK
                                                United States District Judge