STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH SULLIVAN, <br><br> Defendant. | NO. 20-337 WHO <br><br> NOTICE OF DISMISSAL OF COUNTS THREE THROUGH FIVE OF SUPERSEDING INDICTMENT |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Counts Three through Five of the above superseding indictment against Defendant Joseph Sullivan.  Counts One and Two will remain as alleged.

DATED: July 27, 2022                                            Respectfully submitted,

                                                                               STEPHANIE M. HINDS
                                                                               United States Attorney

                                                                               *Thomas A. Colthurst*

                                                                               THOMAS A. COLTHURST
                                                                               Chief, Criminal Division

Leave is granted to the government to dismiss Counts Three through Five of the superseding indictment against Defendant Joseph Sullivan. Counts One and Two will remain as alleged.

Date: August 2, 2022

_____
HON. JAMES DONATO
United States District Judge (Duty Judge)

NOTICE OF DISMISSAL
No. CR _____                                                                              v. 8/4/2021