STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorney

>   450 Golden Gate Avenue, Box 36055
>   San Francisco, California 94102-3495
>   Telephone: (415) 436-7021
>   FAX: (415) 436-7234
>   Helen.Gilbert@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-3:20-00337-WHO |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF WITHFRAWAL OF COUNSEL |
| JOSEPH SULLIVAN, | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that effective immediately, Assistant United States Attorney (AUSA) Helen L. Gilbert will no longer be representing the United States in the above-captioned case. Please exclude AUSA Helen L. Gilbert in all future correspondence, pleadings, and notices and remove from the list of persons to be noticed.

DATED: August 2, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*Helen Gilbert*
HELEN GILBERT
Assistant United States Attorney