DAVID H. ANGELI (admitted *pro hac vice*)
TYLER P. FRANCIS (admitted *pro hac vice*)
MICHELLE H. KERIN (admitted *pro hac vice*)
URSULA LALOVIĆ (Cal. Bar No. 215551)
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232 │ Facsimile: (503) 227-0880
Email: david@angelilaw.com; tyler@angelilaw.com; michelle@angelilaw.com;
ursula@angelilaw.com

JOHN D. CLINE (Cal. Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

*Attorneys for Defendant Joseph Sullivan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SULLIVAN,<br><br>Defendant. | Case No. 3:20-cr-00337-WHO<br><br>MR. SULLIVAN'S CASE-IN-CHIEF EXHIBIT LIST |

   Mr. Sullivan hereby lodges his list of potential case-in-chief exhibits list with the Court. This list represents Mr. Sullivan's good-faith effort to identify the documents that he may present during his case-in-chief at trial. To the extent any defense is necessary at trial, Mr. Sullivan has not yet determined the exact documents that he may use and will not be able to do so until the government has completed the presentation of its case-in-chief. Furthermore, Mr. Sullivan is continuing to identify additional documents that he may use as case-in-chief exhibits, a process which necessarily depends in part on ongoing government disclosures and the presentation of

MR. SULLIVAN'S CASE-IN-CHIEF EXHIBIT LIST
3:20-cr-00337-WHO

1

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

evidence at trial. Mr. Sullivan thus reserves the right to revise and supplement this list in the future. Mr. Sullivan also reserves the right to use or subsequently designate any document identified by the government on its exhibit list.

Impeachment documents, documents to be used solely on cross examination, summary exhibits, and demonstrative exhibits are not included on this list. The fact that a document appears on the enclosed list does not mean that Mr. Sullivan will offer it at trial. Nor does the presence of a document on this list indicate that the document is admissible if offered by the government at trial.

| TRIAL EX # | DATE | DESCRIPTION | OFF'D | ADT'D |
|---|---|---|---|---|
| 1001 | 2/26/2015 | New York State Security Breach Reporting Form | | |
| 1002 | 3/10/2015 | Letter from Gerlicher to NYAG | | |
| 1003 | 6/30/2015 | Sullivan Mid-Year 2015 Performance Evaluation | | |
| 1004 | 11/16/2015 | Clark email exchange with Sullivan re: You need me | | |
| 1005 | 11/23/2015 | Craig Clark employment agreement | | |
| 1006 | 11/29/2015 | Tassi email to numerous recipients re: first LE Data Requests transparency report | | |
| 1007 | 12/1/2015 | Email from Tassi to Uber Privacy team re: Introduction - Craig Clark, Senior Counsel, Privacy | | |
| 1008 | 12/1/2015 | Craig Clark Resumé | | |
| 1009 | 12/18/2015 | Incident Response Plan | | |
| 1010 | 4/26/2016 | Kelly email to Ashok (with cc's) re: Weekly Reports | | |
| 1011 | 5/9/2016 | Calendar invite: Craig + Candace / Joe | | |
| 1012 | 5/23/2016 | Calendar invite: Craig + Candace / Joe | | |
| 1013 | 6/10/2016 | Calendar invite: Craig + Candace / Joe | | |
| 1014 | 6/13/2016 | Rossen email to Engrav re: "RE: Uber - Confidential" | | |
| 1015 | 6/13/2016 | Email from Andrew Matthews to Mary Xu (H1) re: "RE: PO 9726 for June" | | |
| 1016 | 6/16/2016 | Calendar invitation to numerous recipients re: Uber Legal Monthly All Hands - November | | |
| 1017 | 6/27/2016 | Email from Engrav to Rossen re "RE: Uber - Confidential" | | |
| 1018 | 6/29/2016 | Calendar invitation: Craig + Candace / Joe | | |
| 1019 | 7/26/2016 | Email from Mary Xu (H1) to Andrew Matthews re: Bounty balance | | |
| 1020 | 8/16/2016 | Kelly email to Henley and Worden re: Investigations | | |
| 1021 | 8/17/2016 | Calendar invitation: Craig + Candace / Joe | | |

