1   STEPHANIE M. HINDS (CABN 154284)
United States Attorney

2

3   THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

4   ANDREW F. DAWSON (CABN 264421)
BENJAMIN KINGSLEY (CABN 285347)

5   Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495

7       Telephone: (415) 436-7019
        Facsimile: (415) 436-7234

8       andrew.dawson@usdoj.gov

9   Attorneys for United States of America

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,          )   CASE NO. 20-cr-337 WHO
                                         )
14          Plaintiff,                   )   UNITED STATES'S WITNESS LIST
                                         )
15      v.                               )   Trial Date: September 6, 2022
                                         )   Pretrial Conference Date: August 22, 2022
16   JOSEPH SULLIVAN,                    )   Court: Hon. William H. Orrick
                                         )
17          Defendant.                   )
                                         )
18   _____ )

19          The government may call the witnesses listed below to testify in its case-in-chief and anticipates

20   discussing the subjects listed below with those witnesses if it does call them.  The government reserves

21   its right to amend its witness list, and to elicit other testimony, upon further review of the evidence, as

22   new evidence is discovered, Defendant introduces evidence, or Defendant makes aspects of his defense

23   apparent.  The parties are currently negotiating stipulations with the goal of eliminating the need to call

24   //

25   //

26   //

27   //

28   //

1  certain witnesses and thereby streamlining the trial.

2  DATED:  August 15, 2022                         Respectfully submitted,

3                                                  STEPHANIE M. HINDS
                                                   United States Attorney
4

5                                                    /s/
                                                   ANDREW F. DAWSON
6                                                  BENJAMIN KINGSLEY
                                                   Assistant United States Attorneys
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Witness Name | Summary of Testimony |
|---|---|
| Edward Baker | Baker was a member of the executive team at Uber Technologies, Inc. ("Uber") at the time of the 2016 Data Breach.  The United States anticipates that he may testify that he recalls first learning of the 2016 Data Breach when it was publicly reported in 2017, and related matters. |
| Daniel Borges | Borges was a member of the security response team at Uber, which was responsible for responding to and remediating the 2016 Data Breach.  The United States anticipates that he may testify about the nature of the response effort, his interactions with Defendant Sullivan during the response effort, statements he recalls being made in the course of the response effort, and related matters. |
| FBI Special Agent Christopher Calley | The United States anticipates that SA Calley may testify about certain documents obtained in the course of the government's investigation, witness statements, and related matters. |
| Derek Care | Care was a member of Uber's in-house legal team focused on privacy and data security at the time of the 2016 Data Breach.  The United States anticipates that Care may testify about his work related to a data breach suffered by Uber in 2014, responsibilities and practices within the Privacy Team in Uber General Counsel's office, the fact that he did not learn of the 2016 Data Breach until fall of 2017, and related matters. |
| Craig Clark | Clark was a member of Uber's in-house legal team assigned to the Security group.  The United States anticipates that he may testify about his role within the Security group, the 2016 Data Breach, the nature of the response to that breach, his communications with Defendant Sullivan and others during the response effort, the drafting of a Non-Disclosure Agreement presented to the hackers, and related matters. |
| John Dwyer | Dwyer participated in interviews of Defendant Sullivan as outside counsel to Uber.  The United States anticipates that he may testify about those interviews, and related matters. |
| Rebecca Engrav | Engrav served as outside counsel to Uber in connection with the Federal Trade Commission's  ("FTC's") data security investigation into Uber.  The United States anticipates that she may testify her communications with FTC staff, about Uber's submissions to the FTC, about her interactions with Defendant Sullivan in preparation for appearances before the FTC, and related matters. |
| Melanie Ensign | Ensign was an Uber communications employee assigned to the Security group.  The United States anticipates that she may testify about the 2016 data breach, Uber's response efforts, her communications with others during those response efforts, documents created during that response effort, and related matters. |

