DAVID H. ANGELI (admitted *pro hac vice*)
TYLER P. FRANCIS (admitted *pro hac vice*)
MICHELLE H. KERIN (admitted *pro hac vice*)
URSULA LALOVIĆ (Cal. Bar No. 215551)
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232 │ Facsimile: (503) 227-0880
Email: david@angelilaw.com; tyler@angelilaw.com; michelle@angelilaw.com;
        ursula@angelilaw.com

JOHN D. CLINE (Cal. Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

*Attorneys for Defendant Joseph Sullivan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00337-WHO |
| Plaintiff, | |
| v. | DEFENDANT'S WITNESS LIST |
| JOSEPH SULLIVAN, | |
| Defendant. | |

DEFENDANT'S WITNESS LIST
3:20-cr-00337-WHO

1

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

In addition to any witnesses the government has identified, Mr. Sullivan may call the following witnesses in his case-in-chief at trial, if he chooses to present one:

1. **Brooke Anderson**. If called to testify, Ms. Anderson will testify about her experience as Global Head of Safety Communications at Uber Technologies, Inc. as it relates to the issues in this case.

2. **Dan Borges**. If called to testify, Mr. Borges will testify about his experience as a Senior Security Engineer at Uber Technologies, Inc. as it relates to the issues in this case.

3. **Derek Care**. If called to testify, Mr. Care will provide non-privileged testimony about his experience as a Legal Director for Privacy and Cybersecurity at Uber Technologies, Inc. as it relates to the issues in this case.

4. **Jon K. Chinn**. If called to testify, Mr. Chinn, a Special Agent with the Federal Bureau of Investigation will testify about the FBI's investigation in this matter.

5. **Craig Clark**. If called to testify, Mr. Clark will testify about his experience as a Legal Director for Security and Law Enforcement at Uber Technologies, Inc. as it relates to the issues in this case.

6. **Covington & Burling LLP Records Custodian**. If called to testify, a records custodian for Covington & Burling LLP will testify about the authenticity of certain documents that may be introduced as evidence at trial and confirm specific representations it made to the government during its investigation into this matter.

7. **Shari Doherty**. If called to testify, Ms. Doherty will testify about her experience as Senior Director for Communications at Uber Technologies, Inc. as it relates to the issues in this case.

8. **John Dwyer**. If called to testify, Mr. Dwyer will provide non-privileged testimony about his experience as an attorney at Cooley LLP as it relates to the issues in this case.

9. **Melanie Ensign**. If called to testify, Ms. Ensign will testify about her experience as Global Head of Security, Privacy and Engineering Communications at Uber Technologies,

DEFENDANT'S WITNESS LIST
3:20-cr-00337-WHO

2

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

Inc. as it relates to the issues in this case.

10. **Rebecca Engrav**. If called to testify, Ms. Engrav will provide non-privileged testimony about her experience as an attorney at Perkins Coie LLP as it relates to the issues in this case.

11. **Robert Fletcher**. If called to testify, Mr. Fletcher will testify about his experience as Senior Security Engineer and Head of Product Security at Uber Technologies, Inc. as it relates to the issues in this case.

12. **John "Four" Flynn**. If called to testify, Mr. Flynn will testify about his experience as the Chief Information Security Officer at Uber Technologies, Inc. as it relates to the issues in this case.

13. **Gerardo "Ollie" Gallardo**. If called to testify, Mr. Gallardo will testify about his experience as a Senior Security Engineer at Uber Technologies, Inc. as it relates to the issues in this case.

14. **Alex Garbutt**. If called to testify, Mr. Garbutt will testify about his experience as a Senior Security Engineer at Uber Technologies, Inc. as it relates to the issues in this case.

15. **Chris Gates**. If called to testify, Mr. Gates will testify about his experience as a Senior Security Engineer at Uber Technologies, Inc. as it relates to the issues in this case.

16. **Brandon Glover**. If called to testify, he will testify about his experience as an independent security researcher as it relates to the 2016 cybersecurity incident at issue in this case.

17. **Lindsey Glovin**. If called to testify, Ms. Glovin will testify about her experience as a Security Program Manager at Uber Technologies, Inc. as it relates to the issues in this case.

18. **Collin Greene**. If called to testify, Mr. Greene will testify about his experience as a Security Engineering Manager at Uber Technologies, Inc. as it relates to the issues in this case.

