DAVID H. ANGELI (admitted *pro hac vice*)
TYLER P. FRANCIS (admitted *pro hac vice*)
MICHELLE H. KERIN (admitted *pro hac vice*)
URSULA LALOVIĆ (Cal. Bar No. 215551)
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232 │ Facsimile: (503) 227-0880
Email: david@angelilaw.com; tyler@angelilaw.com; michelle@angelilaw.com; ursula@angelilaw.com

JOHN D. CLINE (Cal. Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

*Attorneys for Joseph Sullivan*

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division
ANDREW F. DAWSON (CABN 264421)
BENJAMIN KINGSLEY (CABN 314192)
Assistant United States Attorneys
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7019 FAX: (415) 436-7234
Email: andrew.dawson@usdoj.gov; benjamin.kingsley@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00337-WHO |
| Plaintiff, | |
| v. | AMENDED JOINT TRIAL EXHIBIT LIST |
| JOSEPH SULLIVAN, | |
| Defendant. | |

AMENDED JOINT EXHIBIT LIST
3:20-cr-00337-WHO

1

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

The parties submit the following list of joint trial exhibits:

| EX # | DATE | DESCRIPTION | OFF'D | ADT'D |
|---|---|---|---|---|
| 1 | 1/1/2015 | Uber Data Breach Incident Response Plan | | |
| 2 | 3/12/2015 | Preservation letter from FTC to Engrav | | |
| 3 | 3/12/2015 | Email from: Yoo to Kalanick and Plouffe re: "FTC Investigation" (attaching FTC Preservation Letter) | | |
| 4 | 3/12/2015 | FTC Preservation letter to Uber | | |
| 5 | 4/1/2015 | Service Fee Schedule | | |
| 6 | 4/3/2015 | Uber USA, LLC Software License and Online Services Agreement | | |
| 7 | 5/6/2015 | Uber City Addendum | | |
| 8 | 7/31/2015 | Sullivan FTC Dep. Ex. 5 (Uber's Corrected Second Set of Responses to 2015 CID) | | |
| 9 | 1/19/2016 | Uber Data Breach Incident Response Plan | | |
| 10 | 3/15/2016 | Email from Greene to Matthew Murphy Re: CSP deadline | | |
| 11 | 3/21/2016 | Sullivan email exchange with Whetstone, Greene, and Flynn (cc: Hearns & Kalanick) re: Bug bounty program | | |
| 12 | 4/8/2016 | Bug Bounty Program Terms | | |
| 13 | 5/22/2016 | Engineering Security Incident Response Plan | | |
| 14 | 8/3/2016 | Yoo/Sullivan email exchange re: Privileged and Confidential Attorney Client Communication | | |
| 15 | 8/13/2016 | Yoo, Sullivan, Tassi email exchange re: Craig | | |
| 16 | 8/18/2016 | Uber Bug Bounty Program Description | | |
| 17 | 8/23/2016 | Email exchange among Guzman, Clark, and Worden (with cc's) re: Preliminary Postmortem Reddit Leak | | |
| 18 | 8/30/2016 | Email from Engrav to Tassi, Ross, Para, and Care (with cc's) re: FTC submission re round 2 and 3 of AWS breach | | |
| 19 | 8/31/2016 | 8/30/16 letter from Engrav to Rossen (FTC) (attachment to 8/31/16 Engrav email to Tassi, et al.) | | |
| 20 | 8/31/2016 | Uber Technologies, Inc.'s Sixth Set of Responses to May 21, 2015 Civil Investigative Demand (attachment to 8/31/ Engrav email to Tassi, et al.) | | |
| 21 | 11/2/2016 | Email from Clark to Rai (cc: Sullivan, Flynn) re: encryption at rest | | |
| 22 | 11/7/2016 | Breach Incident Response Playbook | | |
| 23 | 11/9/2016 | Engineering Security Incident Response Plan | | |
| 24 | 11/14/2016 | Email from Greene to Fletcher re: Uber Security | | |
| 25 | 11/14/2016 | Email exchange among Clark, Guzman, Henley, Flynn, Greene, and Sullivan re: johndoughs@protonmail.com Incident | | |

