STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
BENJAMIN KINGSLEY (CABN 314192)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    andrew.dawson@usdoj.gov
    benjamin.kingsley@usdoj.gov

Attorneys for United States of America

DAVID H. ANGELI (admitted pro hac vice)
TYLER P. FRANCIS (admitted pro hac vice)
MICHELLE H. KERIN (admitted pro hac vice)
URSULA LALOVIĆ (CABN 215551)
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880
Email:    david@angelilaw.com;
          tyler@angelilaw.com;
          michelle@angelilaw.com;
          ursula@angelilaw.com

JOHN D. CLINE (CABN 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

Attorneys for Defendant Joseph Sullivan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 20-cr-337 WHO |
| Plaintiff, | ) |
| | ) STIPULATIONS |
| v. | ) |
| | ) |
| JOSEPH SULLIVAN, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of America, by its undersigned counsel, and defendant, Joseph Sullivan, by his undersigned counsel, as follows:

1. The Preacher Email Log (Exh. 152) represents a true and accurate copy of the emails between "fletcher@uber.com" and "johndoughs@protonmail.com." The date and time stamps therein are accurate and reflect Pacific Time.

2. Exhibits 44, 45, 46, 131, 133, 143, 167, 169, 172, 173, 174, 175, 176, 178, 179, 182, 183, 184, 185, and 186 (the "Preacher Email Log Drafting History Documents") are composite exhibits, each reflecting the drafting history of a particular email that was ultimately sent from "fletcher@uber.com" to "johndoughs@protonmail.com" as follows:

| | |
|---|---|
| Ex. 44 | Drafting history for email sent at 9:29 am on 11/15/16 |
| Ex. 45 | Drafting history for email sent at 11:57 am on 11/15/16. |
| Ex. 46 | Drafting history for email sent at 2:12 pm on 11/15/16. |
| Ex. 131 | Drafting history for email sent at 11:14 am on 11/16/16 |
| Ex. 133 | Drafting history for email sent at 11:08 am on 11/17/16 |
| Ex. 143 | Drafting history for email sent at 12:18 pm on 11/18/16 |
| Ex. 167 | Drafting history for email sent at 11:28 am on 11/21/16 |
| Ex. 169 | Drafting history for email sent at 10:13 am on 11/22/16 |
| Ex. 172 | Drafting history for email sent at 11:25 am on 11/22/16 |
| Ex. 173 | Drafting history for email sent at 11:30 pm on 11/25/16 |
| Ex. 174 | Drafting history for email sent at 12:49 pm on 11/29/16 |
| Ex. 175 | Drafting history for email sent at 2:45 pm on 11/30/16 |
| Ex. 176 | Drafting history for email sent at 10:49 pm on 11/30/16 |
| Ex. 178 | Drafting history for email sent at 6:25 pm on 12/1/16 |
| Ex. 179 | Drafting history for email sent at 5:15 pm on 12/1/16 |
| Ex. 182 | Drafting history for email sent at 11:33 am on 12/2/16 |
| Ex. 183 | Drafting history for email sent at 1:09 pm on 12/5/16 |
| Ex. 184 | Drafting history for email sent at 10:25 am on 12/7/16 |
| Ex. 185 | Drafting history for email sent at 9:01 pm on 12/7/16 |
| Ex. 186 | Drafting history for email sent at 4:43 pm on 12/8/16 |

Text in color shows additions to the document, while text in strikethrough indicates deletions. The date, time, and editor stamps have been added by the parties, and the stamps accurately reflect the date and time each version was saved by the Google Docs software, in addition to the author of the edits shown in that version of the document. The date and time stamps reflect Pacific Standard Time.

3. The following exhibits show the drafting and editing history for certain "Google Docs" created by Uber employees in 2016 and 2017. Text in color shows additions to the document, while text in strikethrough indicates deletions. The date, time, and editor stamps have been added by the parties, and the stamps accurately reflect the date and time each version was saved by the Google Docs software, in addition to the author of the edits shown in that version of the document. The date and time stamps reflect Pacific Standard Time.

   a. Exhibits 47–49 and 82–94 show the drafting and editing history of the NDA between

8:55pm on 11/15/16 and 9:59pm on 11/16/16.

b. Exhibits 50–81 show the drafting and editing history of the NDA between 7:26am and 7:57am on 11/16/16.

c. Exhibits 95–125 show the drafting and editing history of the NDA between 10:00pm and 10:38pm on 11/16/16.

d. Exhibits 211–214, 217, and 218 show the drafting and editing history of the Consolidated Preacher Report (Ex. 215).

e. Exhibits 30 and 40–43 show the drafting and editing history of the "Security Incident Extortion Attempt" document.

