|   |   |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | ANDREW F. DAWSON (CABN 264421)<br>BENJAMIN KINGSLEY (CABN 314192) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7019<br>FAX: (415) 436-7234 |
| 8 | andrew.dawson@usdoj.gov<br>benjamin.kingsley@usdoj.gov |
| 9 | |
| 10 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:20-CR-337 WHO |
|---|---|
|  | ) |
| Plaintiff, | ) UNITED STATES'S FIRST AMENDED CASE-IN-<br>) CHIEF EXHIBIT LIST |
| v. | ) |
|  | ) |
| JOSEPH SULLIVAN, | ) |
|  | ) |
| Defendant. | ) |

The United States provides the attached notice of exhibits it may introduce at trial in its case-in-chief. The United States reserves the right to amend or supplement this list as appropriate as trial preparations progress. The United States may also introduce exhibits in its rebuttal case in response to evidence received by the jury in Defendant's case in chief. To the extent such evidence will be introduced, it is not necessarily identified herein.

Impeachment documents, documents to be used solely on cross examination, summary exhibits,

//

//

UNITED STATES' AMENDED EXHIBIT LIST
3:20-CR-337 WHO                                                          1

and demonstrative exhibits are not necessarily included on this list.

DATED: September 7, 2022                    Respectfully submitted,

                                            STEPHANIE M. HINDS
                                            United States Attorney

                                            _____/s/_____
                                            ANDREW F. DAWSON
                                            BENJAMIN KINGSLEY
                                            Assistant United States Attorneys

| EXH. NO | DATE | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|---|
| 251 | 9/3/2014 | Uber periodic testing procedures Ex. 17_20161108163901948.pdf | | |
| 252 | 9/3/2014 | I Uber Software security development Lifecycle Ex. 19_20161108164035561.pdf | | |
| 253 | 9/3/2014 | Annex 5 Uber Information Security Policy 2014-09-03.PDF | | |
| 254 | 9/3/2014 | Bijlage 3 - Uber Data Classification Policy (2014).pdf | | |
| 255 | 9/3/2014 | Bijlage 4 - Uber System Configuration Policy (2014).pdf | | |
| 256 | 9/3/2014 | Bijlage 5 - Uber Vulnerability Management Policy (2014).pdf | | |
| 257 | 9/3/2014 | Bijlage 6 - Uber Incident Response Plan (2014).pdf | | |
| 258 | 9/17/2014 | Rotate out old API IAM Key ASAP Ex. 7_20161108163155307.pdf | | |
| 259 | 11/18/2014 | Uber's Data Privacy Policy | | |
| 260 | 11/20/2014 | Uber Preservation Letter 11.20.2014.pdf | | |
| 261 | 12/5/2014 | 12.05.2014 Email from Alex Garbutt re: (security) Potential PII including passwords leak | | |
| 262 | 12/19/2014 | Fork and extend Prezi Ex. 10_20161108163256627.pdf | | |
| 263 | 1/13/2015 | 01.13.2015 Email from Joe Sullivan re: New warning email from DDB4C - Content Below | | |
| 264 | 1/19/2015 | 01.19.2015 Email from Joe Sullivan re: Lyft | | |
| 265 | 1/30/2015 | Protecting Privacy: Our Commitment | | |
| 266 | 3/4/2015 | Encrypt database prunes | | |
| 267 | 3/15/2015 | State of New York Office of Attorney general 3.15.2015 letter to Rebecca Engrav re: NYAG inquiry into Uber's Privacy Practices | | |
| 268 | 4/10/2015 | 04.10.2015 Email from keith Yandell re: introduction | | |
| 269 | 4/21/2015 | Driver applicant privacy statement | | |
| 270 | 4/21/2015 | State of New York Office of Attorney general 4.21.2015 letter to Rebecca Engrav re: NYAG inquiry into Uber's Privacy Practices | | |
| 271 | 4/27/2015 | Joe Sullivan Offer Letter-Start Date 4-27-15 (part 1) - signed (1) (1).pdf | | |
| 272 | 4/27/2015 | Joe Sullivan Offer Letter-Start Date 4-27-15 (part 2) - signed.pdf | | |
| 273 | 5/21/2015 | 05.21.2015 Letter from Perkins Coie to Kathleen McGee | | |
| 274 | 5/21/2015 | 2015-05-21 CID to Uber.pdf | | |
| 275 | 5/26/2015 | 05.26.2015 Email from Katherine Tassi re: A/C PRIV | | |
| 276 | 6/1/2015 | 06.01.2015 Email from Katerine Tassi re: Lyft Correspondence | | |
| 277 | 6/4/2015 | 06.04.2015 Email from Katherine Tassi re: For our meeting at 5pm | | |
| 278 | 6/19/2015 | Enable MFA on AWS Root account Ex. 8_20161108163222814.pdf | | |
| 279 | 6/25/2015 | 2015-06-25 Uber's 1st Set of Responses to CID - CONFIDENTIAL.PDF | | |
| 280 | 7/12/2015 | 07.12.2015 Email from Joe Sullivan re: DD4bc | | |
| 281 | 7/15/2015 | Driver privacy Statement | | |
| 282 | 7/16/2015 | Encrypt database prunes | | |
| 283 | 7/20/2015 | Require MFA on all AWS User accounts Ex. 9_20161108163244441.pdf | | |

