SUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00337-WHO-1
Case Name: USAv. Sullivan

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Andrew Dawson and Benjamin Kingsley | David H. Angeli, John Cline, Tyler Francis, Michelle H. Kerin, and Edward A. Piper |
| **TRIAL DATE:  9/6/2022** | **REPORTERS:** | **CLERK:** |
| 8:15 a.m. to 4:25 p.m. 8 hours, 10 minutes | Belle Ball and Joan Columbini | Jean Davis |

Counsel for Interested Party Uber:  Douglas Sprague

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:15 a.m. | | | Court in session for attorney conference (jurors out); Counsel agree that the trial should be dark on 9/26/2022. A decision will be made at a later date as to whether it is appropriate for trial to be dark on 10/4/2022 and 10/5/2022. Counsel for Uber heard as to issues of privilege and standing to raise objections throughout the course of the trial. |
| | | 8:35 a.m. | | | Court in recess |
| | | 9:08 a.m. | | | Court in session (jurors out); Counsel agree to excuse excuse jurors 2, 14, 19 and 56. The court also excuses juror 86; counsel have no objection to juror 86 being excused. |
| | | 10:12 a.m. | | | Court in session (prospective jurors present); Court makes opening remarks. |
| | | 10:18 a.m. | | | Jurors sworn for voir dire |
| | | 11:43 a.m. | | | Court conducts individual voir dire in a more private session of select witnesses |
| | | 11:59 a.m. | | | Court in recess |
| | | 12:21 a.m. | | | Court in session (prospective jurors present); voir dire continues |
| | | 1:52 p.m. | | | Court in recess |
| | | 2:08 p.m. | | | Court in session (prospective jurors present); voir dire continues |
| | | 3:08 p.m. | | | Court in recess |
| | | 3:22 p.m. | | | Court in session; excuse for cause determinations made |
| | | 3:42 p.m. | | | Court in session (prospective jurors present) Prospective jurors excused for cause announced |
| | | 3:45 p.m. | | | Counsel exercise peremptory challenges |
| | | 4:05 p.m. | | | Jurors excused for peremptory challenges announced |
| | | 4:10 p.m. | | | Jurors and alternates announced and confirmed by counsel |

|  |  | 4:20 p.m. |  |  | Selected jurors/alternates sworn and excused to orientation |
|---|---|---|---|---|---|
|  |  | 4:25 p.m. |  |  | Court in recess |