UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00337-WHO-1
Case Name: USAv. Sullivan

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Andrew Dawson and Benjamin Kingsley | DEFENSE ATTORNEYS: David H. Angeli, Edward A. Piper, John D. Cline, Michelle H. Kerin, and Tyler Francis |
|---|---|---|
| **TRIAL DATE:** 9/7/2022<br>8:02 a.m. to 1:31 p.m.<br>5 hours, 29 minutes | **REPORTERS:** Belle Ball and Joan Columbini | **CLERK:** Jean Davis |

Counsel for Interested Party Federal Trade Commission: Eric Edmondson

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:03 a.m. | | | Court in session, jurors out<br>Counsel advise the Court of anticipated objections to certain exhibits expected to be offered today and stipulate to the admission of others. The disputed exhibits will be entered conditionally with the objection conserved at a later time outside the presence of the jury. The exhibits discussed are 260, 2, 274, 8, 290, 292, 295, 301, 304, 310, 316, 327, 20, 340, 159, 455, 537, 542, 563, 578, 580, 584, 704, 705, 223, 225, 639, 231, 652, 689, 706, 579 and 640 |
| | | 8:13 a.m. | | | Court in recess |
| | | 8:59 a.m. | | | Court in session (jurors present); The Court provides the preliminary jury instructions |
| | | 9:18 a.m. | | | Government opening statement (Dawson) |
| | | 10:02 a.m. | | | Defense opening statement (Angeli) |
| | | 10:54 a.m. | | | Court in recess |
| | | 11:13 a.m. | | | Court in session (jurors present) |
| | | 11:14 a.m. | | | Government direct examination of Benjamin Rossen (Dawson) |
| 260 | | 11:21 a.m. | X | X | Uber Preservation Letter 11.20.2014. Admitted conditionally |
| 2 | | 11:23 a.m. | X | X | Preservation letter from FTC to Engrav; Admitted conditionally |
| 274 | | 11:25 a.m. | X | X | 015-05-21 CID to Uber; Admitted by stipulation |
| 8 | | 11:38 a.m. | X | X | Uber's Corrected Second Set of Responses to 2015 CID; Admitted by stipulation |
| 290 | | 11:52 a.m. | X | X | Uber's 3rd Set of Responses to CID; Admitted by stipulation |
| 292 | | 11:56 a.m. | X | X | Uber's 4th Set of Responses to CID; Admitted by stipulation |
| 295 | | 12:11 p.m. | X | X | 10.21.15 Email From Rebecca Engrave Re: Scheduling Call re Uber; Admitted by stipulation |
| 301 | | 12:13 p.m. | X | X | 01.25.2016 Email re 1099 incident; Admitted by stipulation |

1

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan
Date: September 7, 2022

Courtroom Deputy: Jean Davis             - Court Reporters:   Belle Ball and Joan Columbini

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 304 | | 12:14 p.m. | X | X | 02.29.2016 Email from Benjamin Rossen re: Scheduling in-person uber\FTC meeting; Admitted conditionally |
| | | 12:18 p.m. | | | Court in recess |
| | | 12:31 p.m. | | | Court in session (jurors present) Government direct examination of Ben Rossen continues (Dawson) |
| 310 | | 12:32 p.m. | X | X | FTC Meeting - Slide Deck; Admitted by stipulation |
| 316 | | 12:48 p.m. | X | X | 2016.06.10 CID Issued to Uber; Admitted by stipulation |
| 340 | | 12:57 p.m. | X | X | 2016.11.04 Joe Sullivan IH Transcript; Admitted by stipulation |
| | | 1:30 p.m. | | | Court admonishes the jurors as to their duties |
| | | 1:31 p.m. | | | Jurors excused and court in recess |

2