# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00337-WHO-1
Case Name: USAv. Sullivan

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Andrew Dawson and Benjamin Kingsley | David H. Angeli, Edward A. Piper, John D. Cline, Michelle H. Kerin, and Tyler Francis |
| **TRIAL DATE: 9/8/2022** | **REPORTERS:** | **CLERK:** |
| 8:00 a.m. to 1:29 p.m. 5 hours, 29 minutes | Belle Ball and Joan Columbini | Jean Davis |

Counsel for Interested Party Federal Trad Commission: Eric Edmondson

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:02 a.m. | | | Court in session (jurors out) Anticipated witnesses and exhibits discussed. The following exhibits will be admitted by stipulation: 11, 16, 23, 28, 29, 157, 168, 311, 341, 363, 398, 404, and 189. Exhibit 635 is submitted in substitution for 640; the exhibit is disputed. |
| | | 8:04 a.m. | | | Court in recess |
| | | 8:28 a.m. | | | Court in session (jurors present) Government direct examination of **Benjamin Rossen** continues (Dawson) |
| 159 | | 8:48 a.m. | X | X | Letter from Rossen (FTC) to Engrav; Admitted by stipulation |
| 455 | | 8:51 a.m. | X | X | 2016-12-21 Uber_s 8th Set of Responses to CID; Admitted by stipulation |
| 542 | | 8:55 a.m. | X | X | 01.17.2017 Email from Rebecca Engrave Re: Uber; Admitted by stipulation |
| 537 | | 9:00 a.m. | X | X | 2017-01-12 Uber's Response re Internal Account Access; Admitted by stipulation |
| 563 | | 9:01 a.m. | X | X | 2017-04-19 Letter from Rebecca Engrave to Ben Rossen; Admitted by stipulation |
| 578 | | 9:18 a.m. | X | X | Rossen.PDF; Admitted by stipulation |
| 579 | | 9:22 a.m. | X | X | 2017-05-25 Proposed Complaint (Uber Redline); Admitted by stipulation |
| 580 | | 9:28 a.m. | X | X | 2017-05-25 Proposed Order (Uber Redline); Admitted by stipulation |
| 584 | | 9:32 a.m. | X | X | 2017.06.05 Uber Complaint Redline from DPIP; Admitted by stipulation |
| 223 | | 9:39 a.m. | X | X | Rossen email to Engrav; Admitted by stipulation |
| 225 | | 9:40 a.m. | X | X | Email from Engrav to Rossen; Admitted by stipulation |
| 639 | | 9:44 a.m. | X | X | 2017-11-21 FTC Email Sent; Admitted by stipulation |

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan
Date: September 8, 2022
Courtroom Deputy: Jean Davis          - Court Reporter:    Belle Ball and Joan Columbini

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 635 | | 9:45 a.m. | X | X | 2017-11-21 CT AG Notification Letter – Uber; Admitted by stipulation |
| 231 | | 9:48 a.m. | X | X | Letter from Engrav to Rossen and Trilling; Admitted by stipulation |
| 652 | | 9:52 a.m. | X | X | Mandiant Report 2018-01-10; Admitted by stipulation |
| 689 | | 9:56 a.m. | X | X | 2018 FTC Complaint; Conditionally admitted |
| 706 | | 9:58 a.m. | X | X | FTC Decision and Order attached to email; Admitted by stipulation |
| | | 10:02 a.m. | | | Court in recess |
| | | 10:20 a.m. | | | Court in session (jurors out) Counsel stipulate to admission of Exhibits 442 and 1682 |
| | | 10:24 a.m. | | | Jurors seated |
| | | 10:25 a.m. | | | Defense cross examination of Benjamin Rossen (Kerin) |
| | 1905 | 10:45 a.m. | | | For refreshment of witness recollection only |
| | 1907 | 10:52 a.m. | | | For refreshment of witness recollection only |
| | 1682 | 11:00 a.m. | X | X | Admitted by stipulation |
| | | 11:41 a.m. | | | Court in recess |
| | | 11:56 p.m. | | | Court in session (jurors present) Government redirect of Benjamin Rossen (Dawson) |
| | | 12:17 p.m. | | | Witness excused |
| | | 12:18 p.m. | | | Government direct examination of John Bernard Flynn, IV (Kingsley) |
| 311 | | 12:48 p.m. | X | X | Uber Rider and Partner Data Security presentation Ex. 3; Admitted by stipulation |
| 16 | | 12:51 p.m. | X | X | Uber Bug Bounty Program Description; Admitted by stipulation |
| 341 | | 1:10 p.m. | X | X | 11.11.2016 Email from John Flynn re: Security at company all hands, 11/15 - invitation to edit; Admitted by stipulation |
| 28 | | 1:20 p.m. | X | X | Email exchange among Guzman, Henley, Clark, Flynn, and Greene re: johndoughs@protonmail.com Incident; Admitted by stipulation |
| | | 1:29 p.m. | | | Court in recess |