# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00337-WHO-1
Case Name: USAv. Sullivan

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|---|
| William H. Orrick | | Andrew Dawson and Benjamin Kingsley | David Angeli, John Cline, Michelle Kerin, Tyler Francis |
| **TRIAL DATE:  9/9/2022** | | **REPORTERS:** | **CLERK:** |
| 8:00 a.m. to 1:30 p.m. 5 hours, 30 minutes | | Belle Ball and Joan Columbini | Jean Davis |

Counsel for interested party Uber Technologies:  Douglas Sprague and Grady Jung

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:00 a.m. | | | Court in session (jurors out) Counsel discuss anticipated witnesses and exhibits. A redacted exhibit may be presented for the first time today, and the Court will be prepared to provide jurors with the agreed upon instruction as to redactions at the time the exhibit is offered. Douglas Sprague heard as to confidentiality concerns.  Counsel stipulate to the admission of Exhibits 1112, 139, 370, 187, 151, 154, 188, 233, and 358. Defense objection to Exhibit 658 is renewed. It will be conditionally admitted. The jury will be advised that Exhibits 2, 304, and 260 are fully admitted. |
| | | 8:12 a.m. | | | Court in recess |
| | | 8:29 a.m. | | | Court in session (jurors present) Court advises jurors that Exhibits 260, 2 and 304 are fully admitted. |
| | | 8:30 a.m. | | | Government direct examination of John Bernard Flynn, IV continues (Kingsley) |
| 29 | | 8:30 a.m. | X | X | Preacher Central Tracker; Admitted by stipulation |
| 363 | | 9:00 a.m. | X | X | 11.15.2016 Email from John Flynn re: security note; Admitted by stipulation |
| 398 | | 9:52 a.m. | X | X | 11.21.2016 Email from John Flynn (A/C PRIV Encryption from Uber for uber-code-storage S3 Bucket; Admitted by stipulation |
| 404 | | 9:54 a.m. | X | X | 11.22.2016 Email from John Flynn re: preacher postmortem part: 1 tomorrow; Admitted by stipulation |
| 168 | | 9:55 a.m. | X | X | Preacher postmortem task list; Admitted by stipulation |
| | | 9:58 a.m. | | | Court in recess |
| | | 10:17 a.m. | | | Court in session (jurors present) Defense cross examination of John Bernard Flynn, IV (Cline) |
| | 1112 | 10:30 a.m. | X | X | Admitted by stipulation |

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan
Date: September 9, 2022
Courtroom Deputy: Jean Davis            - Court Reporter:   Belle Ball and Joan Columbini

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | 189 | 10:40 a.m. | X | X | Flynn email to EngSec-Team re: EngSec in 2016; Admitted by stipulation |
| | | 10:50 a.m. | | | Government redirect of John Bernard Flynn, IV |
| | | 10:53 a.m. | | | Witness excused |
| | | 10:54 a.m. | | | Government direct examination of Daniel Borgess (Dawson) |
| 370 | | 11:00 a.m. | X | X | 11.16.2016 Email from Collin Greene re: Github not working? This is why and how to fix it; Admitted by stipulation |
| 139 | | 11:25 a.m. | X | X | Preacher Consolidated list of IPs by total of events, first and last time seen; Admitted by stipulation |
| | | 11:33 a.m. | | | Defense cross examination of Daniel Borgess (Cline) |
| | | 11:45 a.m. | | | Court in recess |
| | | 11:59 a.m. | | | Court in session (jury out)<br>Counsel discuss appropriate scope of inquiry |
| | | 12:03 p.m. | | | Jurors seated<br>Defense cross examination of Daniel Borgess continues (Cline) |
| | 1912 | 12:04 p.m. | X | X | Admitted by stipulation |
| | 1913 | 12:04 p.m. | X | X | Admitted by stipulation |
| | 1914 | 12:04 p.m. | X | X | Admitted by stipulation |
| | | 12:06 p.m. | | | Government redirect of Daniel Borgess (Kingsley) |
| | | 12:09 p.m. | | | Witness excused |
| | | 12:10 p.m. | | | Government direct examination of Alexander Edward Garbutt (Kingsley) |
| 233 | | 1:00 p.m. | X | X | Scope of Potential Exposure in Uber-Cold-Storage; Admitted by stipulation |
| 658 | | 1:11 p.m. | X | X | 2018.05.22 Hipchats; Conditionally admitted |
| | | | | | The Court instructions jurors as to exhibits which may be redacted of attorney-client privileged information |
| 188 | | 1:17 p.m. | X | X | Ross email exchange with Sullivan, Garbutt, and Kelly re: FTC CID 8th Set of Responses; Admitted by stipulation |
| 187 | | 1:20 p.m. | X | X | Email from Ross to Garbutt and Kelly; Admitted by stipulation |
| | | 1:28 p.m. | | | Jurors excused with the admonitions of the Court |

| | | 1:29 p.m. | | | The Court advises counsel that the pace and further scheduling of the trial should be discussed on Monday |
| | | 1:30 p.m. | | | Court in recess |