# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00337-WHO-1
Case Name: USAv. Sullivan

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Andrew Dawson and Ben Kingsley | David Angeli, John D. Cline, Michelle H. Kerin, and Tyler Francis |
| **TRIAL DATE:** 9/12/2022 | **REPORTERS:** | **CLERK:** |
| 8:00 a.m. to 1:31 p.m. 5 hours, 31 minutes | Belle Ball and Joan Columbini | Jean Davis |

*Counsel for interested party Uber Technologies: Douglas Sprague and Steven E. Fagell*

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:59 a.m. | | | Court in session (jurors out). Counsel discuss schedule. Appropriate scope of testimony and standing objections discussed. Counsel stipulate to entry of exhibits 26, 152, 144, 148, 397, 494, 493, 492, 528. 193, 691, 24, 350, 412, 407, 413, 707, and 708. |
| | | 8:15 a.m. | | | Court in recess |
| | | 8:32 a.m. | | | Court in session (jurors present) Defense cross examination of Alexander Edward Garbutt (Cline) |
| | | 8:48 a.m. | | | Government redirect of Alexander Edward Garbutt (Kingsley) |
| | | 8:51 a.m. | | | Defense follow up examination of Alexander Edward Garbutt (Cline) |
| | | 8:53 a.m. | | | Witness excused |
| | | 8:54 a.m. | | | Government direct examination of Vasile Mereacre (Dawson) |
| 26 | | 9:20 a.m. | X | X | Email from "Johndoughs" to Sullivan re: Uber Security; Admitted by stipulation |
| 152 | | 9:25 p.m. | X | X | Preacher Email Log; Admitted by stipulation |
| | | 10:01 a.m. | | | Court in recess |
| | | 10:16 a.m. | | | Court in session (jurors present) Government direct examination of Vasile Mereacre continues (Dawson) |
| 144 | | 10:30 a.m. | X | X | NDA signed by Fletcher and "John Doughs"; Admitted by stipulation |
| 397 | | 10:40 a.m. | X | X | Please eSign – BBSupplementalNDAACPRIV; Admitted by stipulation |
| 49 | | 10: 49 a.m. | X | X | Nov. 15 - 10:09 pm NDA; Admitted by stipulation |
| 493 | | 10:58 a.m. | X | X | 1.02.2017 Email from John Doughs re: Contract; Admitted by stipulation |

1

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan
Date: September 12, 2022
Courtroom Deputy: Jean Davis            - Court Reporter:    Belle Ball and Joan Columbini

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 691 | | 10:59 a.m. | X | X | Certified Vasile Mereacre Plea Agreement; Admitted by stipulation |
| 350 | | 11:00 a.m. | X | X | 11.14.2016 Email from Robert Fletcher Re: Uber security; Admitted by stipulation |
| 528 | | 11:02 a.m. | X | X | 01.05.2017 Email from Vasile Mereacre; Admitted by stipulation |
| 193 | | 11:04 a.m. | X | X | NDA, signed by Henley and Mereacre; Admitted by stipulation |
| | | 11:22 a.m. | | | Defense cross examination of Vasile Mereacre (Francis) |
| | | 11:27 a.m. | | | Government redirect of Vasile Mereacre (Dawson) |
| | | 11:31 a.m. | | | Witness excused |
| | | 11:32 a.m. | | | Government direct examination of Robert Brian Fletcher (Dawson) |
| 24 | | 11:35 a.m. | X | X | Email from Greene to Fletcher re: Uber Security; Admitted by stipulation |
| | | 11:44 a.m. | | | Court in recess |
| | | 11:59 p.m. | | | Court in session (jurors out) Counsel stipulate to the admission of Exhibits 12, 16, 129, 148, 156, 160, 177, 352, and 697 |
| | | 12:02 p.m. | | | Jurors seated Government direct examination of Robert Brian Fletcher continues (Dawson) |
| | | 12:33 p.m. | | | Defense cross examination of Robert Brian Fletcher (Francis) |
| | 12 | 12:40 p.m. | X | X | Bug Bounty Program Terms; Admitted by stipulation |
| | 352 | 1:10 p.m. | X | X | 11.14.2016 Email from Craig Clark re: Urgent Investigation into Password Hashes and Locket |
| | 44 | 1:19 p.m. | X | X | Drafting history for email sent to hackers at 9:29 am on 11/15/16; Admitted by stipulation |
| | | 1:28 p.m. | | | Examination suspended; the Court advises jurors of the up-coming schedule and releases them with the standard admonitions. |
| | | | | | Jury Instruction Conference set for Tuesday, **9/20/2022 at 2:00 p.m.** |
| | | 1:31 p.m. | | | Court in recess |