| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER *Please use one form per court reporter.* *CJA counsel please use Form CJA24* *Please read instructions on next page.* | COURT USE ONLY DUE DATE: |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER** Peter Blumberg | **2a. CONTACT PHONE NUMBER** (415) 362-5634 | **3. CONTACT EMAIL ADDRESS** pblumberg1@bloomberg.net |
| **1b. ATTORNEY NAME (if different)** | **2b. ATTORNEY PHONE NUMBER** | **3. ATTORNEY EMAIL ADDRESS** |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Bloomberg News Pier 3, Ste. 101 SF, CA 94111 | 5. CASE NAME U.S. v. Joe Sullivan | 6. CASE NUMBER 20-cr-00337 |
|---|---|---|
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR Joan Columbini / Belle Ball | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL   ☑ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☐ NON-APPEAL   ☐ CIVIL   CJA: Do not use this form; use Form CJA24. | |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS) | b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/09/2022 | WHO | | Trial transcript | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ |
| | | | Trial transcript | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional). 11. SIGNATURE  Peter Blumberg | 12. DATE 09/15/2022 |
|---|---|

Clear Form | Save as new PDF