**SUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

Case No: 20-cr-00337-WHO-1
Case Name: USAv. Sullivan

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Andrew Dawson and Benjamin Kingsley | David H. Angeli, John D. Cline, Michelle H. Kerin, and Tyler Francis |
| **TRIAL DATE: 9/13/2022** | **REPORTERS:** | **CLERK:** |
| 8:00 a.m. to 1:24 p.m. 5 hours, 24 minutes | Belle Ball and Joan Columbini | Jean Davis |

*Counsel for interested party Uber Technologies: Douglas Sprague*

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:00 a.m. | | | Court in session (jurors out) Counsel announce exhibits to be entered by stipulation: 45, 46, 131, and 167 Objections to anticipated testimony discussed. |
| | | 8:10 a.m. | | | Court in recess |
| | | 8:30 a.m. | | | Court in session (jurors present) Defense cross examination of Robert Brian Fletcher continues (Francis) |
| | 45 | 8:32 a.m. | X | X | Drafting history for email sent to hackers at 11:57 am on 11/15/16; Admitted by stipulation |
| | 46 | 8:35 a.m. | X | X | Drafting history for email sent to hackers at 2:12 pm on 11/15/16; Admitted by stipulation |
| | 129 | 8:38 a.m. | X | X | Email from Clark to Sullivan (cc: Henley and Fletcher) re: Patel et al NDA - Invitation to edit; Admitted by stipulation |
| | 160 | 8:40 a.m. | X | X | NDA signed by Fletcher and William Loafman; Admitted by stipulation |
| | 148 | 8:43 a.m. | X | X | NDA signed by Fletcher and "John Doughs"; Admitted by stipulation |
| | | 8:55 a.m. | | | Government redirect of Robert Brian Fletcher (Dawson) |
| | | 9:02 a.m. | | | Witness excused |
| 658 | | 9:03 a.m. | | X | 2018.05.22 Hipchats.PDF; Fully admitted by the Court (previously admitted conditionally) |
| | | 9:04 a.m. | | | Counsel stipulate to the admission of Exhibits 277, 275, 448, 450, 541, 534, 200, 702, 703, 555, 573, 676, 612, 613, 705, 9, 18, 22, 200, 203, 279, 286, 314, 332, 336, 450, 554, 573, 587, 588, 591, 594, 598, 602, 606, 676, and 1088. Defense renews previously stated objections to admission of Exhibits 166, 402, 612 and 613. Objections overruled; exhibits will be admitted. |
| | | 9:06 a.m. | | | Government direct examination of Sabrina Boyson Ross (Dawson) |

1

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan
Date: September 13, 2022
Courtroom Deputy: Jean Davis     - Court Reporter:    Belle Ball and Joan Columbini

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 277 | | 9:09 a.m. | X | X | 06.04.2015 Email from Katherine Tassi re: For our meeting at 5pm; Admitted by stipulation |
| 275 | | 9:17 a.m. | X | X | 05.26.2015 Email from Katherine Tassi re: A/C PRIV; Admitted by stipulation |
| 166 | | 9:27 a.m. | X | X | Email from Engrav to Kelly, Ross, and Para re: Uber; Admitted (objection overruled) |
| 402 | | 9:28 a.m. | X | X | 2016.11.21 ltr to R. Engrav; Admitted (objection overruled) |
| 448 | | 9:31 a.m. | X | X | 12.17.2016 Email from Craig Clark re: ReVeal/Spangenberg Articles : FTC Update; Admitted by stipulation |
| 450 | | 9:36 a.m. | X | X | 12.18.2016 Email from Joe Sullivan re: FTCand NY AG Update; Admitted by stipulation |
| 541 | | 9:48 a.m. | X | X | 01.12.2017 Email from Sabrina Ross Re: For Review: FTC Access Control Draft responses; Admitted by stipulation |
| 534 | | 9:50 a.m. | X | X | 01.11.2017 Email from Rebecca Engrav re: AC Priv FTC Draft; Admitted by stipulation |
| | | 9:56 a.m. | | | Court in recess |
| | | 10:11 a.m. | | | Court in session (jurors present) Government direct examination of Sabrina Boyson Ross continues (Dawson) |
| 200 | | 10:13 a.m. | X | X | Emails among Yoo, Sullivan, Ross, and Kelly re: Closing Letter to the FTC; Admitted by stipulation |
| 555 | | 10:18 a.m. | X | X | 04.10.2017 Email from Craig Clark re: (a) team meeting (b) closing letter to FTC; Admitted by stipulation |
| 703 | | 10:21 a.m. | X | X | Ross email re FTC Data Security/Privacy; Admitted by stipulation |
| 573 | | 10:30 a.m. | X | X | 05.18.2017 Email from Sabrina Ross re: FTC Redlines; Admitted by stipulation |
| 676 | | 11:00 a.m. | X | X | Sullivan comments on draft order; Admitted by stipulation |
| 612 | | 10:58 a.m. | X | X | 07.11.2017 Email from Sabrina@uber.com re: Time sensitive FTC - Docs for signature; Admitted (objection overruled) |
| 705 | | 11:05 a.m. | X | X | FTC Decision and Order attached to email; Admitted by stipulation |
| | | 11:12 a.m. | | | Defense cross examination of Sabrina Boyson Ross (Angeli) |
| | 1649 | 11:28 a.m. | | | Offered for refreshment of witness recollection only, not displayed to jurors |
| | 9 | 11:30 a.m. | X | X | Uber Data Breach Incident Response Plan; Admitted by stipulation |

