UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Andrew Dawson and Benjamin Kingsley | DEFENSE ATTORNEYS: David H. Angeli, John D. Cline, Michelle H. Kerin, and Tyler Francis |
|---|---|---|
| **TRIAL DATE:** 9/14/2022  8:04 a.m. to 1:29 p.m.  5 hours, 25 minutes | **REPORTERS:** Belle Ball and Joan Columbini | **CLERK:** Jean Davis |

Counsel for Interested Party Uber Technologies: Douglas Sprague

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  |  | 8:04 a.m. |  |  | Court in session (jurors out)  Counsel discuss Uber objections to testimony elicited from Sabrina Boysen Ross. The objection is sustained. Mr. Sprague's request for testimony to be stricken is discussed. The Court takes the motion under submission. Counsel stipulate to the admission of the following exhibits: 21, 25, 29, 33, 48, 81, 129, 130, 83, 84. 85, 90, 91, 127, 92-98. 99, 100-115, 116, 146, 132, 710, and 711. |
|  |  | 8:16 a.m. |  |  | Court in recess |
|  |  | 8:31 a.m. |  |  | Court in session. The Court denies motion to strike and clarifies procedures to address confidentiality issues. |
|  |  | 8:33 a.m. |  |  | Court in recess |
|  |  | 8:41 a.m. |  |  | Court in session (jurors out); Court confirms that a temporary solution to technical issues has been reached. |
|  |  | 8:44 a.m. |  |  | Jurors seated; Court presents instruction regarding privileged information |
|  |  | 8:45 a.m. |  |  | Defense passes witness; Government redirect of Sabrina Boyson Ross (Dawson) |
| 9 |  | 9:04 a.m. | X | X | Uber Data Breach Incident Response Plan; Admitted by stipulation |
|  |  | 9:08 a.m. |  |  | Defense follow up examination (Angeli) |
|  |  | 9:10 a..m. |  |  | Witness excused |
|  |  | 9:12 a.m. |  |  | Government direct examination of Craig Clark (Dawson) |
| 21 |  | 9:33 a.m. | X | X | Email from Clark to Rai (cc: Sullivan, Flynn) re: encryption at rest; Admitted by stipulation |
| 25 |  | 9:39 a.m. | X | X | Email exchange among Clark, Guzman, Henley, Flynn, Greene, and Sullivan re: johndoughs@protonmail.com Incident; Admitted by stipulation |
| 33 |  | 9:51 a.m. | X | X | Sullivan email to Kalanick and Clark re: Security Note; Admitted by stipulation |

1

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan
Date: September 14, 2022
Courtroom Deputy: Jean Davis          - Court Reporter:   Belle Ball and Joan Columbini

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 10:00 a.m. | | | Court in recess |
| | | 10:17 a.m. | | | Court in session (jurors out) Counsel stipulate to the admission of the following exhibits: 43, 51, 80, 143, 144, 148, 149, 152, 153, 156, 184, 193, 202, 203, 367, 426, 446, 1005, 1007, 1008, 1030, 1041, 1092, 1104, 1109, and 1118 |
| | | 10:21 a.m. | | | Court in session (jurors present) Government direct examination of Craig Clark continues (Dawson) |
| 48 | | 10:24 a.m. | X | X | Nov. 15 - 9:01 pm NDA; Admitted by stipulation |
| 81 | | 10:26 a.m. | X | X | Nov. 16 - 7:57 am NDA; Admitted by stipulation |
| 130 | | 10:29 a.m. | X | X | Greene and Clark comments on Patel et al NDA; Admitted by stipulation |
| 83 | | 10:29 a.m. | X | X | Nov. 16 - 10:53 am NDA; Admitted by stipulation |
| 84 | | 10:30 a.m. | X | X | Nov. 16 - 3:51 pm NDA; Admitted by stipulation |
| 85 | | 10:30 a.m. | X | X | Nov. 16 - 4:55 pm NDA; Admitted by stipulation |
| 90 | | 10:34 a.m. | X | X | Nov. 16 - 7:34 pm NDA; Admitted by stipulation |
| 91 | | 10:35 a.m. | X | X | Nov. 16 - 8:34 pm NDA; Admitted by stipulation |
| 92 | | 10:36 a.m. | X | X | Nov. 16 - 9:58 pm NDA; Admitted by stipulation |
| 93 | | 10:37 a.m. | X | X | Nov. 16 - 9:59 pm NDA; Admitted by stipulation |
| 94 | | 10:38 a.m. | X | X | Nov. 16 - 9:59 pm NDA; Admitted by stipulation |
| 95 | | 10:38 a.m. | X | X | Nov. 16 - 10:00 pm NDA; Admitted by stipulation |
| 96 | | 10:39 a.m. | X | X | Nov. 16 - 10:01 pm NDA; Admitted by stipulation |
| 97 | | 10:39 a.m. | X | X | Nov. 16 - 10:01 pm NDA; Admitted by stipulation |
| 98 | | 10:40 a.m. | X | X | Nov. 16 - 10:02 pm NDA; Admitted by stipulation |
| 99 | | 10:40 a.m. | X | X | Nov. 16 - 10:07 pm NDA; Admitted by stipulation |
| 100 | | 10:41 a.m. | X | X | Nov. 16 - 10:08 pm NDA; Admitted by stipulation |
| 101 | | 10:43 a.m. | X | X | Nov. 16 - 10:12 pm NDA; Admitted by stipulation |
| 102 | | 10:43 a.m. | X | X | Nov. 16 - 10:12 pm NDA; Admitted by stipulation |
| 103 | | 10:44 a.m. | X | X | Nov. 16 - 10:13 pm NDA; Admitted by stipulation |
| 104 | | 10:44 a.m. | X | X | Nov. 16 - 10:14 pm NDA; Admitted by stipulation |
| 105 | | 10:45 a.m. | X | X | Nov. 16 - 10:14 pm NDA; Admitted by stipulation |
| 106 | | 10:45 a.m. | X | X | Nov. 16 - 10:15 pm NDA; Admitted by stipulation |
| 107 | | 10:45 a.m. | X | X | Nov. 16 - 10:16 pm NDA; Admitted by stipulation |

