UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Andrew Dawson and Benjamin Kingsley | David H. Angeli, John D. Cline, Michelle H. Kerin, and Tyler Francis |
| **TRIAL DATE: 9/15/2022**<br>8:01 a.m. to 1:29 p.m.<br>5 hours, 28 minutes | REPORTERS:<br>Belle Ball and Joan Columbini | CLERK:<br>Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:01 a.m. | | | Court in session (jury out) Counsel discuss final jury instructions, instruction conference, and the issue of willfulness as government nears the end of its case in chief. |
| | | 8:09 a.m. | | | Court in recess |
| | | 8:35 a.m. | | | Court in session (jurors present)<br>Defense cross examination of Craig Clark continues (Angeli) |
| | 80 | 8:36 a.m. | X | X | Nov. 16 - 7:57 am NDA; Admitted by stipulation |
| | 1109 | 8:40 a.m. | X | X | Admitted by stipulation |
| | 90 | 8:46 a.m. | X | X | Nov. 16 - 7:34 pm NDA; Admitted by stipulation |
| | 1099 | 8:54 a.m. | X | X | Email from Dawson to Stumphauzer re: Craig Clark; Admitted by stipulation |
| | 51 | 8:54 a.m. | X | X | Nov. 16 - 7:28 am NDA; Admitted by stipulation |
| | 143 | 9:13 a.m. | X | X | Drafting history for email sent to hackers at 12:18 pm on 11/18/16; Admitted by stipulation |
| | 1743 | 9:20 a.m. | | | Used for refreshment of witness recollection only; not displayed to jury |
| | 156 | 9:23 a.m. | X | X | Email from Fletcher to Henley, Clark, Sullivan, Flynn; Admitted by stipulation |
| | | 9:26 a.m. | | | Government redirect of Craig Clark (Dawson) |
| | 382 | 9:50 a.m. | X | X | 11.18.2016 Email from Mat Henley re: Preacher email to…Im wondering if we should; Admitted without objection; Admitted by stipulation |
| | | 10:00 a.m. | | | Court in recess |
| | | 10:16 a.m. | | | Court in session (jurors out)<br>Counsel announce stipulation to the anticipated admission of the following exhibits: 14, 324, 216, 623, 625, 1114, 211, 212, 213, 214, 217, 218, 616, 619, and 622. |
| | | 10:19 a.m. | | | Jurors seated<br>Government redirect of Craig Clark continues (Dawson) |

1

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan
Date: September 15, 2022
Courtroom Deputy: Jean Davis        - Court Reporter:    Belle Ball and Joan Columbini

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 1004 | | 10:23 a.m. | X | X | Clark email exchange with Sullivan re: You need me; Admitted by stipulation |
| 530 | | 10:34 a.m. | X | X | 01.08.2017 Email from Craig Clark re: Legal sec Ts & Bs; Admitted by stipulation |
| | | 10:36 a.m. | | | Defense follow up examination of Craig Clark (Angeli) |
| | | 10:43 a.m. | | | Witness excused |
| | | 10:45 a.m. | | | Government direct examination of Sally You (Kingsley) |
| 3 | | 10:50 a.m. | X | X | Email from: Yoo to Kalanick and Plouffe re: "FTC Investigation" (attaching FTC Preservation Letter); Admitted by stipulation |
| 4 | | 10:55 a.m. | X | X | FTC Preservation letter to Uber; Admitted by stipulation |
| 14 | | 10:59 a.m. | X | X | Yoo/Sullivan email exchange re: Privileged and Confidential Attorney Client Communication; Admitted by stipulation |
| 324 | | 11:01 a.m. | X | X | 08.04.2016 Email from Joe Sullivan re: my attorney role; Admitted by stipulation |
| 1114 | | 11:16 a.m. | X | X | Admitted by stipulation |
| 623 | | 11:32 a.m. | X | X | 09.20.2017 Email from Joe Sullivan re: SMC Follow-up; Admitted by stipulation |
| 216 | | 11:34 a.m. | X | X | Yoo/Sullivan email exchange re: SMC follow-up; Admitted by stipulation |
| 625 | | 11:36 a.m. | X | X | 09.26.2017 Email from John Dwyer re: request for Information; Admitted by stipulation |
| | | 11:39 a.m. | | | Defense cross examination of Salle Yoo (Cline) |
| | 1113 | 11:42 a.m. | X | X | Admitted by stipulation |
| | | 11:45 a.m. | | | Court in recess |
| | | 12:05 p.m. | | | Court in session (jurors present) Defense cross examination of Salle Yoo continues (Cline) |
| | | 12:49 p.m. | | | Government redirect of Salle Yoo (Kingsley) |
| | | 12:54 p.m. | | | Witness excused |
| | | 12:55 p.m. | | | Government direct examination of Ross Worden |
| 616 | | 1:21 p.m. | X | X | 09.09.2017 Emaill from Ross Worden re: Preacher read Out; Admitted by stipulation |
| 211 | | 1:24 p.m. | X | X | Draft Consolidated Preacher Report; Admitted by stipulation |
| | | 1:29 p.m. | | | Examination of Mr. Worden suspended. Court in recess |