# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00337-WHO-1
Case Name: USAv. Sullivan

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Andrew Dawson and Benjamin Kingsley | David H. Angeli, John D. Cline, Michelle H. Kerin, and Tyler Francis |
| **TRIAL DATE:  9/16/2022** | **REPORTERS:** | **CLERK:** |
| 8:01 a.m. to 1:39 p.m. 5 hours, 38 minutes | Belle Ball and Joan Columbini | Jean Davis |

*Counsel for Interested Party Uber Technologies:  Douglas Sprague and Steven E. Faggell*

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:01 a.m. | | | Court in session (jurors out). Possible instruction to jurors as to current news regarding a new data breach discussed. The willfulness issue is discussed further. Counsel stipulate to the admission of Exhibits 134, 138, 139, 36, 31, 39, 40, 132, 553, 703, 573, and 676. Defense objection renewed to admission of Exhibits 280, 288, 297 and 300. The exhibits will be admitted conditionally and the objections further considered at a later time. |
| | | 8:17 a.m. | | | Court in recess |
| | | 8:32 a.m. | | | Court in session (jurors present) Government direct examination of Ross Worden continues (Kingsley) |
| 619 | | 8:38 a.m. | X | X | 09.19.2017 Email from Ross Worden re: Consolidated preacher report; Admitted by stipulation |
| 214 | | 8:39 a.m. | X | X | Draft Consolidated Preacher Report; Admitted by stipulation |
| 212 | | 8:40 a.m. | X | X | Draft Consolidated Preacher Report; Admitted by stipulation |
| 217 | | 8:41 a.m. | X | X | Draft Consolidated Preacher Report; Admitted by stipulation |
| 218 | | 9:11 a.m. | X | X | Draft Consolidated Preacher Report; Admitted by stipulation |
| | | 9:18 a.m. | | | Defense cross examination of Ross Worden (Francis) |
| | 138 | 9:24 a.m. | X | X | Access logs from GitHub compromised accounts; Admitted by stipulation |
| | 134 | 9:25 a.m. | X | X | Google Doc re: Shaf Patel; Admitted by stipulation |
| | 215 | 9:31 a.m. | X | X | Consolidated Preacher Report; Admitted by stipulation |
| | 1053 | 9:37 a.m. | X | X | Email exchange among Sullivan, Worden, McCann, and Henley re: Preacher read out; Admitted by stipulation |
| | | 9:53 a.m. | | | Government redirect of Ross Worden (Kingsley) |
| | | 9:56 a.m. | | | Witness excused |
| | | 9:57 a.m. | | | Court in recess |

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan
Date: September 16, 2022
Courtroom Deputy: Jean Davis             - Court Reporter:      Belle Ball and Joan Columbini

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 10:15 a.m. | | | Court in session (jurors out) Counsel stipulation to admission of Exhibits 412, 407, 413, 707 and 708 |
| | | 10:16 a.m. | | | Jury seated |
| | | 10:17 a.m. | | | Government direct examination of Dara Khosrowshahi (Kingsley) |
| 623 | | 10:30 a.m. | X | X | |
| | | 10:40 a.m. | | | Defense cross examination of Dara Khosrowshahi (Cline) |
| | 227 | 10:50 a.m. | | | Used for refreshment of witness recollection only; not displayed to jurors |
| | 652 | 10:55 a.m. | | | Used for refreshment of witness recollection only; not displayed to jurors |
| | 1939 | 11:00 a.m. | | | Used for refreshment of witness recollection only; not displayed to jurors |
| | | 11:09 a.m. | | | Government redirect of Dara Khosrowshahi (Kingsley) |
| 227 | | | | | Used for refreshment of witness recollection only; not displayed to jurors |
| | | 11:10 a.m. | | | Witness excused |
| | | 11:12 a.m. | | | Government direct examination of Thuan Quang Pham (Kingsley) |
| | | 11:33 a.m. | | | Defense cross examination of Thuan Quang Pham (Kerin) |
| | | 11:44 a.m. | | | Court in recess |
| | | 12:00 p.m. | | | Court in session (jurors out); Counsel stipulate to admission of Exhibits 410 and 155 |
| | | 12:02 p.m. | | | Jurors seated Defense cross examination of Thuan Quang Pham continues (Kerin) |
| | 1934 | 12:17 p.m. | | | Used for refreshment of witness recollection only; not displayed to jurors |
| | | 12:19 p.m. | | | Redirect waived; witness excused |
| | | 12:20 p.m. | | | Rice |
| 412 | | 12:26 p.m. | X | X | 11.22.2016 Email from Craig Clark re: mat@uber.com; Admitted by stipulation |
| 407 | | 12:34 p.m. | X | X | 11.22.2016 Email from Alex Rice re: Good to go; Admitted by stipulation |
| 413 | | 12:39 p.m. | X | X | HackerOne Payment; Admitted by stipulation |

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan
Date: September 16, 2022
Courtroom Deputy: Jean Davis _____ - Court Reporter:____ Belle Ball and Joan Columbini ____

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---------|---------|--------------|----|----|-------------|
| 707 | | 12:47 p.m. | X | X | H1 Payment confirmation; Admitted by stipulation |
| 708 | | 12:49 p.m. | | | H1 Payment confirmation |
| | | 12:50 p.m. | | | Defense cross examination of Rice |
| | 410 | 12:52 p.m. | X | X | 11.22.2016 Email from Mat Henley re: FWD: Canada Tax form W-8bn |
| | 155 | 12:55 p.m. | X | X | Henley email to Clark, forwarding Rice email Re: Canada tax form w-8ben |
| | | 12:59 p.m. | | | Redirect waived; witness excused |
| | | 1:00 p.m. | | | Government direct examination of Candace Kelly (Dawson) |
| | 36 | 1:17 p.m. | X | X | Ensign email to Kelly re: A/C Priv: Security Incident - Extortion Attempt -- invitation to edit |
| | 31 | 1:21 p.m. | X | X | Email from Ensign to Kelly re: A/C Priv: Security + candace@uber any legal advice? |
| | 40 | 1:25 p.m. | X | X | Draft "Security Incident Extortion Attempt" document |
| | | 1:31 p.m. | | | Examination of witness suspended; Court reminds jurors of the upcoming schedule and admonishes them as to their responsibilities. |
| | | 1:37 p.m. | | | Jurors excused |
| | | 1:38 p.m. | | | Court reminds counsel of 2:00 p.m. jury instruction conference on Tuesday, 9/20/2022. Disputed exhibits withdrawn. 1053, 215 admitted. |
| | | 1:39 p.m. | | | Court in recess |