MR. SULLIVAN'S CASE-IN-CHIEF EXHIBIT LIST
3:20-cr-00337-WHO

2

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

| TRIAL EX # | DATE | DESCRIPTION | OFF'D | ADT'D |
|---|---|---|---|---|
| 1022 | 8/25/2016 | Guzman email to Mizrahi (with cc's) re: Reddit repost | | |
| 1023 | 9/1/2016 | Calendar invitation: Craig + Candace / Joe | | |
| 1024 | 9/28/2016 | Fletcher email to HackerOne re: "reopen this report, need to file internally" | | |
| 1025 | 10/3/2016 | Calendar invitation: Craig + Candace / Joe | | |
| 1026 | 10/24/2016 | Fletcher email to HackerOne (cc: Greene, Glovin) re: public disclosure queue | | |
| 1027 | 11/1/2016 | Trans Union Invoice Billing period 11/1/2016-11/30/2016 | | |
| 1028 | 11/15/2016 | Guzman email to Sullivan, Flynn, Matthews, Clark, Greene, Fletcher, Garbutt, McCann, Gates, Long, Borges, Stearns, Morris, Ensign, Tickel, and Ngo re: e-response central tracker - 14 Nov Incident | | |
| 1029 | 11/15/2016 | Email from Ensign to Anderson (cc: Doherty) re: A/C Priv: Security Incident - Extortion Attempt | | |
| 1030 | 11/16/2016 | Calendar invitation from Thrift to Borges, Clark, Greene, Worden, Ensign, Stern, Gates, Sullivan, Guzman, Fletcher, Long, Qiao, Henley, and Flynn re: Preacher Check-In Meeting | | |
| 1031 | 11/17/2016 | Email from Flynn to Benson and Qiao re: Meeting with Joe early next week | | |
| 1032 | 11/17/2016 | Email exchange among Sullivan, Kinlock, Benson, and Qiao re: Meeting with Joe early next week | | |
| 1033 | 11/17/2016 | Email from Clark to Henley, Fletcher, and Matthews. | | |
| 1034 | 11/18/2016 | Clark email to Matthews (cc: Henley) | | |
| 1035 | 11/18/2016 | Calendar invitation re: Quick Preacher synch | | |
| 1036 | 11/18/2016 | Calendar invitation re: Preacher Post-Mortem | | |
| 1037 | 11/18/2016 | Fletcher email to Sullivan, Flynn, Finifter, Greene, and Clark, attaching NDA signed by Fletcher and "Scott Wilson" | | |
| 1038 | 11/18/2016 | Meeting invitation for "Preacher Sync" | | |
| 1039 | 11/30/2016 | Clark email to Care re: Data Beach Plan/Log | | |
| 1040 | 12/1/2016 | Trans Union Invoice Billing period 12/1/2016-12/31/2016 | | |
| 1041 | 12/12/2016 | Email exchange among Clark, Thrift, Glovin, Matthews, Green, Fletcher, and Wong re: $120K payout? Heads up on balance | | |

MR. SULLIVAN'S CASE-IN-CHIEF EXHIBIT LIST
3:20-cr-00337-WHO

3

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

| TRIAL EX # | DATE | DESCRIPTION | OFF'D | ADT'D |
|---|---|---|---|---|
| 1042 | 12/16/2016 | Email exchange between Ross and Clark (cc: Care, forwarded to Kelly) re: Help with urgent project a/c priv | | |
| 1043 | 1/4/2017 | A-team Staff Mtg invite | | |
| 1044 | 1/18/2017 | A-team Staff Mtg invite | | |
| 1045 | 1/24/2017 | Email exchange among Greene, Flynn, and Barker re: Rob fletcher rating | | |
| 1046 | 6/6/2017 | Email from Engrav to FTC re: Uber-CONFIDENTIAL (attaching Worden Decl., Levinson Decl.) | | |
| 1047 | 6/6/2017 | Declaration of Alex Levinson | | |
| 1048 | 6/6/2017 | Declaration of Ross Worden | | |
| 1049 | 8/15/2017 | Yoo email to Kalanick, et al. re: FTC Consent Order re data practices | | |
| 1050 | 8/15/2017 | Email from Bunzel to Kingsley re: Uber FTC Consent Order | | |
| 1051 | 8/17/2017 | Notes of Sullivan Aug. 17, 2017 Wilmer Interview | | |
| 1052 | 8/17/2017 | Memo re: Sullivan Aug. 17, 2017 Wilmer Interview | | |
| 1053 | 9/19/2017 | Email exchange among Sullivan, Worden, McCann, and Henley re: Preacher read out | | |
| 1054 | 9/22/2017 | Email from Bunzel to Harper re: Uber representations | | |
| 1055 | 9/26/2017 | Notes of Sullivan Sept. 26, 2017 Wilmer Interview | | |
| 1056 | 10/23/2017 | Email from Jae In Yoo to SoftBank personnel (attaching documents) | | |
| 1057 | 10/23/2017 | Annex A (Regulatory) | | |
| 1058 | 10/23/2017 | Annex A (Regulatory) | | |
| 1059 | 10/23/2017 | Schedule of Exceptions to Representations and Warranties | | |
| 1060 | 10/23/2017 | Schedule of Exceptions to Representations and Warranties | | |
| 1061 | 10/24/2017 | Khachaturian email to Niedermeyer and Uber team re: Project Magellan - SOEs | | |
| 1062 | 11/2/2017 | Email from MacCormac to Hamblett re: Question | | |
| 1063 | 11/3/2017 | Kaufman email to Mandel re Project Magellan -- MIA TO Launch Condition | | |
| 1064 | 11/4/2017 | Yap email to Peinsipp re: Project Magellan - Data Breach Side Letter | | |