| Robert Fletcher | Fletcher was a member of Uber's Security team at the time of the 2016 Data Breach.  The United States anticipates that Fletcher may testify about the 2016 data breach, Uber's response efforts, communications with the hackers responsible for the breach, Uber's bug bounty program, and related matters. |
|---|---|
| John Flynn | Flynn was Uber's Chief Information Security Officer at the time of the 2016 Data Breach.  The United States anticipates that Fletcher may testify about the 2016 data breach, Uber's response efforts, his communications with Defendant Sullivan during those response efforts, his participation in a presentation to the FTC, Uber's bug bounty program, and related matters. |
| Alex Garbutt | Garbutt was a member of Uber's Security team at the time of the 2016 Data Breach.  The United States anticipates that Garbutt may testify about the circumstances of a data breach suffered by Uber in 2014, his role in assisting Uber's legal team in responding to the FTC's data security investigation, the 2016 breach, Uber's response efforts to that breach, and related matters. |
| Daniel Garrie | Garrie is offered by the United States as an expert witness, and the United States has provided a disclosure to the defense under Rule 16(a)(1)(G). |
| Brandon Glover | Glover was one of the hackers responsible for the 2016 Data Breach.  The United States anticipates that Glover may testify about the circumstances of the hack resulting in the 2016 data breach, the data he and his co-conspirator obtained during the hack, his communications with Uber, the payment of a $100,000 bounty, execution of a Non-Disclosure Agreement, and related matters. |
| Ryan Graves | Graves was a member of the executive team at Uber at the time of the 2016 Data Breach.  The United States anticipates that Graves may testify that he does not recall the 2016 Data Breach being discussed at executive team meetings during his tenure, and related matters. |
| Collin Greene | Greene was a member of Uber's Security team at the time of the 2016 Data Breach.  The United States anticipates that Greene may testify about the 2016 data breach, Uber's response efforts, communications with the hackers responsible for the breach, Uber's bug bounty program, and related matters. |
| Gautam Gupta | Gupta was a member of the executive team at Uber at the time of the 2016 Data Breach.  The United States anticipates that Gupta may testify about when he recalls learning about the 2016 Data Breach, and related matters. |

| Luis Guzman | Guzman was a member of Uber's Security team at the time of the 2016 Data Breach.  The United States anticipates that Guzman may testify about the 2016 data breach, Uber's response efforts, communications with the hackers responsible for the breach, Uber's bug bounty program, and related matters. |
|---|---|
| Mathew Henley | Greene was a member of Uber's Security team at the time of the 2016 Data Breach.  The United States anticipates that Greene may testify about the 2016 data breach, Uber's response efforts, communications with the hackers responsible for the breach, Uber's bug bounty program, and related matters. |
| FBI Special Agent Christopher Hickey | The United States anticipates that SA Hickey may testify about certain documents obtained in the course of the government's investigation, witness statements, and related matters. |
| Chris Johnstone | Johnstone participated in interviews of Defendant Sullivan as outside counsel to Uber.  The United States anticipates that he may testify about those interviews and related matters. |
| Candace Kelly | Kelly was a member of Uber's in-house legal team, assigned to the Privacy Team, at the time of the 2016 Data Breach.  The United States anticipates that she may testify about the division of labor within that team, her working relationship with Defendant Sullivan, Uber's response to the FTC investigation, communications with Melanie Ensign in November 2016, and related matters. |
| Dara Khosrowshahi | Khosrowshahi is Uber's current Chief Executive Officer.  The United States anticipates that he may testify about his communications with Defendant Sullivan regarding the 2016 Data Breach, Uber's decision to disclose the 2016 Data Breach in November 2017, and related matters. |
| Erin Ladd | Ladd participated in interviews of Defendant Sullivan as outside counsel to Uber.  The United States anticipates that she may testify about those interviews and related matters. |
| Randall Lee | Lee participated in interviews of Defendant Sullivan as outside counsel to Uber.  The United States anticipates that he may testify about those interviews and related matters. |
| Andrew Matthews | Matthews was a member of Uber's Security Business Operations group.  The United States anticipates that he may testify about his role in routing copies of a Non-Disclosure Agreement to various email addresses used by the hackers responsible for the 2016 Data Breach and related matters. |