19. **Justin Griggs**. If called to testify, Mr. Griggs, a Special Agent with the Federal Bureau of Investigation will testify about his experience in the FBI's investigation of the cybersecurity incident in 2016 at issue in this case.

DEFENDANT'S WITNESS LIST
3:20-cr-00337-WHO

3

20. **Luis Guzman**. If called to testify, Mr. Guzman will testify about his experience as Manager for Security Response at Uber Technologies, Inc. as it relates to the issues in this case.

21. **Custodian of Records for HackerOne, Inc**. If called to testify, a records custodian for HackerOne, Inc. will testify about the authenticity of certain documents that may be introduced as evidence at trial.

22. **Todd Hamblet**. If called to testify, Mr. Hamblet will provide non-privileged testimony about his experience as Corporate Managing Counsel and Associate General Counsel for Global Corporate and Mergers & Acquisitions at Uber Technologies, Inc.as it relates to Uber's 2017 transaction with a consortium of investors led by SoftBank. as it relates to the issues in this case.

23. **Jill Hazelbaker**. If called to testify, Ms. Hazelbaker will testify about her experience as Senior Vice President for Marketing and Public Affairs at Uber Technologies, Inc. as it relates to the issues in this case.

24. **Mat Henley**. If called to testify, Mr. Henley will testify about his experience as Head of Global Threat Operations at Uber Technologies, Inc. as it relates to the issues in this case.

25. **Chris A. Hickey**. If called to testify, Mr. Hickey, a Special Agent with the Federal Bureau of Investigation, will testify about his experience in the FBI's investigation of this matter.

26. **Chris Johnstone**. If called to testify, Mr. Johnstone will provide non-privileged testimony about his experience as an attorney at Wilmer Cutler Pickering Hale and Dorr LLP as it relates to the substance of interviews of Uber employees in the summer and fall of 2017 relating to this matter.

27. **Travis Kalanick**. If called to testify, Mr. Kalanick will testify about his experience as Chief Executive Officer of Uber Technologies, Inc. as it relates to the issues in this case.

DEFENDANT'S WITNESS LIST
3:20-cr-00337-WHO

4

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

28. **Matt Kallman**. If called to testify, Mr. Kallman will testify about his experience as Vice President for Communications at Uber Technologies, Inc. as it relates to the issues in this case.

29. **Candace Kelly**. If called to testify, Ms. Kelly will provide non-privileged testimony about her experience as Legal Director for Global Privacy, Security, and Consumer Protection (Interim) and Senior Legal Director for Government Investigations at Uber Technologies, Inc. as it relates to the issues in this case.

30. **Erin Ladd**. If called to testify, Ms. Ladd will provide non-privileged testimony about her experience as an attorney at Wilmer Cutler Pickering Hale and Dorr LLP as it relates to the substance of interviews of Uber employees in the summer and fall of 2017 relating to this matter.

31. **Randall Lee**. If called to testify, Mr. Lee will provide non-privileged testimony about his experience as an attorney at Wilmer Cutler Pickering Hale and Dorr LLP as it relates to the substance of interviews of Uber employees in the summer and fall of 2017 relating to this matter.

32. **Chris Long**. If called to testify, Mr. Long will testify about his experience as a Security Engineer at Uber Technologies, Inc. as it relates to the issues in this case

33. **Andrew Matthews**. If called to testify, Mr. Matthews will testify about his experience as head of Business Operations and Strategy for Security at Uber Technologies, Inc. as it relates to the issues in this case.

34. **Chris McCann**. If called to testify, Mr. McCann will testify about his experience as a Senior Security Engineer for Incident Response and Investigations at Uber Technologies, Inc. as it relates to the issues in this case.

35. **Vasile Mereacre**. If called to testify, he will testify about his experience as an independent security researcher as it relates to the 2016 cybersecurity incident at issue in this case.

DEFENDANT'S WITNESS LIST
3:20-cr-00337-WHO

5

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

36. **Heather Nyong'o**. If called to testify, Ms. Nyong'o will provide non-privileged testimony about her experience as an attorney at Wilmer Cutler Pickering Hale and Dorr LLP as it relates to the substance of interviews of Uber employees in the summer and fall of 2017 relating to this matter.

37. **Angela Padilla**. If called to testify, Ms. Padilla will provide non-privileged testimony about her experience as Vice President and Deputy General Counsel for Litigation, Employment, and Government at Uber Technologies, Inc. as it relates to the issues in this case.