AMENDED JOINT EXHIBIT LIST
3:20-cr-00337-WHO

2

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

| EX # | DATE | DESCRIPTION | OFF'D | ADT'D |
|---|---|---|---|---|
| 26 | 11/14/2016 | Email from "Johndoughs" to Sullivan re: Uber Security | | |
| 27 | 11/14/2016 | Email exchange among Henley, Sullivan, Guzman, Clark, Flynn, and Greene re: johndoughs@protonmail.com Incident | | |
| 28 | 11/14/2016 | Email exchange among Guzman, Henley, Clark, Flynn, and Greene re: johndoughs@protonmail.com Incident | | |
| 29 | 11/14/2016 | Preacher Central Tracker | | |
| 30 | 11/14/2016 | Draft "Security Incident Extortion Attempt" document | | |
| 31 | 11/15/2016 | Email from Ensign to Kelly re: A/C Priv: Security + candace@uber any legal advice? | | |
| 32 | 11/15/2016 | Email from HipChat to Kelly re: Melanie Ensign sent you a 1-1 Message | | |
| 33 | 11/15/2016 | Sullivan email to Kalanick and Clark re: Security Note | | |
| 34 | 11/15/2016 | Fletcher email to self | | |
| 35 | 11/15/2016 | Emails between Ensign and Kelly re: Hey | | |
| 36 | 11/15/2016 | Ensign email to Kelly re: A/C Priv: Security Incident - Extortion Attempt -- invitation to edit | | |
| 37 | 11/15/2016 | Uber Technologies, Inc.: Travis Kalanick and Joe Sullivan Text Messages | | |
| 38 | 11/15/2016 | Kelly email to Ensign re: Hey | | |
| 39 | 11/15/2016 | Email exchange between Ensign and Kelly re: Hey | | |
| 40 | 11/15/2016 | Draft "Security Incident Extortion Attempt" document | | |
| 41 | 11/15/2016 | Draft "Security Incident Extortion Attempt" document | | |
| 42 | 11/15/2016 | Draft "Security Incident Extortion Attempt"" document | | |
| 43 | 11/15/2016 | Draft "Security Incident Extortion Attempt" document | | |
| 47 | 11/15/2016 | Nov. 15 - 8:55 pm NDA | | |
| 48 | 11/15/2016 | Nov. 15 - 9:01 pm NDA | | |
| 49 | 11/15/2016 | Nov. 15 - 10:09 pm NDA | | |
| 45 | 11/15/2016 | Drafting history for email sent to hackers at 11:57 am on 11/15/16. | | |
| 44 | 11/15/2016 | Drafting history for email sent to hackers at 9:29 am on 11/15/16 | | |
| 46 | 11/15/2016 | Drafting history for email sent to hackers at 2:12 pm on 11/15/16. | | |
| 126 | 11/16/2016 | Email from Clark to Sullivan re: Patel et al NDA -- Invitation to Edit | | |
| 127 | 11/16/2016 | Greene and Clark comments on Patel et al NDA | | |
| 50 | 11/16/2016 | Nov. 16 - 7:26 am NDA | | |
| 51 | 11/16/2016 | Nov. 16 - 7:28 am NDA | | |