4. On December 20, 2016, Joe Sullivan was sent a link to a Google Doc containing a draft of Uber's "8th Response to the 2015 FTC Civil Investigative Demand." Exhibit 1110 is the revision history for this document, showing which individuals drafted, edited, or commented on the document.

5. The attachment to Exhibit 1088 was prepared by Uber to describe communications that were not produced to the government at all (designated therein as "withhold") or redacted in part (designated therein as "redact") because Uber claimed that those documents, or portions of them, were protected by the attorney-client privilege and/or work product privilege. Exhibit 1088 accurately reflects the date, author, recipient(s), and the general subject matter of the communications described therein. Specifically, it describes the following:

a. With one exception, (the item dated December 20, 2016 from Alex Garbutt to Rebecca Engrav, identified therein as Privilege ID number Priv_NDCA_030), the items on the Uber Privilege Log dated between December 6 through December 21, 2016 (identified therein as Privilege ID numbers Priv_NDCA_001— Priv_NDCA_029 and Priv_NDCA_031—Priv_NDCA_041), relate to communications about Uber's December 21, 2016 submission to the FTC, titled Uber Technologies, Inc.'s Eighth Set of Responses to the FTC's May 21, 2015 Civil Investigative Demand, *[if admitted) in evidence at Exhibits 455, ___, and __ ].*

b. The items dated April 7 through April 10, 2017 (identified therein as Privilege ID

numbers Priv_NDCA_042—Priv_NDCA_050) relate to Uber's April 19, 2017 letter from Rebecca Engrav and submitted to the FTC, *[(if admitted) in evidence at Exhibit 563, ___, and ___ ].*

c. The items dated May 17 through May 18, 2017 (identified therein as Privilege ID numbers Priv_NDCA_051—Priv_NDCA_053) relate to one of the internal drafts of the proposed FTC Consent Decree and Complaint; and

d. The items dated September 20 through December 1, 2017 (identified therein as Privilege ID numbers Priv_NDCA_055—Priv_NDCA_065) relate to Uber's 2017 internal investigation into the 2016 Incident.

6. The parties stipulate that the times reflected in Exhibit A are displayed in Greenwich Mean Time, and these exhibits are stamped with the corresponding time in the Pacific Time Zone.

7. The parties agree that Google Doc "invite" and "comment" emails with links to the following documents in fact linked to the indicated document named in the email:

a. "Preacher Central Tracker"

b. "Preacher email log - nov 15, 2016"

c. "Preacher Contingency Plan"

d. "Consolidated Preacher Report <A/C Priv>"

e. "A/C Priv: Security Incident: Extortion Attempt"

f. "Preacher post mortem task list"

g. "Patel et al NDA <<A/C PRIV>>"

h. "Scope of potential exposure in uber-cold-storage"

8. Unless otherwise explicitly noted, the parties stipulate to the authenticity of all proposed trial exhibits are authentic and meet the evidentiary requirements for the admission of business records under Federal Rules of Evidence 803(6), 901, and 902(11).  As to proposed exhibits not listed on the parties' joint exhibit list, the parties preserve objections that the records

//

//

//

1    contain hearsay statements within them not covered by Rule 803(6).