| | | | | |
|---|---|---|---|---|
| 284 | 7/20/2015 | Password reset on web Ex. 20_20161108164100477.pdf | | |
| 285 | 7/21/2015 | 2015-07-21 Uber's 2nd Set of Responses to CID - CONFIDENTIAL.PDF | | |
| 286 | 7/31/2015 | 2015-07-31 Uber's CORRECTED 2nd Set of Responses to CID - CONFIDENTIAL.PDF | | |
| 287 | 8/12/2015 | 08.12.2015 Email from Betsy Masiello re: HipChat | | |
| 288 | 8/15/2015 | 08.15.2015 Email from Joe Sullivan re: EoY Scaling is Coming | | |
| 289 | 8/21/2015 | uber security training Ex. 15_20161108163613610.pdf | | |
| 290 | 8/27/2015 | 2015-08-27 Uber's 3rd Set of Responses to CID - CONFIDENTIAL.PDF | | |
| 291 | 9/25/2015 | Uber Privilage Log Ex. 12_20161108163423436.pdf | | |
| 292 | 9/25/2015 | 2015-09-25 Uber's 4th Set of Responses to CID - CONFIDENTIAL.PDF | | |
| 293 | 10/6/2015 | Vice article security issues Ex. 21_20161108164128856.pdf | | |
| 294 | 10/20/2015 | 10.20.2015 Email from Travis Kalanick re: Issues in BLR Office | | |
| 295 | 10/21/2015 | 10.21.15 Email From Rebecca Engrave Re: Scheduling Call re Uber | | |
| 296 | 10/26/2015 | 10.26.2015 Email from Joe Sullivan re: Inda Earthquake | | |
| 297 | 11/17/2015 | 11.17.2015 Email from Joe re: DDB4C | | |
| 298 | 11/18/2015 | 11.18.2015 Email from Rebecca Engrave Re: Uber Follow up | | |
| 299 | 12/16/2015 | 12.16.2015 Email from Joe Sullivan re: Demonstration Casablaca, Morocco | | |
| 300 | 1/12/2016 | 01.12.2016 Email from Joe Sullivan re: DD4BC | | |
| 301 | 1/25/2016 | 01.25.2016 Email re 1099 incident | | |
| 302 | 1/25/2016 | 01.25.2016 Email from Joe Sullivan Re: Criminal enforcement cases | | |
| 303 | 1/27/2016 | 01.27.2016 Email from Joe Sullivan re: fwd 16:00 Update Paris Strike 26/27 January (Phy/Sec) | | |
| 304 | 2/29/2016 | 02.29.2016 Email from Benjamin Rossen Re: Scheduling in-person uber\FTC meeting | | |
| 305 | 3/15/2016 | 03.15.2016 Email from Collin Greene re: CSP Deadline | | |
| 306 | 3/16/2016 | 03.16.2016 Email from Joe Sullivan re: fraud arrest in China | | |
| 307 | 3/20/2016 | 2016.03.20 Email from Rebecca Engrav Re: Scheduling in person uber\FTC Meeting | | |
| 308 | 3/23/2016 | 2016.03.23 FTC Security Briefing.pdf | | |
| 309 | 3/23/2016 | 03.23.2016 Email from Rebecca Engrav fwd Uber FTC mtg slide deck | | |
| 310 | 3/23/2016 | FTC Meeting - Slide Deck - Bates.pdf | | |
| 311 | 3/23/2016 | Uber Rider and Partner Data Security presentation Ex. 3_20161108163000197.pdf | | |
| 312 | 4/22/2016 | 04.22.2016 Email from Joe Sullivan re: First arrest in china | | |
| 313 | 4/27/2016 | 04.27.2016 Email from Joe Sullivan re: Couple of security updates | | |
| 314 | 5/6/2016 | 2016-05-06 Uber_s 5th Set of Responses to CID - CONFIDENTIAL.PDF | | |
| 315 | 6/6/2016 | 06.06.2016 Email from Benjamin Rossen Re: uber-confidential | | |

| # | Date | Description | | |
|---|---|---|---|---|
| 316 | 6/10/2016 | 2016.06.10 CID Issued to Uber.pdf | | |
| 317 | 6/11/2016 | 11.18.2016 Email from Joe Sullivan re: Joe at 2pm ET | | |
| 318 | 6/15/2016 | 06.15.2016 Letter from Perkins Coie to Office of Conneticut Attonry General re: updated information regarding previous notifications of security breach | | |
| 319 | 6/15/2016 | 06.15.2016 email from Uber Technologies re: (Test) Group; Notice of Data Breach. Please read the entire email | | |
| 320 | 6/16/2016 | Submit Data Security Breach | | |
| 321 | 6/20/2016 | 06.20.2016 Email from Alberto Fitarelli re: Terrorist threat : Privileged and Confidential : Sunday Booking Privileged and Confidental | | |
| 322 | 7/7/2016 | 2016-07-07 Letter from R. Engrav to B. Rossen re Meet and Confer.pdf | | |
| 323 | 7/11/2016 | July 11, 2016 Letter from FTC Re: Civil Investigative demand to uber Technoligies, incEx. 2_20161108162739738.pdf | | |
| 324 | 8/4/2016 | 08.04.2016 Email from Joe Sullivan re: my attorney role | | |
| 325 | 8/10/2016 | NYAG Uber Subpoena.pdf | | |
| 326 | 8/12/2016 | 2016-08-12 Uber_s 2nd Set of Responses to June 2016 CID - CONFIDENTIAL.PDF | | |
| 327 | 8/12/2016 | 2016-08-12 Uber's 2nd Set of Responses to June 2016 CID - CONFIDENTIAL.PDF | | |
| 328 | 8/22/2016 | Report of KIVU Consulting Ex. 11_20161108163344943.pdf | | |
| 329 | 8/22/2016 | Final executed UBER Kivu Report 8 22 2016.pdf | | |
| 330 | 8/23/2016 | 2016-08-23 Letter to R. Engrav.pdf | | |
| 331 | 8/25/2016 | Sample Letter of Notice of Data Breach | | |
| 332 | 8/30/2016 | 2016-08-30 Uber's 6th Set of Responses to CID - CONFIDENTIAL.PDF | | |
| 333 | 8/31/2016 | Information Security Policy | | |
| 334 | 10/21/2016 | 10.21.2016 Email from Joesullivan@uber.com re: Fw Exeutive summary with TK | | |
| 335 | 11/1/2016 | 11/1/2016 Email from Rebecca Engrave re: uber -- supplemental production- confidential | | |
| 336 | 11/1/2016 | 2016-11-01 Uber's 7th Set of Responses to CID - CONFIDENTIAL.PDF | | |
| 337 | 11/3/2016 | 2016.11.03_Letter from R. Engrav to B. Rossen.PDF | | |
| 338 | 11/3/2016 | 11.3.2016 Email from Rebecca Engrav Re: Uber-attendees | | |
| 339 | 11/3/2016 | 2016-11-03 Letter from R. Engrav to B. Rossen - CONFIDENTIAL.PDF | | |
| 340 | 11/4/2016 | 2016.11.04 Joe Sullivan IH Transcript.pdf | | |
| 341 | 11/11/2016 | 11.11.2016 Email from John Flynn re: Security at company all hands, 11/15 - invitation to edit | | |
| 342 | 11/14/2016 | Bijlage 3 - UBER_DUTCHAP_0000001.pdf | | |
| 343 | 11/14/2016 | 11.14.2016 Email from John Dough Re: uber security | | |
| 344 | 11/14/2016 | 11.14.2016 Email from Collin Greene re: uber security | | |
| 345 | 11/14/2016 | 11.14.2016 Email from Joe Sullivan re: uber security | | |
| 346 | 11/14/2016 | 11.14.2016 Email from Collin Greene re: uber security | | |
| 347 | 11/14/2016 | 11.18 2016 Email from Uber Re: Please esign BBSuplementalNDAACPRIV between uber, Robert Fletcher and John Doughs is signed and Filed | | |
| 348 | 11/14/2016 | 11.14.2016 Email from Collin Greene re: uber security | | |