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan
Date: September 13, 2022
Courtroom Deputy: Jean Davis    - Court Reporters: Belle Ball and Joan Columbini

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan
Date: September 13, 2022
Courtroom Deputy: Jean Davis    - Court Reporters: Belle Ball and Joan Columbini

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | 22 | 11:37 a.m. | X | X | Breach Incident Response Playbook; Admitted by stipulation |
| | | 11:45 a.m. | | | Court in recess |
| | | 12:01 p.m. | | | Court in session (jurors present) Defense cross examination of Sabrina Boyson Ross continues (Angeli) |
| | 279 | 12:02 p.m. | X | X | 2015-06-25 Uber's 1st Set of Responses to CID; Admitted by stipulation |
| | 314 | 12:05 p.m. | X | X | 2016-05-06 Uber_s 5th Set of Responses to CID; Admitted by stipulation |
| | 18 | 12:07 p.m. | X | X | Email from Engrav to Tassi, Ross, Para, and Care (with cc's) re: FTC submission re round 2 and 3 of AWS breach; Admitted by stipulation |
| | 336 | 12:08 p.m. | X | X | 2016-11-01 Uber's 7th Set of Responses to CID; Admitted by stipulation |
| | 1088 | 12:22 p.m. | X | X | Choe email to Dawson attaching Privilege Log; Admitted by stipulation |
| | 561 | 12:43 p.m. | X | X | 2017-04-19 Letter from Rebecca Engrav to Ben Rossen.PDF; Admitted by stipulation |
| | 554 | 12:44 p.m. | X | X | 04.09.2017 Email from Sabrina Ross re: (a) team meeting (b) closing letter to FTC; |
| | 203 | 12:46 p.m. | X | X | Ross/Clark email exchange re: (a) team meeting; (b) Closing Letter to the FTC; |
| | 1682 | 12:50 p.m. | X | X | Admitted by stipulation |
| | 587 | 1:12 p.m. | X | X | 06.05.2017 Email from Benjamin Rossen Re: Uber - confidential settlement communication; Admitted by stipulation |
| | 588 | 1:12 p.m. | X | X | 06.09.2017 Email From Rebecca Engrav Re: Uber- Confidential; Admitted by stipulation |
| | 594 | 1:13 p.m. | X | X | 2017-06-28 Letter from Rebecca Engrav to Ben Rossen; Admitted by stipulation |
| | 598 | 1:13 p.m. | X | X | 06.29.2017 Email from Benjamin Rossen Re: Call today? |
| | 602 | 1:14 p.m. | X | X | 07.08.2017 Email from Rebecca Engrav Re: Uber Draft-Confidential; Admitted by stipulation |
| | 606 | 1:14 p.m. | X | X | 07/10/2017 Email from James Trilling re: uber drafts - Confidential; Admitted by stipulation |
| | | 1:19 p.m. | | | Cross examination suspended |
| | | 1:20 p.m. | | | Jurors excused Counsel briefly discuss objection by Uber Technologies |

3

|  |  | 1:24 p.m. |  |  | Court in recess |