Case No: 20-cr-00337-WHO-1
1Case Name: USA v. Sullivan
Date: September 14, 2022

Courtroom Deputy: Jean Davis         - Court Reporter:   Belle Ball and Joan Columbini

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 108 |  | 10:45 a.m. | X | X | Nov. 16 - 10:16 pm NDA; Admitted by stipulation |
| 109 |  | 10:46 a.m. | X | X | Nov. 16 - 10:16 pm NDA; Admitted by stipulation |
| 110 |  | 10:46 a.m. | X | X | Nov. 16 - 10:17 pm NDA; Admitted by stipulation |
| 111 |  | 10:46 a.m. | X | X | Nov. 16 - 10:18 pm NDA; Admitted by stipulation |
| 112 |  | 10:46 a.m. | X | X | Nov. 16 - 10:18 pm NDA; Admitted by stipulation |
| 113 |  | 10:47 a.m. | X | X | Nov. 16 - 10:18 pm NDA; Admitted by stipulation |
| 114 |  | 10:47 a.m. | X | X | Nov. 16 - 10:19 pm NDA; Admitted by stipulation |
| 115 |  | 10:47 a.m. | X | X | Nov. 16 - 10:19 pm NDA; Admitted by stipulation |
| 116 |  | 10:48 a.m. | X | X | Nov. 16 - 10:31 pm NDA; Admitted by stipulation |
| 146 |  | 10:49 a.m. | X | X | Clark email to Matthews and Henley re: NDA ready to be Sent; Admitted by stipulation |
| 132 |  | 10:51 a.m. | X | X | Text Message from Candace Kelly to Craig Clark; Admitted by stipulation |
| 710 |  | 10:56 a.m. | X | X | Clark email re SMC follow-up; Admitted by stipulation |
| 711 |  | 10:58 a.m. | X | X | Admitted by stipulation |
|  |  | 11:07 a.m. |  |  | Defense cross examination of Craig Clark (Angeli) |
|  | 1008 | 11:09 a.m. | X | X | Craig Clark Resumé; Admitted by stipulation |
|  | 1005 | 11:14 a.m. | X | X | Craig Clark employment agreement; Admitted by stipulation |
|  | 1007 | 11:16 a.m. | X | X | Email from Tassi to Uber Privacy team re: Introduction - Craig Clark, Senior Counsel, Privacy; Admitted by stipulation |
|  | 1725 | 11:20 a.m. |  |  | Used for refreshment of witness memory only |
|  | 1118 | 11:22 a.m. | X | X | Admitted by stipulation |
|  | 1588 | 11:24 a.m. | X | X | Admitted by stipulation |
|  | 1104 | 11:26 a.m. | X | X | Admitted by stipulation |
|  | 426 | 11:30 a.m. | X | X | 12.01.2016 Email from derek Care re: Data Breach plan/ log; Admitted by stipulation |
|  | 23 | 11:34 a.m. | X | X | Engineering Security Incident Response Plan; Admitted by stipulation |
|  | 1030 | 11:37 a.m. | X | X | Calendar invitation from Thrift to Borges, Clark, Greene, Worden, Ensign, Stern, Gates, Sullivan, Guzman, Fletcher, Long, Qiao, Henley, and Flynn re: Preacher Check-In Meeting; Admitted by stipulation |
|  |  | 11:44 a.m. |  |  | Court in recess |

|  |  | 12:08 p.m. |  |  | Court in session (jurors present)<br>Defense cross examination of Craig Clark continues (Angeli) |
|---|---|---|---|---|---|
|  | 699 | 12:28 p.m. |  |  | Utilized for refreshment of witness recollection only; not displayed to jurors |
|  | 151 | 12: 32 p.m. | X | X | Scope of Potential Exposure in Uber-Cold-Storage; Admitted by stipulation |
|  | 43 | 12:35 p.m. | X | X | Draft "Security Incident Extortion Attempt" document; Admitted by stipulation |
|  | 153 | 12:39 p.m. | X | X | Preacher Contingency Plan; Admitted by stipulation |
|  | 154 | 12:44 p.m. | X | X | Garbutt and Clark comments on Google doc, "Scope of potential exposure in Uber-cold-storage"; Admitted by stipulation |
|  | 1041 | 12:58 p.m. | X | X | Email exchange among Clark, Thrift, Glovin, Matthews, Green, Fletcher, and Wong re: $120K payout? Heads up on balance; Admitted by stipulation |
|  | 446 | 1:05 p.m. | X | X | 12.17.2016 Email from Craig Clark re: ReVeal/Spangenberg Articles : FTC Update; Admitted by stipulation |
|  | 202 | 1:15 p.m. | X | X | Email from Ross to privacyteam@uber.com re: (a) team meeting; (b) Closing Letter to the FTC; Admitted by stipulation |
|  | 1092 | 1:21 p.m. | X | X | Letter from Dawson to Clark, attaching grand jury Subpoena;Admitted by stipulation; Admitted by stipulation |
|  | 1093 | 1:22 p.m. | X | X | Email from Dawson to Stumphauzer and Santiago re: Tomorrow morning? Admitted by stipulation |
|  |  | 1:26 p.m. |  |  | Jurors excused with the admonitions of the Court |
|  |  | 1:29 p.m. |  |  | Court in recess |