MR. SULLIVAN'S CASE-IN-CHIEF EXHIBIT LIST
3:20-cr-00337-WHO
4

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

| TRIAL EX # | DATE | DESCRIPTION | OFF'D | ADT'D |
|---|---|---|---|---|
| 1065 | 11/5/2017 | Yap email to Peinsipp re: Project Magellan - Data Breach Side Letter, and follow-on emails (attaching Side Letter) | | |
| 1066 | 11/7/2017 | Edited data breach side letter sent from Morrison & Foerster to Cooley | | |
| 1067 | 11/7/2017 | Edited data breach side letter sent from Morrison & Foerster to Cooley | | |
| 1068 | 11/7/2017 | Email from Jae In Yoo to Various SoftBank personnel | | |
| 1069 | 11/7/2017 | Email from Yoo to Peinsipp re: Project Magellan - Data Breach Side Letter | | |
| 1070 | 11/11/2017 | Email from Wu to Niedermeyer | | |
| 1071 | 11/12/2017 | Signature pages attached to Wu email to Niedermeyer | | |
| 1072 | 11/20/2017 | Email from Wugmeister to Morrison & Foerster colleagues re: Personnel decisions | | |
| 1073 | 11/20/2017 | Project Phoenix External Comms Plan | | |
| 1074 | 11/21/17 | 11/21/17 New York Times article | | |
| 1075 | 11/21/2017 | Email from Mclear to comms@uber.com and policy@uber.com re: 2016 Data Breach | | |
| 1076 | 11/21/2017 | Email from Shapiro to various media outlets re: Data Breach | | |
| 1077 | 11/21/2017 | Email from Khosrowshahi to Uber employees re: Sharing the news of a data breach | | |
| 1078 | 11/21/2017 | Kallman email to Hazelbaker re: fact-check | | |
| 1079 | 11/22/2017 | Facebook message from Melanie Ensign to Joe Sullivan | | |
| 1080 | 11/22/2017 | Email from Gerber to bizdev@uber.com re: Responding to partners on the breach | | |
| 1081 | 11/25/2017 | Email from Henley to Flynn re: Preacher Outline - Invitation to edit | | |
| 1082 | 11/27/2017 | Ashok email to Chiang and Turanovic re: Questions - 11:55 am | | |
| 1083 | 11/27/2017 | Preacher Incident, Remediation, and Response | | |
| 1084 | 11/27/2017 | Security All Hands PowerPoint presentation | | |
| 1085 | 12/5/2017 | Email from Mclear to Khosrowshai (with cc's) re: All Hands Briefing Doc | | |
| 1086 | 1/12/2018 | Email from Melanie Ensign to Joe Sullivan | | |
| 1087 | 4/20/2018 | Covington summary of who was aware of 2016 incident | | |

MR. SULLIVAN'S CASE-IN-CHIEF EXHIBIT LIST
3:20-cr-00337-WHO

5

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

| TRIAL EX # | DATE | DESCRIPTION | OFF'D | ADT'D |
|---|---|---|---|---|
| 1088 | 8/14/2019 | Choe email to Dawson attaching Privilege Log | | |
| 1089 | 11/4/2019 | Email from Stumphauzer to Fagell and Dawson re: Uber- Craig Clark | | |
| 1090 | 12/3/2019 | Email from Stumphauzer to Fagell and Dawson re: Craig Clark | | |
| 1091 | 12/3/2019 | Email exchange between Dawson and Stumphauzer re: Tomorrow morning? | | |
| 1092 | 12/3/2019 | Letter from Dawson to Clark, attaching grand jury subpoena | | |
| 1093 | 12/3/2019 | Email from Dawson to Stumphauzer and Santiago re: Tomorrow morning? | | |
| 1094 | 12/11/2019 | Email from Stumphauzer to Dawson re: Question | | |
| 1095 | 12/11/2019 | Email from Dawson to Stumphauzer re: Question | | |
| 1096 | 12/12/2019 | Email from Stumphauzer to Dawson re: Draft Letter Immunity | | |
| 1097 | 12/12/2019 | Letter from USAO to Stumphauzer re: Craig Clark | | |
| 1098 | 12/12/2019 | Email exchange between Dawson and Stumphauzer re: Draft Letter Immunity | | |
| 1099 | 12/13/2019 | Email from Dawson to Stumphauzer re: Craig Clark | | |
| 1100 | 12/17/2019 | Email exchange between Dawson and Stumphauzer re: Letter Agreement | | |
| 1101 | 6/23/2020 | Email exchange between Dawson and Stumphauzer re: Craig Clark | | |
| 1102 | 6/23/2020 | Email from Dawson to Wine and Stumphauzer re: Andrew Dawson's Zoom Meeting | | |

DATED: August 15, 2022.

                              *s/ David H. Angeli*

                              David H. Angeli
                              Tyler P. Francis
                              Michelle H. Kerin
                              Ursula Lalović
                              John D. Cline
                              *Attorneys for Defendant Joseph Sullivan*

MR. SULLIVAN'S CASE-IN-CHIEF EXHIBIT LIST
3:20-cr-00337-WHO

6

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880