| | |
|---|---|
| Chris McCann | McCann was a member of Uber's Security team at the time of the 2016 Data Breach. The United States anticipates that McCann may testify about the 2016 data breach, Uber's response efforts, Defendant Sullivan's statements and demeanor during the response, the drafting of a summary related to the incident in September 2017, and related matters. |
| Vasile Mereacre | Mereacre was one of the hackers responsible for the 2016 Data Breach. The United States anticipates that Mereacre may testify about the circumstances of the hack resulting in the 2016 data breach, the data he and his co-conspirator obtained during the hack, his communications with Uber, the payment of a $100,000 bounty, execution of a Non-Disclosure Agreement, and related matters. |
| Emil Michael | Michael was a member of the executive team at Uber at the time of the 2016 Data Breach. The United States anticipates that he may testify that he recalls first learning of the 2016 Data Breach when it was publicly reported in 2017, and related matters |
| Heather Nyong'o | Nyong'o participated in interviews of Defendant Sullivan as outside counsel to Uber. The United States anticipates that she may testify about those interviews and related matters. |
| Thuan Pham | Pham was a member of the executive team at Uber at the time of the 2016 Data Breach. The United States anticipates that he may testify about Uber's decision to hire Defendant Sullivan as Chief Security Officer, that he recalls first learning of the 2016 Data Breach in approximately November 2017, and related matters. |
| David Plouffe | Plouffe was a member of the executive team at Uber at the time of the 2016 Data Breach. The United States anticipates that he may testify that he recalls first learning of the 2016 Data Breach when it was publicly reported in 2017. |
| FBI Special Agent Welton Pollard | The United States anticipates that SA Pollard may testify about certain documents obtained in the course of the government's investigation, witness statements, and related matters. |
| Alex Rice | Rice was an employee of Uber's bug bounty vendor at the time of the 2016 Data Breach. The United States anticipates that he may testify about his communications with Uber personnel related to a large bounty payment in November and December 2016, about the use of a private bug bounty program to process that payment, about his employer's operations, and related matters. |

| Sabrina Ross | Ross was a member of Uber's in-house legal team, assigned to the Privacy Team, at the time of the 2016 Data Breach. The United States anticipates that she may testify about Uber's Privacy Team, about the FTC's data security investigation into Uber, about Defendant Sullivan's interactions with the FTC and its staff, about Sullivan's role in Uber's response to the FTC's investigation and the settlement thereto, and related matter. |
|---|---|
| Benjamin Rossen | Rossen was an FTC staff attorney assigned to the FTC's data security investigation into Uber. The United States anticipates that he may testify about the nature of the FTC's investigation into Uber (as reflected in CIDs and other correspondence), information provided to the FTC by counsel for Uber, direct communications with Defendant Sullivan, communications between the FTC and counsel for Uber, the November 2017 disclosure that Uber had suffered a major data breach the prior year, the terms of all versions of draft resolutions with Uber, and related matter. |
| Hudson Thrift | Thrift was a member of Uber's Security team at the time of the 2016 Data Breach. The United States anticipates that Thrift may testify about his role in responding to the 2016 Data Breach, about the use of bug bounty programs, Uber's response efforts to that breach, and related matters. |
| Rachel Whetstone | Whetstone was a member of the executive team at Uber at the time of the 2016 Data Breach. The United States anticipates that she may testify that she recalls first learning of the 2016 Data Breach when it was publicly reported in 2017, and related matters. |
| Ross Worden | Worden was a member of Uber's Security team at the time of the 2016 Data Breach. The United States anticipates that Worden may testify about the circumstances of a data breach suffered by Uber in 2014, his role in assisting Uber's legal team in responding to the FTC's data security investigation, the 2016 breach, Uber's response efforts to that breach, and related matters. |
| Salle Yoo | Yoo was Uber's General Counsel at the time of the 2016 Data Breach. The United States anticipates that Yoo may testify about the structure of Uber's legal department, practices of that department, the FTC's investigation into Uber. Defendant Sullivan's role as Deputy General Counsel at Uber, and related matters |
| Custodians of Records at Uber Technologies, Inc. | The United States anticipates that it may call one or more custodians of records from Uber regarding the company's documents, including relating to the use of Google Docs, email communications, chat-message communications, the presence or absence of certain business records, and related matters. The extent and nature of this testimony will depend on the stipulations to which the parties can agree. |