38. **Thuan Quiang Pham**. If called to testify, Mr. Pham will testify about his experience as Chief Technology Officer at Uber Technologies, Inc. as it relates to the issues in this case.

39. **David Plouffe**. If called to testify, Mr. Plouffe will testify about his experience as Senior Vice President of Policy and Strategy at Uber Technologies, Inc. as it relates to the issues in this case.

40. **Alex Rice**. If called to testify, Mr. Rice will testify about his experience as Co-Founder and Chief Technology Officer of HackerOne, Inc. as it relates to the issues in this case.

41. **Sabrina Ross**. If called to testify, Ms. Ross will provide non-privileged testimony about her experience as a Legal Director for Privacy at Uber Technologies, Inc. as it relates to the issues in this case.

42. **Benjamin Rossen**. If called to testify, Mr. Rossen will provide non-privileged testimony about his experience working as a Senior Attorney in the Division of Privacy and Identity Protection at the Federal Trade Commission with regards to the FTC's investigations into Uber Technologies, Inc.

43. **Jim Routh**. If called to testify, Mr. Routh will testify as an expert witness regarding the role of cybersecurity professionals in large organizations, cybersecurity incident response, and bug bounty programs during the time period relevant to this case.

44. **Ed Russo**. If called to testify, Mr. Russo will testify about his experience as Senior Risk and Threat Analyst at Uber Technologies, Inc. as it relates to the issues in this case.

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

45. **Mario Scussel**. If called to testify, Mr. Scussel, a Special Agent with the Federal Bureau of Investigation, will testify about his experience in the FBI's investigation of this matter.

46. **Custodian of Records for Softbank**. If called to testify, a records custodian for Softbank will testify about the authenticity of certain documents that may be introduced as evidence at trial.

47. **Ryan Stumphauzer**. If called to testify, Mr. Stumphauzer will provide non-privileged testimony about his communications with the government on behalf of his client, Craig Clark.

48. **Joe Sullivan**. If called to testify, Mr. Sullivan will testify about his experience as Chief Security Officer at Uber Technologies, Inc. as it relates to the issues in this case.

49. **Hudson Thrift**. If called to testify, Mr. Thrift will testify about his experience as Head of Internal Security at Uber Technologies, Inc. as it relates to the issues in this case.

50. **Katherine Tassi**. If called to testify, Ms. Tassi will provide non-privileged testimony about her experience as Senior Legal Director for Privacy and Data Security at Uber Technologies, Inc. as it relates to the issues in this case.

51. **Ervin Tu**. If called to testify, Mr. Tu will testify about his experience as Managing Partner at SoftBank Investment Advisors as it relates to Uber's 2017 transaction with a consortium of investors led by SoftBank.

52. **Ashley Vivlamore**. If called to testify, Ms. Vivlamore will testify about her experience as a Technical Investigations Manager at Uber Technologies, Inc. as it relates to the issues in this case.

53. **Rachel Whetstone**. If called to testify, Ms. Whetstone will testify about her experience as Senior Vice President for Communications and Public Policy at Uber Technologies, Inc. as it relates to the issues in this case.

54. **Ross Worden**. If called to testify, Mr. Worden will testify about his experience as Senior Manager for Security Response and Investigations at Uber Technologies, Inc. as it relates to the issues in this case.

DEFENDANT'S WITNESS LIST
3:20-cr-00337-WHO

7

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

55. **Miriam Wugmeister**. If called to testify, Ms. Wugmeister will provide non-privileged testimony about her experience as an attorney at Morrison & Foerster LLP with regards to Softbank's investment in Uber Technologies, Inc. in 2017-18.

56. **Salle Yoo**. If called to testify, Ms. Yoo will provide non-privileged testimony about her experience as General Counsel at Uber Technologies, Inc. as it relates to the issues in this case.

This list is the defense's good faith effort to identify witnesses Mr. Sullivan may call at trial. Mr. Sullivan reserves the right to supplement this list considering the evidence presented at trial, future developments in the case, the provision of additional discovery, outreach to additional witnesses, and rulings by the Court.


DATED: August 15, 2022.

*s/ David H. Angeli*

David H. Angeli
Tyler P. Francis
Michelle H. Kerin
Ursula Lalović
John D. Cline

*Attorneys for Defendant Joseph Sullivan*

DEFENDANT'S WITNESS LIST
3:20-cr-00337-WHO

8

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880