AMENDED JOINT EXHIBIT LIST
3:20-cr-00337-WHO

3

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

| EX # | DATE | DESCRIPTION | OFF'D | ADT'D |
|---|---|---|---|---|
| 52 | 11/16/2016 | Nov. 16 - 7:29 am NDA | | |
| 53 | 11/16/2016 | Nov. 16 - 7:29 am NDA | | |
| 54 | 11/16/2016 | Nov. 16 - 7:30 am NDA | | |
| 55 | 11/16/2016 | Nov. 16 - 7:30 am NDA | | |
| 56 | 11/16/2016 | Nov. 16 - 7:31 am NDA | | |
| 57 | 11/16/2016 | Nov. 16 - 7:33 am NDA | | |
| 58 | 11/16/2016 | Nov. 16 - 7:35 am NDA | | |
| 59 | 11/16/2016 | Nov. 16 - 7:36 am NDA | | |
| 60 | 11/16/2016 | Nov. 16 - 7:38 am NDA | | |
| 61 | 11/16/2016 | Nov. 16 - 7:39 am NDA | | |
| 62 | 11/16/2016 | Nov. 16 - 7:39 am NDA | | |
| 63 | 11/16/2016 | Nov. 16 - 7:39 am NDA | | |
| 64 | 11/16/2016 | Nov. 16 - 7:40 am NDA | | |
| 65 | 11/16/2016 | Nov. 16 - 7:40 am NDA | | |
| 66 | 11/16/2016 | Nov. 16 - 7:41 am NDA | | |
| 67 | 11/16/2016 | Nov. 16 - 7:42 am NDA | | |
| 68 | 11/16/2016 | Nov. 16 - 7:42 am NDA | | |
| 69 | 11/16/2016 | Nov. 16 - 7:44 am NDA | | |
| 70 | 11/16/2016 | Nov. 16 - 7:44 am NDA | | |
| 71 | 11/16/2016 | Nov. 16 - 7:44 am NDA | | |
| 72 | 11/16/2016 | Nov. 16 - 7:45 am NDA | | |
| 73 | 11/16/2016 | Nov. 16 - 7:50 am NDA | | |
| 74 | 11/16/2016 | Nov. 16 - 7:51 am NDA | | |
| 75 | 11/16/2016 | Nov. 16 - 7:51 am NDA | | |
| 76 | 11/16/2016 | Nov. 16 - 7:51 am NDA | | |
| 77 | 11/16/2016 | Nov. 16 - 7:53 am NDA | | |
| 78 | 11/16/2016 | Nov. 16 - 7:53 am NDA | | |
| 79 | 11/16/2016 | Nov. 16 - 7:56 am NDA | | |
| 80 | 11/16/2016 | Nov. 16 - 7:57 am NDA | | |
| 81 | 11/16/2016 | Nov. 16 - 7:57 am NDA | | |
| 82 | 11/16/2016 | Nov. 16 - 9:15 am NDA | | |
| 83 | 11/16/2016 | Nov. 16 - 10:53 am NDA | | |
| 84 | 11/16/2016 | Nov. 16 - 3:51 pm NDA | | |
| 85 | 11/16/2016 | Nov. 16 - 4:55 pm NDA | | |
| 86 | 11/16/2016 | Nov. 16 - 7:04 pm NDA | | |
| 87 | 11/16/2016 | Nov. 16 - 7:05 pm NDA | | |
| 88 | 11/16/2016 | Nov. 16 - 7:05 pm NDA | | |
| 89 | 11/16/2016 | Nov. 16 - 7:11 pm NDA | | |
| 90 | 11/16/2016 | Nov. 16 - 7:34 pm NDA | | |
| 91 | 11/16/2016 | Nov. 16 - 8:34 pm NDA | | |