2

3    DATED:  September 6, 2022                    Respectfully submitted,

4                                                STEPHANIE M. HINDS
                                                 United States Attorney
5

6                                                /s/_____
7                                                ANDREW F. DAWSON
                                                 BENJAMIN KINGSLEY
8                                                Assistant United States Attorneys

9    DATED:  September 6, 2022

10                                               /s/_____
11                                               DAVID ANGELI
                                                 Counsel for Defendant JOSEPH SULLIVAN
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**APPENDIX A**
**(Exhibits with Corrected Time Zones)**

Ex. 11 (UBER-DATA-00055576)

Ex. 17 (UBER-DISC-0038281)

Ex. 18 (UBER-DATA-00064355)

Ex. 24 (UBER-DATA-00066002)

Ex. 26 (UBER-DATA-00035145)

Ex. 27 (UBER-DATA-00000184)

Ex. 28 (UBER-DATA-00051520)

Ex. 31 (UBER-DATA-00072512)

Ex. 31 (UBER-DATA-00072512)

Ex. 35 (UBER-DATA-00060799)

Ex. 36 (UBER-DATA-00072511)

Ex. 38 (UBER-DATA-00072830)

Ex. 126 (SEC-DOJ-EPROD-000042819)

Ex. 128 (UBER-DATA-00051446)

Ex. 129 (UBER-DATA-00065940)

Ex. 142 (UBER-DISC-0046222)

Ex. 146 (UBER-DATA-00060166)

Ex. 147 (UBER-DATA-00015995)

Ex. 149 (UBER-DATA-00051377)

Ex. 156 (UBER-DATA-00054232)

Ex. 157 (UBER-DATA-00066011)

Ex. 158 (UBER-UDBFTC-0016060)

Ex. 161 (FTC-000766)

Ex. 163 (UBER-DATA-00015998)

Ex. 164 (UBER-DATA-00040848)