| | | | | |
|---|---|---|---|---|
| 349 | 11/14/2016 | 11.14.2016 Email from Robert Fletcher Re: Uber security | | |
| 350 | 11/14/2016 | 11.14.2016 Email from Robert Fletcher Re: Uber security | | |
| 351 | 11/14/2016 | 11.14.2016 Email from Joe Sullivan re: slides for security presentation at All-Hands Tmrw | | |
| 352 | 11/14/2016 | 11.14.2016 Email from Craig Clark re: Urgent Investigation into Password Hashes and Locket | | |
| 353 | 11/15/2016 | 11.15.2016 Email from Craig Clark re: Johndoughs@protonmail.com incident | | |
| 354 | 11/15/2016 | Bijlage 3 - UBER_DUTCHAP_0000021.pdf | | |
| 355 | 11/15/2016 | Bijlage 3 - UBER_DUTCHAP_0000023.pdf | | |
| 356 | 11/15/2016 | Bijlage 3 - UBER_DUTCHAP_0000024.pdf | | |
| 357 | 11/15/2016 | 11.15.2016 Email from Katie Newman re: (investigations on call) re: uber security | | |
| 358 | 11/15/2016 | 11.15.2016 Email from Robert Fletcher re: uber security | | |
| 359 | 11/15/2016 | 11.15.2016 Appointment Email from guzman@uber.com re: synch in war room | | |
| 360 | 11/15/2016 | 11.15.2016 Email from Luis Guzman re: assist in an investigation | | |
| 361 | 11/15/2016 | 11.15.2016 Email from Chris McCann re: uber security | | |
| 362 | 11/15/2016 | 11.15.2016 Email Email from Melanie Ensign re: Hey | | |
| 363 | 11/15/2016 | 11.15.2016 Email from John Flynn re: security note | | |
| 364 | 11/16/2016 | 11.16.2016 Emil from Joe Sulliavan re: craig.clark@uber.com | | |
| 365 | 11/16/2016 | 11.16.2016 Email from Joe sullivan re: uber security | | |
| 366 | 11/16/2016 | 11.16.2016 Email from Robert Fletcher re: uber security | | |
| 367 | 11/16/2016 | 11.16.2016 Email from Craig Clark re: Patel et al NDA <<A/C PRIV >> - Invitation to edit | | |
| 368 | 11/16/2016 | 11.16.2016 Email from Chris Long re: FWD LeakedSource API | | |
| 369 | 11/16/2016 | 11.16.2016 Email fromCollin Greene re: eod update | | |
| 370 | 11/16/2016 | 11.16.2016 Email from Collin Greene re: Github not working? This is why and how to fix it | | |
| 371 | 11/16/2016 | 11.21.2016 Email from Craig clark re: Andrew Matthews (amatthews@uber.com | | |
| 372 | 11/16/2016 | 11.16.2016 Email from Joe Sullivan re: Patel et al <<A/C PRIV>> | | |
| 373 | 11/16/2016 | 11.16.2016 Email fro Craig Clark re: Patel et al NDA<…-+collin@uber.com +Fetcher@uber.com | | |
| 374 | 11/17/2016 | 11.17.2016 Email from Danile Borges re: Preacher post mor…. Should make sure we still allow acces… | | |
| 375 | 11/17/2016 | 11.17.2016 Email from Collin Greene Re: Why didn't you guys announce booting off people of github? | | |
| 376 | 11/17/2016 | 11.17.2016 Email from Joe Sullivan re: Preacher NDA <<A/…Are we"us" or "we" ? Below it is all | | |
| 377 | 11/17/2016 | 11.17.2016 Appoinment Email from Google Calender re: Preacher check in Meeting | | |
| 378 | 11/17/2016 | 11.17.2016 Appoinment Email from Joe Sullivan Calender re: Preacher check in Meeting | | |
| 379 | 11/18/2016 | 11.18.2016 Email from Kelly Kinlock re: Joe at 2pm ET | | |
| 380 | 11/18/2016 | Bijlage 3 - UBER_DUTCHAP_0000030.pdf | | |

| | | | | |
|---|---|---|---|---|
| 381 | 11/18/2016 | Supplemental Terms/ Agreement for Vulnerability Research for Scott Wilson | | |
| 382 | 11/18/2016 | 11.18.2016 Email from Mat Henley re: Preacher email to…Im wondering if we should be even mo… | | |
| 383 | 11/18/2016 | 11.18.2016 Calendered appointment from Google Calender re: Action plan for project preacher | | |
| 384 | 11/18/2016 | 11.18.2016 Email from four@uber.com re: preacher post mortem task list - invitation to edit | | |
| 385 | 11/18/2016 | Please review and sign - BBSupplementalNDAACPRIV - signed.pdf | | |
| 386 | 11/18/2016 | 11.19.2016 Please esign BBSuplementalNDAACPRIV between uber, Robert Fletcher and Scott Wilson is signed and Filed | | |
| 387 | 11/18/2016 | Pllease review and sign - BBSupplementalNDAACPRIV - signed.pdf | | |
| 388 | 11/18/2016 | 11.18.2016 Email from four@uber.com re: preacher post mortem task list - invitation to edit | | |
| 389 | 11/18/2016 | Pllease review and sign - BBSupplementalNDAACPRIV - signed.pdf | | |
| 390 | 11/18/2016 | 11.18.2016 Appointment email from google calendar | | |
| 391 | 11/18/2016 | 11.18.2016 Email from Luis Guzman re: assist in an investigation | | |
| 392 | 11/18/2016 | Your_Tax_Form_from_HackerOne__W-8BEN_-williamloafmann_gmail.com.pdf | | |
| 393 | 11/19/2016 | 11.19.2016 Email from Robert Fletcher re: Please review and sign BbsupplementalNDAACPRIV between Uber, Robert Fletcher, and Scott Wilson is signed and Filed | | |
| 394 | 11/20/2016 | 11.20.2016 Email from Luis Guzman re: Preacher potential access to 53 buckets - invitation to edit | | |
| 395 | 11/20/2016 | 11.20.2016 Email from Luis Guzman re: identification of unknown github uber - invitation to edit | | |
| 396 | 11/21/2016 | Bijlage 3 - UBER_DUTCHAP_0000035.pdf | | |
| 397 | 11/21/2016 | Please eSign - BBSupplementalNDAACPRIV - signed.pdf | | |
| 398 | 11/21/2016 | 11.21.2016 Email from John Flynn (A/C PRIV Encryption from Uber for uber-code-storage S3 Bucket | | |
| 399 | 11/21/2016 | 11.21.2016 Email from Robert Fletcher re: Preacher email lo…-+mat@uber.com do we want this stat | | |
| 400 | 11/21/2016 | 11.21.2016 Email from Craig Clark re: preacher email lo…-+mat@uber.com do we want this stat | | |
| 401 | 11/21/2016 | 11.21.2016 Email from Rebecca Engrave re: uber | | |
| 402 | 11/21/2016 | 2016.11.21 ltr to R. Engrav.pdf | | |
| 403 | 11/22/2016 | Bijlage 3 - UBER_DUTCHAP_0000037.pdf | | |
| 404 | 11/22/2016 | 11.22.2016 Email from John Flynn re: preacher postmortem part: 1 tomorrow | | |
| 405 | 11/22/2016 | 11.22.2016 Email From Collin Greene re: preacher postmortem part 1 tomorrow | | |
| 406 | 11/22/2016 | 11.22.2016 Email from Google Calendar re: Daily Agenda for Mat Henley as of 5am | | |
| 407 | 11/22/2016 | 11.22.2016 Email from Alex Rice re: Good to go | | |
| 408 | 11/22/2016 | 11.22.2016 Email from Alex Rice re: Canada Tax form w-8ben | | |