AMENDED JOINT EXHIBIT LIST
3:20-cr-00337-WHO

4

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

| EX # | DATE | DESCRIPTION | OFF'D | ADT'D |
|---|---|---|---|---|
| 92 | 11/16/2016 | Nov. 16 - 9:58 pm NDA | | |
| 93 | 11/16/2016 | Nov. 16 - 9:59 pm NDA | | |
| 94 | 11/16/2016 | Nov. 16 - 9:59 pm NDA | | |
| 95 | 11/16/2016 | Nov. 16 - 10:00 pm NDA | | |
| 96 | 11/16/2016 | Nov. 16 - 10:01 pm NDA | | |
| 97 | 11/16/2016 | Nov. 16 - 10:01 pm NDA | | |
| 98 | 11/16/2016 | Nov. 16 - 10:02 pm NDA | | |
| 99 | 11/16/2016 | Nov. 16 - 10:07 pm NDA | | |
| 100 | 11/16/2016 | Nov. 16 - 10:08 pm NDA | | |
| 101 | 11/16/2016 | Nov. 16 - 10:12 pm NDA | | |
| 102 | 11/16/2016 | Nov. 16 - 10:12 pm NDA | | |
| 103 | 11/16/2016 | Nov. 16 - 10:13 pm NDA | | |
| 104 | 11/16/2016 | Nov. 16 - 10:14 pm NDA | | |
| 105 | 11/16/2016 | Nov. 16 - 10:14 pm NDA | | |
| 106 | 11/16/2016 | Nov. 16 - 10:15 pm NDA | | |
| 107 | 11/16/2016 | Nov. 16 - 10:16 pm NDA | | |
| 108 | 11/16/2016 | Nov. 16 - 10:16 pm NDA | | |
| 109 | 11/16/2016 | Nov. 16 - 10:16 pm NDA | | |
| 110 | 11/16/2016 | Nov. 16 - 10:17 pm NDA | | |
| 111 | 11/16/2016 | Nov. 16 - 10:18 pm NDA | | |
| 112 | 11/16/2016 | Nov. 16 - 10:18 pm NDA | | |
| 113 | 11/16/2016 | Nov. 16 - 10:18 pm NDA | | |
| 114 | 11/16/2016 | Nov. 16 - 10:19 pm NDA | | |
| 115 | 11/16/2016 | Nov. 16 - 10:19 pm NDA | | |
| 116 | 11/16/2016 | Nov. 16 - 10:31 pm NDA | | |
| 117 | 11/16/2016 | Nov. 16 - 10:32 pm NDA | | |
| 118 | 11/16/2016 | Nov. 16 - 10:32 pm NDA | | |
| 119 | 11/16/2016 | Nov. 16 - 10:33 pm NDA | | |
| 120 | 11/16/2016 | Nov. 16 - 10:33 pm NDA | | |
| 121 | 11/16/2016 | Nov. 16 - 10:33 pm NDA | | |
| 122 | 11/16/2016 | Nov. 16 - 10:36 pm NDA | | |
| 123 | 11/16/2016 | Nov. 16 - 10:37 pm NDA | | |
| 124 | 11/16/2016 | Nov. 16 - 10:37 pm NDA | | |
| 125 | 11/16/2016 | Nov. 16 - 10:38 pm NDA | | |
| 128 | 11/16/2016 | Email from Peprah to McCann re: Password reset for GitHub | | |
| 129 | 11/16/2016 | Email from Clark to Sullivan (cc: Henley and Fletcher) re: Patel et al NDA - Invitation to edit | | |
| 130 | 11/16/2016 | Greene and Clark comments on Patel et al NDA | | |