1    Ex. 165 (UBER-DATA-00051493)

2    Ex. 170 (UBER-DATA-00016092)

3    Ex. 177 (UBER-DATA-00054278)

4    Ex. 180 (UBER-DATA-00015989)

5    Ex. 181 (UBER-DATA-00054265)

6    Ex. 187 (UBER-DATA-00073125)

7    Ex. 196 (UBER-DATA-00050929)

8    Ex. 204 (UBER-DATA-00067505)

9    Ex. 205 (UBER-SULLIVAN-0000284)

10   Ex. 206 (UBER-DATA-00073102)

11   Ex. 219 (UBER-DATA-00053143)

12   Ex. 220 (UBER-DATA-00053433)

13   Ex. 224 (UBER-DATA-00057303)

14   Ex. 226 (UBER-DATA-00063311)

15   Ex. 261 (UBER-DATA-00032821)

16   Ex. 313 (UBER-DATA-00055509)

17   Ex. 317 (UBER-DATA-00054243)

18   Ex. 321 (UBER-DISC-0004474)

19   Ex. 343 (UBER-DATA-00016001)

20   Ex. 344 (UBER-DATA-00016067)

21   Ex. 345 (UBER-DATA-00016068)

22   Ex. 346 (UBER-DATA-00016158)

23   Ex. 347 (UBER-DATA-00038045)

24   Ex. 348 (UBER-DATA-00051120)

25   Ex. 349 (UBER-DATA-00051743)

26   Ex. 350 (UBER-DATA-00051747)

27   Ex. 353 (UBER-DATA-00051518)

28   Ex. 355 (UBER-DATA-00000187)

1  Ex. 357 (UBER-DATA-00051552)

2  Ex. 358 (UBER-DATA-00051557)

3  Ex. 359 (UBER-DATA-00051564)

4  Ex. 360 (UBER-DATA-00051805)

5  Ex. 361 (UBER-DATA-00051819)

6  Ex. 365 (UBER-DATA-00051534)

7  Ex. 366 (UBER-DATA-00051543)

8  Ex. 374 (UBER-DATA-00016121)

9  Ex. 375 (UBER-DATA-00016274)

10  Ex. 376 (UBER-DATA-00051658)

11  Ex. 377 (UBER-DATA-00051707)

12  Ex. 378 (UBER-DATA-00051721)

13  Ex. 379 (UBER-DATA-00016076)

14  Ex. 382 (UBER-DATA-00016081)

15  Ex. 383 (UBER-DATA-00016085)

16  Ex. 384 (UBER-DATA-00016114)

17  Ex. 386 (UBER-DATA-00038858)

18  Ex. 388 (UBER-DATA-00051146)

19  Ex. 390 (UBER-DATA-00051684)

20  Ex. 391 (UBER-DATA-00051809)

21  Ex. 393 (UBER-DATA-00051527)

22  Ex. 394 (UBER-DATA-00016090)

23  Ex. 395 (UBER-DATA-00016091)

24  Ex. 400 (UBER-DATA-00073090)

25  Ex. 404 (UBER-DATA-00016118)

26  Ex. 405 (UBER-DATA-00051132)

27  Ex. 406 (UBER-DATA-00051686)

28  Ex. 407 (UBER-DATA-00054281)

1    Ex. 408 (UBER-DATA-00054283)

2    Ex. 409 (UBER-DATA-00054286)

3    Ex. 416 (UBER-DATA-00016061)

4    Ex. 418 (UBER-DATA-00016080)

5    Ex. 419 (UBER-DATA-00016171)

6    Ex. 420 (UBER-DATA-00060131)

7    Ex. 427 (UBER-DATA-00049356)

8    Ex. 428 (UBER-DATA-00051633)

9    Ex. 429 (UBER-DATA-00051635)

10   Ex. 430 (UBER-DATA-00051637)

11   Ex. 431 (UBER-DATA-00051647)

12   Ex. 432 (UBER-DATA-00000267)

13   Ex. 434 (UBER-DATA-00016105)

14   Ex. 435 (UBER-DATA-00016144)

15   Ex. 436 (UBER-DATA-00016162)

16   Ex. 437 (UBER-DATA-00051139)

17   Ex. 438 (UBER-DATA-00051176)

18   Ex. 439 (UBER-DATA-00051179)

19   Ex. 440 (UBER-DATA-00054327)

20   Ex. 467 (UBER-DATA-00051491)

21   Ex. 468 (UBER-DATA-00051503)

22   Ex. 469 (UBER-DATA-00051505)

23   Ex. 472 (UBER-DATA-00060147)

24   Ex. 473 (UBER-DATA-00001271)

25   Ex. 482 (UBER-DATA-00016017)

26   Ex. 483 (UBER-DATA-00016019)

27   Ex. 484 (UBER-DATA-00016021)

28   Ex. 485 (UBER-DATA-00016023)

1     Ex. 486 (UBER-DATA-00016025)

2     Ex. 487 (UBER-DATA-00016027)

3     Ex. 488 (UBER-DATA-00016028)

4     Ex. 489 (UBER-DATA-00016029)

5     Ex. 490 (UBER-DATA-00016031)

6     Ex. 491 (UBER-DATA-00016032)

7     Ex. 492 (UBER-DATA-00016033)

8     Ex. 493 (UBER-DATA-00016034)

9     Ex. 494 (UBER-DATA-00016035)

10    Ex. 495 (UBER-DATA-00050894)

11    Ex. 496 (UBER-DATA-00050895)

12    Ex. 497 (UBER-DATA-00050896)

13    Ex. 498 (UBER-DATA-00050897)