| | | | | |
|---|---|---|---|---|
| 409 | 11/22/2016 | 11.22.2016 Email from John Flynn re: preacher postmortem part: 1 tomorrow | | |
| 410 | 11/22/2016 | 11.22.2016 Email from Mat Henley re: FWD: Canada Tax form W-8bn | | |
| 411 | 11/22/2016 | 11.22.2016 Email from Mat Heley re: (update) Preacher Postmortem: Part 1 | | |
| 412 | 11/22/2016 | 11.22.2016 Email from Craig Clark re: mat@uber.com | | |
| 413 | 11/23/2016 | HackerOne Payment.jpg | | |
| 414 | 11/25/2016 | 11.25.2016 Email from Joe Sullivan re: Plan for 80% reduction in uber fraud | | |
| 415 | 11/25/2016 | 11.25.2016 Email from Joe Sullivan re: Urgant found a loophole in uber app | | |
| 416 | 11/28/2016 | 11.28.2016 Email from Kelly Kinlock re: Meeting with Joe early next week | | |
| 417 | 11/28/2016 | 11.28.2016 Email from Robert Fletcher re: (HackerOne ) Pending request: Skewed Program Stats | | |
| 418 | 11/29/2016 | invite Calendered appointment from John Flynn re: Action plan for project preacher | | |
| 419 | 11/30/2016 | 11.30.2016 Email from Uber re: To Do: Review PO - Backed invoice | | |
| 420 | 11/30/2016 | 11.30.2016 Email from Mat Henley re: question | | |
| 421 | 12/1/2016 | Bijlage 3 - UBER_DUTCHAP_0000039.pdf | | |
| 422 | 12/1/2016 | W9 Form - signed.pdf by Brandon T. White | | |
| 423 | 12/1/2016 | W9 Form - signed.pdf | | |
| 424 | 12/1/2016 | W9 Form - signed.pdf | | |
| 425 | 12/1/2016 | 12.01.2016 Email from derek Care re: Data Breach plan/ log | | |
| 426 | 12/1/2016 | 12.01.2016 Email from derek Care re: Data Breach plan/ log | | |
| 427 | 12/2/2016 | 12.02.2016 Email from Uber re: W9 Form between uber and Brandon T. White is signed and filed | | |
| 428 | 12/2/2016 | 12.02.2016 Email from Craig Clark re: W9 form has been sent out for signature to johndoughs@protonmail.com | | |
| 429 | 12/2/2016 | 12.02.2016 Email from Andrew Matthews re: WP form has been sent out for signature to johndoughs@protonmail.com | | |
| 430 | 12/2/2016 | 12.02.2016 Email from Andrew Matthews re: more help | | |
| 431 | 12/2/2016 | 12.01.2016 Email from Andrew Matthews | | |
| 432 | 12/5/2016 | 12.05.2016 Email from John Doughs re: uber security | | |
| 433 | 12/12/2016 | 12.12.2016 Email fro robert Fletcher re: Mary's suggestions | | |
| 434 | 12/13/2016 | 12.13.2016 Email from Coupa approval notifications re: Purchase approval request for Robert Fletcher - Requisition # 46477 | | |
| 435 | 12/13/2016 | 12.13.2016 Email from Collin Greene re: PO 30569 Invoiced?, Heads up on Balance | | |
| 436 | 12/13/2016 | 12.13.2016 Email from Jovon itwaru re: (maniphest) (commented on) T651831 password in the nuber account - provisioner repo | | |
| 437 | 12/13/2016 | 12.13.2016 Email from Coupa approval notifications re: Purchase approval request for Robert Fletcher - Requisition # 46477 | | |

| | | | | |
|---|---|---|---|---|
| 438 | 12/13/2016 | 12.13.2016 Email from Jovon itwaru re: (maniphest) (commented on) T651831 password in the nuber account - provisioner repo | | |
| 439 | 12/13/2016 | 12.13.2016 Email from Collin Greene re: PO 30569 Invoiced?, Heads up on Balance | | |
| 440 | 12/13/2016 | 12.13.2016 Email from Andrew Matthews re: PO 30569 inviced: heads up on balance | | |
| 441 | 12/14/2016 | 12.14.2016 Email from Joe Sullivan re: Ward Spangenberd | | |
| 442 | 12/15/2016 | 12.15.2016 Email from Craig Clark re: Draft - Copy of Access Controls + Investigations abuse (A/C priv) - Invitation to edit | | |
| 443 | 12/16/2016 | RE_ Uber .msg | | |
| 444 | 12/16/2016 | 12.16.2016 Email fro Craig Clark re: Help with urgent project A/C priv | | |
| 445 | 12/16/2016 | 12.16.2016 Email from Sabrina Ross re: Help with urgent project A/C priv | | |
| 446 | 12/17/2016 | 12.17.2016 Email from Craig Clark re: ReVeal/ Spangenberg Articles : FTC Update | | |
| 447 | 12/17/2016 | 12.17.2016 Email from Craig Clark re: FWD ReVeal/ Spangenberg Articles : FTC Update | | |
| 448 | 12/17/2016 | 12.17.2016 Email from Craig Clark re: ReVeal/ Spangenberg Articles : FTC Update | | |
| 449 | 12/18/2016 | 12.18.2016 Email from Sabrina Ross Re: FTC and NY AG update | | |
| 450 | 12/18/2016 | 12.18.2016 Email from Joe Sullivan re: FTCand NY AG update | | |
| 451 | 12/20/2016 | 12.20.2016 Email from Mat Henley re: Bug Bounty Trolls | | |
| 452 | 12/20/2016 | Sabrina Ross Uber | | |
| 453 | 12/21/2016 | 12.21.2016 Email from Rebecca Engrave Re: Uber Confidential | | |
| 454 | 12/21/2016 | 2016-12-21 Cover Letter for Uber_s 8th Response to CID - CONFIDENTIAL.PDF | | |
| 455 | 12/21/2016 | 2016-12-21 Uber_s 8th Set of Responses to CID - CONFIDENTIAL.PDF | | |
| 456 | 12/21/2016 | AWS Email and Tickets to Owners | | |
| 457 | 12/21/2016 | Response to FTC Civil investigative demand | | |
| 458 | 12/21/2016 | Response to FTC Civil investigative demand | | |
| 459 | 12/21/2016 | Response to FTC Civil investigative demand | | |
| 460 | 12/21/2016 | Response to FTC Civil investigative demand | | |
| 461 | 12/21/2016 | Response to FTC Civil investigative demand | | |
| 462 | 12/21/2016 | Response to FTC Civil investigative demand | | |
| 463 | 12/21/2016 | Response to FTC Civil investigative demand | | |
| 464 | 12/21/2016 | Response to FTC Civil investigative demand | | |
| 465 | 12/21/2016 | Response to FTC Civil investigative demand | | |
| 466 | 12/21/2016 | Response to FTC Civil investigative demand | | |
| 467 | 12/23/2016 | 12.23.2016 Email from Joe Sullivan re: (A/C) 2fac/AWS/ Github PPP 2016.12.22 | | |
| 468 | 12/23/2016 | 12.23.2016 Email from Joe Sullivan re: (A/C) 2fac/AWS/ Github PPP 2016.12.22 | | |
| 469 | 12/23/2016 | 12.23.2016 Email from Yong Qiao re: (A/C) 2fac/AWS/ Github PPP 2016.12.22 | | |
| 470 | 12/28/2016 | 12.28.2016 Email from Joe Sullivan re: Maryland Proceeding | | |