AMENDED JOINT EXHIBIT LIST
3:20-cr-00337-WHO

5

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

| EX # | DATE | DESCRIPTION | OFF'D | ADT'D |
|---|---|---|---|---|
| 131 | 11/16/2016 | Drafting history for email sent to hackers at 11:14 am on 11/16/16 | | |
| 132 | 11/17/2016 | Text Message from Candace Kelly to Craig Clark | | |
| 133 | 11/17/2016 | Drafting history for email sent to hackers at 11:08 am on 11/17/16 | | |
| 134 | 11/18/2016 | Google Doc re: Shaf Patel | | |
| 135 | 11/18/2016 | Tracked Postmortem Tasks | | |
| 136 | 11/18/2016 | GitHub CISO questions | | |
| 137 | 11/18/2016 | Letter to Engineers re: GitHub access | | |
| 138 | 11/18/2016 | Access logs from GitHub compromised accounts | | |
| 139 | 11/18/2016 | Preacher Consolidated list of IPs by total of events, first and last time seen | | |
| 140 | 11/18/2016 | Incident Timeline | | |
| 141 | 11/18/2016 | GitHub Remediation- collab doc / Additional GitHub Security Details | | |
| 142 | 11/18/2016 | Calendar invite from Clark to numerous recipients re: Preacher Sync | | |
| 143 | 11/18/2016 | Drafting history for email sent to hackers at 12:18 pm on 11/18/16 | | |
| 144 | 11/18/2016 | NDA signed by Fletcher and "John Doughs" | | |
| 145 | 11/18/2016 | Email from Matthews to Henley, Clark re Scott Wilson NDA | | |
| 146 | 11/18/2016 | Clark email to Matthews and Henley re: NDA ready to be sent | | |
| 147 | 11/18/2016 | Email from EchoSign to Matthews, Fletcher, and "John Doughs" attaching signed NDA | | |
| 148 | 11/18/2016 | NDA signed by Fletcher and "John Doughs" | | |
| 149 | 11/18/2016 | Email from Nguyen to sr-admin@uber.com re: Preacher Contingency Plan - Invitation to Edit | | |
| 150 | 11/18/2016 | Sullivan/Kalanick email exchange re: updates | | |
| 151 | 11/18/2016 | Scope of Potential Exposure in Uber-Cold-Storage | | |
| 152 | 11/18/2016 | Preacher Email Log | | |
| 153 | 11/18/2016 | Preacher Contingency Plan | | |
| 154 | 11/18/2016 | Garbutt and Clark comments on Google doc, "Scope of potential exposure in Uber-cold-storage" | | |
| 155 | 11/18/2016 | Henley email to Clark, forwarding Rice email Re: Canada tax form w-8ben | | |
| 156 | 11/21/2016 | Email from Fletcher to Henley, Clark, Sullivan, Flynn | | |

AMENDED JOINT EXHIBIT LIST
3:20-cr-00337-WHO

6

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

| EX # | DATE | DESCRIPTION | OFF'D | ADT'D |
|---|---|---|---|---|
| 157 | 11/21/2016 | Flynn email to Borges, Qiao, Greene, Thrift, Guzman, Stern, Worden, Long, Tickel, Gates, and Henley re: Invitation: Preacher Postmortem: Part 1 | | |
| 158 | 11/21/2016 | Email from Flynn to Benson re: preacher postmortem part 1 tomorrow | | |
| 159 | 11/21/2016 | Letter from Rossen (FTC) to Engrav | | |
| 160 | 11/21/2016 | NDA signed by Fletcher and William Loafman | | |
| 161 | 11/21/2016 | Email from Rossen to Engrav, Anderson, Trilling | | |
| 162 | 11/21/2016 | Letter from Rossen to Engrav | | |
| 163 | 11/21/2016 | Email from EchoSign to Matthews, Fletcher, and William Loafman | | |
| 164 | 11/21/2016 | Email from EchoSign to Matthews, Fletcher, and William Loafman | | |
| 165 | 11/21/2016 | Email from Sullivan to Kalanick re: Signed contract | | |
| 166 | 11/21/2016 | Email from Engrav to Kelly, Ross, and Para re: Uber | | |
| 167 | 11/21/2016 | Drafting history for email sent to hackers at 11:28 am on 11/21/16 | | |
| 168 | 11/22/2016 | Preacher postmortem task list | | |
| 169 | 11/22/2016 | Drafting history for email sent to hackers at 10:13 am on 11/22/16 | | |
| 170 | 11/22/2016 | Email from Flynn to Henley re: Preacher Postmortem: Part 1 | | |
| 171 | 11/22/2016 | Signed NDA | | |
| 172 | 11/22/2016 | Drafting history for email sent to hackers at 11:25 am on 11/22/16 | | |
| 173 | 11/25/2016 | Drafting history for email sent to hackers at 11:30 pm on 11/25/16 | | |
| 174 | 11/29/2016 | Drafting history for email sent to hackers at 12:49 pm on 11/29/16 | | |
| 175 | 11/30/2016 | Drafting history for email sent to hackers at 2:45 pm on 11/30/16 | | |
| 176 | 11/30/2016 | Drafting history for email sent to hackers at 10:49 pm on 11/30/16 | | |
| 177 | 11/30/2016 | Henley email to riskiq.net | | |
| 178 | 12/1/2016 | Drafting history for email sent to hackers at 6:25 pm on 12/1/16 | | |
| 179 | 12/1/2016 | Drafting history for email sent to hackers at 5:15 pm on 12/1/16 | | |
| 180 | 12/1/2016 | Signed W9 Form | | |