14    Ex. 499 (UBER-DATA-00050898)

15    Ex. 500 (UBER-DATA-00050899)

16    Ex. 501 (UBER-DATA-00050900)

17    Ex. 502 (UBER-DATA-00050901)

18    Ex. 503 (UBER-DATA-00050903)

19    Ex. 504 (UBER-DATA-00050905)

20    Ex. 505 (UBER-DATA-00050906)

21    Ex. 506 (UBER-DATA-00050908)

22    Ex. 507 (UBER-DATA-00050910)

23    Ex. 508 (UBER-DATA-00050912)

24    Ex. 509 (UBER-DATA-00051665)

25    Ex. 511 (UBER-DATA-00051773)

26    Ex. 513 (UBER-DATA-00016005)

27    Ex. 514 (UBER-DATA-00016015)

28    Ex. 515 (UBER-DATA-00016036)

1   Ex. 516 (UBER-DATA-00016089)

2   Ex. 517 (UBER-DATA-00050914)

3   Ex. 518 (UBER-DATA-00050917)

4   Ex. 519 (UBER-DATA-00051122)

5   Ex. 520 (UBER-DATA-00051652)

6   Ex. 522 (UBER-DATA-00016002)

7   Ex. 523 (UBER-DATA-00016007)

8   Ex. 524 (UBER-DATA-00016009)

9   Ex. 525 (UBER-DATA-00016011)

10   Ex. 526 (UBER-DATA-00016013)

11   Ex. 527 (UBER-DATA-00050921)

12   Ex. 528 (UBER-DATA-00050923)

13   Ex. 529 (UBER-DATA-00054142)

14   Ex. 531 (UBER-DATA-00051206)

15   Ex. 546 (UBER-DATA-00054607)

16   Ex. 553 (UBER-SULLIVAN-0003141)

17   Ex. 567 (UBER-DATA-00063595)

18   Ex. 576 (UBER-GJ-0000608)

19   Ex. 581 (UBER-SULLIVAN-0000286)

20   Ex. 583 (UBER-GJ-0000737)

21   Ex. 616 (UBER-DATA-00063324)

22   Ex. 617 (UBER-DATA-00063338)

23   Ex. 618 (UBER-DATA-00072646)

24   Ex. 628 (UBER-DATA-00053205)

25   Ex. 633 (UBER-DATA-00016039)

26   Ex. 639 (UBER-DATA-00052547)

27   Ex. 644 (UBER-DATA-00063442)

28   Ex. 646 (UBER-DATA-00056112)

1        Ex. 648 (UBER-DATA-00061471)

2        Ex. 649 (UBER-DATA-00056101)

3        Ex. 650 (UBER-DATA-00058904)

4        Ex. 701 (UBER-DATA-00054349)

5        Ex. 1006 (UBER-DISC-0048987)

6        Ex. 1011 (UBER-DISC-0033170)

7        Ex. 1012 (UBER-DISC-0033177)

8        Ex. 1013 (UBER-DISC-0033189)

9        Ex. 1015 (H1 0002206)

10       Ex. 1016 (UBER-DISC-0046277)

11       Ex. 1018 (UBER-DISC-0033245)

12       Ex. 1019 (H1 0009516)

13       Ex. 1020 (UBER-DISC-0039452)

14       Ex. 1021 (UBER-DISC-0033166)

15       Ex. 1022 (UBER-DISC-0020061)

16       Ex. 1023 (UBER-DISC-0033206)

17       Ex. 1024 (H1 0007968)

18       Ex. 1025 (UBER-DISC-0033152)

19       Ex. 1026 (H1 0004287)

20       Ex. 1028 (UBER-DATA-00072423)

21       Ex. 1029 (UBER-DATA-00072817)

22       Ex. 1030 (UBER-UDBFTC-0016424)

23       Ex. 1031 (SEC-DOJ-EPROD-000042856)

24       Ex. 1032 (UBER-UDBFTC-0016021)

25       Ex. 1035 (UBER-DATA-00016347)

26       Ex. 1036 (UBER-DATA-00016350)

27       Ex. 1037 (UBER-DATA-00051525)

28       Ex. 1038 (UBER-DATA-00051572)

1      Ex. 1043 (SEC-DOJ-EPROD-000042735)

2      Ex. 1044 (SEC-DOJ-EPROD-000050491)

3      Ex. 1045 (UBER-UDBFTC-0016052)

4      Ex. 1046 (FTC-000271)

5      Ex. 1053 (UBER-DATA-00063332)

6      Ex. 1061 (UBER-DATA-00058082)

7      Ex. 1062 (SEC-DOJ-EPROD-000041273)

8      Ex. 1065 (SEC-DOJ-EPROD-000043559)

9      Ex. 1069 (SEC-DOJ-EPROD-000039931)

10      Ex. 1070 (SEC-DOJ-EPROD-000040018)

11      Ex. 1080 (UBER-DATA-00053139)

12      Ex. 1081 (SEC-DOJ-EPROD-000044838)

13      Ex. 1082 (UBER-DATA-00058387)

14      Ex. 1103 (UBER-DATA-00081086)

15      Ex. 1104 (UBER-DATA-00081087)

16      Ex. 1105 (UBER-DATA-00081088)

17      Ex. 1106 (UBER-DATA-00081085)

18      Ex. 1107 (UBER-DATA-00081090)

19      Ex. 1109 (UBER-DISC-0033207)

20

21

22

23

24

25

26

27

28