| | | | | |
|---|---|---|---|---|
| 471 | 1/1/2017 | Researcheragmt.docx | | |
| 472 | 1/1/2017 | 01.01.2017 Email from Craig Clark re: agmt | | |
| 473 | 1/2/2017 | 01.02.2017 Email from John Dough re: contract | | |
| 474 | 1/2/2017 | Bijlage 3 - UBER_DUTCHAP_0000041.pdf | | |
| 475 | 1/2/2017 | Bijlage 3 - UBER_DUTCHAP_0000043.pdf | | |
| 476 | 1/2/2017 | Bijlage 3 - UBER_DUTCHAP_0000045.pdf | | |
| 477 | 1/2/2017 | Bijlage 3 - UBER_DUTCHAP_0000046.pdf | | |
| 478 | 1/2/2017 | Bijlage 3 - UBER_DUTCHAP_0000047.pdf | | |
| 479 | 1/2/2017 | Bijlage 3 - UBER_DUTCHAP_0000048.pdf | | |
| 480 | 1/2/2017 | Bijlage 3 - UBER_DUTCHAP_0000049.pdf | | |
| 481 | 1/2/2017 | Bijlage 3 - UBER_DUTCHAP_0000050.pdf | | |
| 482 | 1/2/2017 | 1.02.2017 Email from Mat Henley | | |
| 483 | 1/2/2017 | 1.02.2017 Email from Brandon Glover | | |
| 484 | 1/2/2017 | 1.02.2017 Email from Mat Henley | | |
| 485 | 1/2/2017 | 1.02.2017 Email from Brandon Glover | | |
| 486 | 1/2/2017 | 1.02.2017 Email from Vasile Mereacre | | |
| 487 | 1/2/2017 | 1.02.2017 Email from Mat Henley | | |
| 488 | 1/2/2017 | 1.02.2017 Email from Brandon Glover | | |
| 489 | 1/2/2017 | 1.02.2017 Email from Mat Henley | | |
| 490 | 1/2/2017 | 1.02.2017 Email from Vasile Mereacre | | |
| 491 | 1/2/2017 | 1.02.2017 Email from Vasile Mereacre | | |
| 492 | 1/2/2017 | 1.02.2017 Email from Mat Henley | | |
| 493 | 1/2/2017 | 1.02.2017 Email from John Doughs re: Contract | | |
| 494 | 1/2/2017 | 1.02.2017 Email from Mat Henley re: uber contract | | |
| 495 | 1/2/2017 | 01.02.2017 Email from Mat Henley re: Uber Bounty | | |
| 496 | 1/2/2017 | 01.02.2017 Email from John Dough re: contract | | |
| 497 | 1/2/2017 | 01.02.2017 Email from John Dough re: contract | | |
| 498 | 1/2/2017 | 01.02.2017 Email from Mat Henley | | |
| 499 | 1/2/2017 | 01.02.2017 Email from Vasile Mereacre | | |
| 500 | 1/2/2017 | 01.02.2017 Email fromVasile Mereacre | | |
| 501 | 1/2/2017 | 01.02.2017 Email Brandon Glover | | |
| 502 | 1/2/2017 | 01.02.2017 Email from Mat Henley | | |
| 503 | 1/2/2017 | 01.02.2017 Email from Vasile Mereacre | | |
| 504 | 1/2/2017 | 01.02.2017 Email from Mat Henley | | |
| 505 | 1/2/2017 | 01.02.2017 Email from Brandon Glover | | |
| 506 | 1/2/2017 | 01.02.2017 Email from Mat Henley | | |
| 507 | 1/2/2017 | 01.02.2017 Email from Brandon Glover | | |
| 508 | 1/2/2017 | 01.02.2017 Email from Mat Henley | | |
| 509 | 1/2/2017 | 01.02.2017 Email from Mat Henley | | |
| 510 | 1/2/2017 | Researcheragmt.pdf | | |
| 511 | 1/2/2017 | 01.02.2017 Email from Nicholas Gicinto | | |
| 512 | 1/2/2017 | Researcheragmt.pdf | | |
| 513 | 1/3/2017 | 1.03.2017 Email from Mat Henley | | |
| 514 | 1/3/2017 | 1.03.2017 Email from Vasile Mereacre | | |
| 515 | 1/3/2017 | 1.03.2017 Email from Uber re: Please sign and review and sign attachment between Uber, Mat Henley and and Vasile Mereacre is signed and ready | | |
| 516 | 1/3/2017 | 1.03.2017 Email from Andrew Matthews re: please sign please review and sign attachment | | |
| 517 | 1/3/2017 | 01.03.2017 Email from Uber re: Please review and sign attachment between Uber, Mat Henley and Vasile Mereacre is signed and filed | | |
| 518 | 1/3/2017 | 01.03.2017 Email from Vasile Mereacre | | |
| 519 | 1/3/2017 | 01.03.2017 Email from Andrew Matthews re: Please Sign Please review and sign attachment | | |