AMENDED JOINT EXHIBIT LIST
3:20-cr-00337-WHO

7

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

| EX # | DATE | DESCRIPTION | OFF'D | ADT'D |
|---|---|---|---|---|
| 181 | 12/1/2016 | Matthews email to Henley and Clark, re: signed: W9 Form between UBER and Brandon T White is Signed and Filed! | | |
| 182 | 12/2/2016 | Drafting history for email sent to hackers at 11:33 am on 12/2/16 | | |
| 183 | 12/5/2016 | Drafting history for email sent to hackers at 1:09 pm on 12/5/16 | | |
| 184 | 12/5/2016 | Drafting history for email sent to hackers at 10:25 am on 12/7/16 | | |
| 185 | 12/7/2016 | Drafting history for email sent to hackers at 9:01 pm on 12/7/16 | | |
| 186 | 12/8/2016 | Drafting history for email sent to hackers at 4:43 pm on 12/8/16 | | |
| 187 | 12/17/2016 | Email from Ross to Garbutt and Kelly | | |
| 188 | 12/20/2016 | Ross email exchange with Sullivan, Garbutt, and Kelly re: FTC CID 8th Set of Responses | | |
| 189 | 12/30/2016 | Flynn email to EngSec-Team re: EngSec in 2016 | | |
| 190 | 1/1/2017 | Craig Clark performance review | | |
| 191 | 1/1/2017 | Mat Henley performance review | | |
| 192 | 1/2/2017 | Memo from Orlando Team to Client re Client Meeting Support 03 Jan 2017 | | |
| 193 | 1/2/2017 | NDA, signed by Henley and Mereacre | | |
| 194 | 1/2/2017 | Email exchange among Clark, Henley, Gicinto, and Russo re: agmt | | |
| 195 | 1/3/2017 | Russo's memo re Meeting with Brandon Glover | | |
| 196 | 1/4/17 | Henley emails with Mereacre | | |
| 197 | 1/5/2017 | Russo's memo re Meeting with Vasile Mereacre | | |
| 198 | 1/5/2017 | Memo from Toronto Team to Client re Client Meeting Support 05 Jan 2017 | | |
| 199 | 1/25/2017 | Engineering Security Incident Response Plan | | |
| 200 | 4/7/2017 | Emails among Yoo, Sullivan, Ross, and Kelly re: Closing Letter to the FTC | | |
| 201 | 4/7/2017 | Attachment - DRAFT letter from Engrav to Rossen (FTC) re: Data Security and Privacy Investigation of Uber Technologies, Inc. | | |
| 202 | 4/9/2017 | Email from Ross to privacyteam@uber.com re: (a) team meeting; (b) Closing Letter to the FTC | | |
| 203 | 4/10/2017 | Ross/Clark email exchange re: (a) team meeting; (b) Closing Letter to the FTC | | |
| 204 | 5/4/2017 | Kelly email to Ross re: FTC Prep | | |