| | | | | |
|---|---|---|---|---|
| 520 | 1/3/2017 | 01.03.2017 Email from Mat Henley re: agmt | | |
| 521 | 1/5/2017 | Bijlage 3 - UBER_DUTCHAP_0000060.pdf | | |
| 522 | 1/5/2017 | 1.05.2017 Email from Mat Henley | | |
| 523 | 1/5/2017 | 1.05.2017 Email from Mat Henley | | |
| 524 | 1/5/2017 | 1.05.2017 Email from Vasile Mereacre | | |
| 525 | 1/5/2017 | 1.05.2017 Email from Mat Henley | | |
| 526 | 1/5/2017 | 1.05.2017 Email from Vasile Mereacre | | |
| 527 | 1/5/2017 | 01.05.2017 Email from Mat Henley | | |
| 528 | 1/5/2017 | 01.05.2017 Email from Vasile Mereacre | | |
| 529 | 1/6/2017 | 01.06.17 Email from Joe Sullivan re: Ownership | | |
| 530 | 1/8/2017 | 01.08.2017 Email from Craig Clark re: Legal sec Ts & Bs <<A/C PRIV>> | | |
| 531 | 1/9/2017 | 01.09.2017 Appointment from Melanie ensign re: Discuss Bug Bounty update post | | |
| 532 | 1/11/2017 | 01.11.2017 Email from Joe Sullivan re: Taxi Data | | |
| 533 | 1/11/2017 | 01.11.2017 Email from Sabrina Ross re: For review: FTC Access Control Draft Responses | | |
| 534 | 1/11/2017 | 01.11.2017 Email from Rebecca Engrav re: AC Priv FTC Draft …-can we not use this word? | | |
| 535 | 1/12/2017 | 01.12.2017 Email from Rebecca Engrave Re: Uber | | |
| 536 | 1/12/2017 | 2017-01-12 Cover Letter to Uber_s Response re Internal Account Access.PDF | | |
| 537 | 1/12/2017 | 2017-01-12 Uber_s Response re Internal Account Access - CONFIDENTIAL.PDF | | |
| 538 | 1/12/2017 | 2017-01-12 Uber_s Response re Internal Account Access - CONFIDENTIAL.pdf | | |
| 539 | 1/12/2017 | 01.12.2017 Email from Joe Sullivan re: public testimonial from Giulani on our security | | |
| 540 | 1/12/2017 | 01.12.2017 Email from Joe Sullivan re: safety org status - privilaged and confidential | | |
| 541 | 1/12/2017 | 01.12.2017 Email from Sabrina Ross Re: For Review: FTC Access Control Draft responses | | |
| 542 | 1/17/2017 | 01.17.2017 Email from Rebecca Engrave Re: Uber | | |
| 543 | 1/18/2017 | 01.18.2017 Email from Mat Henly re: FWL: Rating for Craig | | |
| 544 | 1/25/2017 | Uber Engineering Security Incident Response Plan.pdf | | |
| 545 | 2/6/2017 | Uber Software Secure Development Lifecycle.pdf | | |
| 546 | 2/9/2017 | 02.09.2017 Email from Joe Sullivan re: Protest Outside | | |
| 547 | 2/9/2017 | Photo of Protest outside | | |
| 548 | 3/1/2017 | 03.01.2017 Email from Joe Sullivan re: potentially important | | |
| 549 | 3/2/2017 | 03.02.2017 Emal from Joe Sullivan re: Blocking Blind (attorney/client privileged) | | |
| 550 | 3/3/2017 | 03.03.2017 Email from Joe Sullivan re: Potentially important | | |
| 551 | 3/20/2017 | Annex 5 Uber Information Security Policy 2017-03.PDF | | |
| 552 | 3/20/2017 | 000 Uber Information Security Policy.PDF | | |
| 553 | 4/7/2017 | 04.07.2017 Email from Sabrina Ross re: Closing letter to FTC | | |
| 554 | 4/9/2017 | 04.09.2017 Email from Sabrina Ross re: (a) team meeting (b) closing letter to FTC | | |
| 555 | 4/10/2017 | 04.10.2017 Email from Craig Clark re: (a) team meeting (b) closing letter to FTC | | |

| | | | | |
|---|---|---|---|---|
| 556 | 4/10/2017 | 04.10.2015 Email from keith Yandell re: introduction | | |
| 557 | 4/13/2017 | 04.13.2017 Email from John Flynn re: Meeting with FTC Comissioner | | |
| 558 | 4/19/2017 | 04.19.17 Email from Rebecca Engrav Re: DPIP Investigation of Uber | | |
| 559 | 4/19/2017 | 2017-04-19 Letter from Rebecca Engrav to Ben Rossen.pdf | | |
| 560 | 4/19/2017 | 2017-04-19 Letter from Rebecca Engrav to Ben Rossen.PDF | | |
| 561 | 4/19/2017 | 2017-04-19 Letter from Rebecca Engrav to Ben Rossen.PDF | | |
| 562 | 4/19/2017 | 04.19.2017 Email from Rebecca Engrav re: Final copy of letter to FTC re data security investigation | | |
| 563 | 4/19/2017 | 2017-04-19 Letter from Rebecca Engrav to Ben Rossen.PDF | | |
| 564 | 4/27/2017 | 04.27.2017 Email from Sabrina Ross re; FTC Data Security / privacy investigation update A/C Priv Comm | | |
| 565 | 4/27/2017 | 04.27.2017 Email from Craig Clark re; FTC Data Security / privacy investigation update A/C Priv Comm | | |
| 566 | 4/27/2017 | 04.27.2017 Email from Sabrina Ross re; FTC Data Security / privacy investigation update A/C Priv Comm | | |
| 567 | 5/3/2017 | 05.03.2017 Email from Ross worden re: AC/PRIV HC PII Tracker - Invitation to edit | | |
| 568 | 5/8/2017 | Ross email re FTC Draft Settlement Docs | | |
| 569 | 5/10/2017 | No Image available | | |
| 570 | 5/15/2017 | 05.15.2017 Email from Craig Clark re: (not Urgent) wickr | | |
| 571 | 5/17/2017 | 05.17.2017 Email from Joe Sullivan re: questions answers and perf (attorney/client privileged) | | |
| 572 | 5/17/2017 | 05.17.2017 Email fro Niki Christoff Re: FTC Redlines | | |
| 573 | 5/18/2017 | 05.18.2017 Email from Sabrina Ross re: FTC Redlines | | |
| 574 | 5/18/2017 | Sabrina Ross Uber | | |
| 575 | 5/19/2017 | 05.19.2017 Email from Travis Kalanick re: Joe Sullivan Comp | | |
| 576 | 5/19/2017 | 05.19.2017 Email from Travis Kalanick re: Joe Sullivan Comp | | |
| 577 | 5/25/2017 | 05.25.2017 Email from Rebecca Engrav Re: Uber Confidential settlement Confirmation | | |
| 578 | 5/25/2017 | 2017-05-25 Letter from Rebecca Engrav to Ben Rossen.PDF | | |
| 579 | 5/25/2017 | 2017-05-25 Proposed Complaint (Uber Redline).PDF | | |
| 580 | 5/25/2017 | 2017-05-25 Proposed Order (Uber Redline).PDF | | |
| 581 | 5/26/2017 | 05.26.2017 Email from Mat Henly re: Vulnerability test report for Uber …One more time | | |
| 582 | 6/1/2017 | 06.01.2017 Email from HackerOne re: Your Monthly HackOne digest for Uber VIP | | |
| 583 | 6/2/2017 | 06.02.2017 Email from Todd Hamblet re: Confidential - Compensation Committee matter | | |
| 584 | 6/5/2017 | 2017.06.05 Uber Complaint Redline from DPIP.pdf | | |
| 585 | 6/5/2017 | 2017.06.05 Uber Order Redline from DPIP.pdf | | |
| 586 | 6/5/2017 | 05.26.2017 Email from Benjamin Rossen Re: uber-Confidential settlement communication | | |