AMENDED JOINT EXHIBIT LIST
3:20-cr-00337-WHO

8

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

| EX # | DATE | DESCRIPTION | OFF'D | ADT'D |
|---|---|---|---|---|
| 205 | 5/26/2017 | Henley email to Flynn re: Vulnerability Test Report for Uber . . . one more time | | |
| 206 | 6/15/2017 | Email from Engrav to Kelly and Ross re: Uber | | |
| 207 | 6/15/2017 | Draft FTC Complaint (attached to 6/15/17 Engrav email to Kelly and Ross) | | |
| 208 | 6/15/2017 | Draft FTC Order (attached to 6/15/17 Engrav email to Kelly and Ross) | | |
| 209 | 7/14/2017 | Engrav/Rossen email attaching signed settlement agreement | | |
| 210 | 7/14/2017 | Uber/FTC Agreement Containing Consent Order | | |
| 211 | 9/19/2017 | Draft Consolidated Preacher Report | | |
| 212 | 9/19/2017 | Draft Consolidated Preacher Report | | |
| 213 | 9/19/2017 | Draft Consolidated Preacher Report | | |
| 214 | 9/19/2017 | Draft Consolidated Preacher Report | | |
| 215 | 9/20/2017 | Consolidated Preacher Report | | |
| 216 | 9/20/2017 | Yoo/Sullivan email exchange re: SMC follow-up | | |
| 217 | 9/20/2017 | Draft Consolidated Preacher Report | | |
| 218 | 9/20/2017 | Draft Consolidated Preacher Report | | |
| 219 | 11/3/2017 | Email from Tu to Poetzscher, Hamblet, et al. re: new issue | | |
| 220 | 11/9/2017 | Email from Mandel to Yoo, et al. | | |
| 221 | 11/9/2017 | Project Magellan--Company Side Letter | | |
| 222 | 11/9/2017 | Project Magellan - Company Side Letter | | |
| 223 | 11/13/2017 | Rossen email to Engrav | | |
| 224 | 11/13/2017 | Cooley email to Morrison & Foerster, Gunderson, and Uber team | | |
| 225 | 11/21/2017 | Email from Engrav to Rossen | | |
| 226 | 11/21/2017 | Email from Padilla to Sullivan re: IMPORTANT: Your Employment with Uber | | |
| 227 | 11/21/2017 | Khosrowshahi email to Horsey and Padilla (bcc: security-all@uber.com) re: Data breach and leadership changes | | |
| 228 | 11/27/2017 | "Preacher" PowerPoint presentation | | |
| 229 | 12/5/2017 | Engrav letter to NYAG re: 2016 incident. | | |
| 230 | 12/5/2017 | Mandiant Report Regarding Payment and Financial Information in Data in Uber 2016 Data Security Incident | | |
| 231 | 1/19/2018 | Letter from Engrav to Rossen and Trilling | | |
| 232 | 11/15/2016 | JS_TK Call Log | | |
| 233 | 11/18/2016 | Scope of Potential Exposure in Uber-Cold-Storage | | |

/////

AMENDED JOINT EXHIBIT LIST
3:20-cr-00337-WHO

9

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

/////

DATED: September 5, 2022                Respectfully submitted,

  /s/ David Angeli
DAVID ANGELI
Counsel for JOSEPH SULLIVAN

STEPHANIE M. HINDS
United States Attorney

  /s/ Andrew Dawson
ANDREW F. DAWSON
BENJAMIN KINGSLEY
Assistant United States Attorneys

Attestation of Filer

In addition to myself, the other signatory to this document is Andrew F. Dawson. I attest that I have his permission to enter a conformed signature on his behalf and to file this document.

DATED: September 5, 2022                /s/ David Angeli
DAVID ANGELI
Counsel for JOSEPH SULLIVAN

AMENDED JOINT EXHIBIT LIST
3:20-cr-00337-WHO

10

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880