| | | | | |
|---|---|---|---|---|
| 587 | 6/6/2017 | 06.05.2017 Email from Benjamin Rossen Re: Uber - confidential settlement communication | | |
| 588 | 6/9/2017 | 06.09.2017 Email From Rebecca Engrav Re: Uber-Confidential | | |
| 589 | 6/9/2017 | 2017-06-09 Proposed Complaint (Uber Redline).DOCX | | |
| 590 | 6/9/2017 | 2017-06-09 Proposed Order (Uber Redline).DOCX | | |
| 591 | 6/15/2017 | 06.15.2017 Email from Benjamin Rossen Re: uber confidential | | |
| 592 | 6/15/2017 | 2017-06-15 Proposed Complaint (FTC Redline).docx | | |
| 593 | 6/15/2017 | 2017-06-15 Proposed Order (FTC Redline).docx | | |
| 594 | 6/28/2017 | 2017-06-28 Letter from Rebecca Engrav to Ben Rossen.pdf | | |
| 595 | 6/28/2017 | 2017-06-28 Letter from Rebecca Engrav to Ben Rossen.PDF | | |
| 596 | 6/28/2017 | 2017-06-28 Proposed Complaint (Uber Redline).DOCX | | |
| 597 | 6/28/2017 | 2017-06-28 Proposed Order (Uber Redline).DOCX | | |
| 598 | 6/29/2017 | 06.29.2017 Email from Benjamin Rossen Re: Call today? | | |
| 599 | 6/29/2017 | 2017-06-29 Proposed Complaint (FTC Redline).docx | | |
| 600 | 6/29/2017 | 2017-06-29 Proposed Order.docx | | |
| 601 | 6/29/2017 | Agreement Containing Consent Order.docx | | |
| 602 | 7/8/2017 | 07.08.2017 Email from Rebecca Engrav Re: Uber Draft-Confidential | | |
| 603 | 7/8/2017 | 2017-07-08 Proposed Agreement Containing Consent Order (Uber Redline).DOCX | | |
| 604 | 7/8/2017 | 2017-07-08 Proposed Complaint (Uber Redline).DOCX | | |
| 605 | 7/8/2017 | 2017-07-08 Proposed Order (Uber Redline).DOCX | | |
| 606 | 7/10/2017 | 07/10/2017 Email from James Trilling re: uber drafts - confidential | | |
| 607 | 7/10/2017 | 2017-07-10 Proposed Agreement Containing Consent Order.pdf | | |
| 608 | 7/10/2017 | 2017-07-10 Proposed Complaint.pdf | | |
| 609 | 7/10/2017 | 2017-07-10 Proposed Decision and Order.pdf | | |
| 610 | 7/10/2017 | 2017-07-10 Proposed Complaint (Signature Version).PDF | | |
| 611 | 7/10/2017 | 2017-07-10 Proposed Decision and Order (Signature Version).PDF | | |
| 612 | 7/11/2017 | 07.11.2017 Email from Sabrina@uber.com re: Time sensitive FTC - Docs for signature | | |
| 613 | 7/11/2017 | Untitled attachment 01721.pdf | | |
| 614 | 7/11/2017 | 2017-07-11 Proposed Complaint - Exhibits (Signature Version).PDF | | |
| 615 | 8/16/2017 | 08/11.2016 Email from Rebecca Engrav re: NYAG Subpoena Directed to Uber Technologies Inc | | |
| 616 | 9/9/2017 | 09.09.2017 Emaill from Ross Worden re: Preacher read out | | |
| 617 | 9/18/2017 | 09.18.2017 Email from Joe Sullivan re: Preacher read out | | |
| 618 | 9/19/2017 | 09.19.2017 Email from Chris McCann re: Consolidated preachers report <A/C PRIV> | | |
| 619 | 9/19/2017 | 09.19.2017 Email from Ross Worden re: Consolidated preacher report <A/C Priv> | | |

| | | | | |
|---|---|---|---|---|
| 620 | 9/19/2017 | 09.19.2017 Email from Ross Worden re: Consolidated preacher report <A/C Priv> | | |
| 621 | 9/20/2017 | 09.20.2017 Email from Salle Yoo re: John Mulgrew (john.mulgrew@uber.com) | | |
| 622 | 9/20/2017 | 09.20.2017 Email from Dara Khosrowshahi re: SMC Follow-up (attorney/Client privileged) | | |
| 623 | 9/20/2017 | 09.20.2017 Email from Joe Sullivan re: SMC Follow-up (attorney/client privileged) | | |
| 624 | 9/20/2017 | 09.20.2017 Email from Joe Sullivan re: SMC Follow-up (attorney/client privileged) | | |
| 625 | 9/26/2017 | 09.26.2017 Email from John Dwyer re: request for information | | |
| 626 | 9/26/2017 | 09.26.2017 Email from John Dwyer re: request for information | | |
| 627 | 11/3/2017 | 11.03.2017 Email from Lemkau Gregg re: new issue | | |
| 628 | 11/9/2017 | 11.09.2017 Email from Mac Cormac, Susan H. re: Project Magellan - Data Breach side letter | | |
| 629 | 11/12/2017 | Project Magellan - Data Breach Side Letter.pdf | | |
| 630 | 11/12/2017 | Project Magellan - Schedule of Exceptions.pdf | | |
| 631 | 11/13/2017 | 11.13.2017 Email from Nicole Duda re: Magellan updated transaction documents | | |
| 632 | 11/14/2017 | FW_ Confidential - Data Breach Update_Redacted.pdf | | |
| 633 | 11/19/2017 | 11.19.2016 Email from Uber re: Please esign BBSuplementalNDAACPRIV between uber, Robert Fletcher and Scott Wilson is signed and Filed | | |
| 634 | 11/21/2017 | 11.21.17 Email From Rebecca Engrav Re: Uber data Security | | |
| 635 | 11/21/2017 | 2017-11-21 CT AG Notification Letter - Uber.pdf | | |
| 636 | 11/21/2017 | 2017-11-21 - CA - Submitted Form.pdf | | |
| 637 | 11/21/2017 | 2017-11-21 - ME Notification Form - Uber - Updated.pdf | | |
| 638 | 11/21/2017 | 2017-11-21 FL AG Notification Letter - Uber.pdf | | |
| 639 | 11/21/2017 | 2017-11-21 FTC Email Sent.pdf | | |
| 640 | 11/21/2017 | 2017-11-21 HI AG Notification Letter - Uber.pdf | | |
| 641 | 11/21/2017 | 11.21.2017 Email from Joe Sullivan re: IMPORTANT your employment with UBER | | |
| 642 | 11/22/2017 | Sample Notice.pdf | | |
| 643 | 11/22/2017 | 2017-11-22 NYAG Letter to R. Engrav.pdf | | |
| 644 | 11/22/2017 | 11.22.2017 Email from Hudson Thrift re: Today's News | | |
| 645 | 11/27/2017 | 11.27.2017 Email from Melanie Ensign re: Heads up on HackerOne Blog post re: best practices for breach response | | |
| 646 | 11/29/2017 | 11.29.2017 Email from Ben Jo re: Reassurance | | |
| 647 | 11/29/2017 | 11.29.2017 Email from Simon Tidman re: To my security colleagues | | |
| 648 | 11/29/2017 | 11.29.2017 Email from Simon Tidman re: To my security colleagues | | |
| 649 | 11/30/2017 | 11.30.2017 Email from Derek Care re: TransUnion Databreach services - Credit Monitoring and Identity protection services | | |
| 650 | 11/30/2017 | 11.30.2017 Email from Dara Khosrowshahi re: Fwd: to my security colleagues | | |
| 651 | 12/13/2017 | 2017-12-13 NYAG Letter to R. Engrav.pdf | | |

| | | | | |
|---|---|---|---|---|
| 652 | 1/10/2018 | Mandiant Report 2018-01-10.pdf | | |
| 653 | 1/19/2018 | 2018-01-19 R. Engrav Letter to FTC.pdf | | |
| 654 | 2/1/2018 | Screen Shot 2018-02-01 at 10.06.59 AM.png | | |
| 655 | 4/17/2018 | HackerOne Billing Activity Reconciliation.xlsx | | |
| 656 | 5/22/2018 | 2018.05.22 TK_JS Texts.pdf | | |
| 657 | 5/22/2018 | 2018.05.22 uChats.PDF | | |
| 658 | 5/22/2018 | 2018.05.22 Hipchats.PDF | | |
| 659 | 5/22/2018 | 2018.05.22 TK_JS Texts.PDF | | |
| 660 | 5/22/2018 | Hipchats.pdf | | |
| 661 | 10/18/2018 | Mandiant Addendum 2018-10-18.PDF | | |
| 662 | 10/25/2018 | 2018 FTC Complaint | | |
| 663 | | AWS Security Workboard Ex. 13_20161108163457504.pdf | | |
| 664 | | Worksheet Ex. 14_20161108163533216.pdf | | |
| 665 | | Real time demand time duck Ex. 18_20161108163937496.pdf | | |
| 666 | | nUber Security Training | | |
| 667 | | Uber Privacy policy | | |
| 668 | | User Privacy Statement | | |
| 669 | | Responsible Disclosure Policy | | |
| 670 | | Preacher potential Access to S3 buckets_ | | |
| 671 | | Preacher Incident Timeline | | |
| 672 | | AWS Single Rotation Messaging | | |
| 673 | | HackerOne.jpg | | |
| 674 | | Uber VIP.jpg | | |
| 675 | | Joe Sullivan _ YE16 Bonus Letter.pdf | | |
| 676 | | Sullivan comments on draft order | | |
| 677 | | 00-20279 RMW_Ashtiani Docket | | |
| 678 | | 01_0100 MMC_Morch Docket | | |
| 679 | | 01-0100 MMC_Morch Information | | |
| 680 | | 01-0100 MMC_Morch Plea | | |
| 681 | | 01-20055 RMW_Indictment | | |
| 682 | | 01-20055 RMW_Nguyen, Osowski, Tang | | |
| 683 | | 01-20055 RMW_Osowski Plea Agreement | | |
| 684 | | 01-20055 RMW_Osowski Tang Docket | | |
| 685 | | 01-20055 RMW_Tang Plea Agreement | | |
| 686 | | 01-20078 JW_Nguyen Transcript | | |
| 687 | 10/30/2019 | Glover Plea Agreement | | |
| 688 | 10/30/2019 | Mereacre Plea Agreement | | |
| 689 | | 2018 FTC Complaint | | |
| 690 | 10/30/2019 | Certified Brandon Glover Plea Agreement | | |
| 691 | 10/30/2019 | Certified Vasile Mereacre Plea Agreement | | |
| 692 | 10/24/2019 | Brandon Glover Grand Jury Testimony | | |
| 693 | 10/24/2019 | Vasile Mereacre Grand Jury Testimony | | |
| 694 | 3/5/2020 | Dan Borges Grand Jury Testimony | | |
| 695 | 3/12/2020 | Collin Greene Grand Jury Testimony | | |
| 696 | 3/12/2020 | John Flynn Grand Jury Testimony | | |
| 697 | 3/12/2020 | Robert Fletcher Grand Jury Testimony | | |
| 698 | 6/18/2020 | Matthew Henley Grand Jury Testimony | | |
| 699 | 6/25/2020 | Craig Clark Grand Jury Testimony | | |
| 700 | 1/21/2021 | Matthew Henley Grand Jury Testimony (2) | | |
| 701 | 11/15/2016 | Calendar Invite re "Extortion attempt" | | |
| 702 | 4/9/2017 | Ross Email re FTC Draft Letter | | |
| 703 | 4/27/2017 | Ross email re FTC Data Security/Privacy | | |
| 704 | 7/11/2017 | FTC Complaint attached to email | | |

| 705 | 7/11/2017 | FTC Decision and Order attached to email | | |
| 706 | 10.25.2018 | 2018 FTC Decision and Order | | |
| 707 | 12/8/2016 | H1 Payment confirmation | | |
| 708 | 12/14/2016 | H1 Payment confirmation | | |
| 709 | 12/3/2016 | H1 internal chat | | |
| 710 | 9/21/2017 | Clark email re SMC follow-up | | |