**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Andrew Dawson and Benjamin Kingsley | DEFENSE ATTORNEYS: David H. Angeli, John D. Cline, Michelle H. Kerin, and Tyler Francis |
|---|---|---|
| **TRIAL DATE:** 9/20/2022<br>8:02 a.m. to 1:29 p.m.<br>2:01 p.m. to 2:26 p.m.<br>5 hours, 52 minutes | **REPORTERS:**<br>Belle Ball and Joan Columbini | **CLERK:**<br>Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:02 a.m. | | | Court in session (jurors out)<br>Objections to exhibits 451, 572, 641, 656, 679, 680, 686 and 712 argued. Order of anticipated witnesses discussed. Counsel stipulate to the admission of the following exhibits: 713, 1051, 1055, 1111, 37, 150, 165, 171, 194, 232, 355, 357, 359, 377, 390, 467, 1110, 287, 302, 312, 313, 372, 543, 571, 470, and 299 |
| | | 8;21 a.m. | | | Court in recess |
| | | 8:32 a.m. | | | Court in session (jurors out)<br>Court queries counsel as to the objections to exhibits. Objections sustained as to 451 and 641. Objection sustained in part as to Exhibit 656.  Exhibits 679, 680 and 712 will be admitted |
| | | 8:38 a.m. | | | Jury seated<br>Government direct examination of Candace Kelly continues (Dawson) |
| 553 | | 8:44 a.m. | X | X | 04.07.2017 Email from Sabrina Ross re: Closing letter to FTC; Admitted by stipulation |
| | | 8:59 a.m. | | | Defense cross examination of Candace Kelly (Angeli) |
| | 1118 | 9:01 a.m. | X | X | Admitted by stipulation |
| | 39 | 9:10 a.m. | X | X | Email exchange between Ensign and Kelly re: Hey; Admitted by stipulation |
| | | 9:25 a.m. | | | Government redirect of Candace Kelly (Dawson) |
| | | 9:28 a.m. | | | Witness excused |
| | | 9:29 a.m. | | | Government direct examination of Brooke Anderson (Dawson) |
| 1029 | | 9:33 a.m. | X | X | Email from Ensign to Anderson (cc: Doherty) re: A/C Priv: Security Incident - Extortion Attempt; Admitted without objection |

1

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan
Date: September 20, 2022
Courtroom Deputy: Jean Davis      - Court Reporter:    Belle Ball and Joan Columbini

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:40 a.m. | | | Defense cross examination of Brooke Anders |
| | 1022 | 9:42 a.m. | X | X | Guzman email to Mizrahi (with cc's) re: Reddit repost; Admitted without objection |
| | 1734 | 9:50 a.m. | | | Offered for refreshment of witness recollection; not displayed to jurors |
| | | 10:03 a.m. | | | Examination suspended; jurors excused |
| | | 10:04 a.m. | | | Court in recess |
| | | 10:22 a.m. | | | Court in session (jurors present) Defense cross examination of Brooke Anderson continues (Kerin) |
| | 1073 | 10:28 a.m. | | | Offered for refreshment of witness recollection; not displayed to jurors |
| | | 10:30 a.m. | | | Redirect waived; witness excused |
| | | 10:31 a.m. | | | Government direct examination of Welton Pollard (Dawson) |
| 37 | | 10:32 a.m. | X | X | Email exchange between Ensign and Kelly re: Hey; Admitted by stipulation; Admitted by stipulation |
| 232 | | 10:36 a.m. | X | X | JS_TK Call Log; Admitted without objection |
| 150 | | 10:41 a.m. | X | X | Sullivan/Kalanick email exchange re: updates; Admitted by stipulation |
| 165 | | 10:42 a.m. | X | X | Email from Sullivan to Kalanick re: Signed contract; Admitted by stipulation |
| 299 | | 10:43 a.m. | X | X | 12.16.2015 Email from Joe Sullivan re: Demonstration Casablaca, Morocco; Admitted by stipulation |
| 302 | | 10:44 a.m. | X | X | 01.25.2016 Email from Joe Sullivan Re: Criminal enforcement cases; Admitted by stipulation |
| 312 | | 10:45 a.m. | X | X | 04.22.2016 Email from Joe Sullivan re: First arrest in china; Admitted without objection |
| 313 | | 10:45 a.m. | X | X | 04.27.2016 Email from Joe Sullivan re: Couple of security updates; Admitted by stipulation |
| 372 | | 10:48 a.m. | X | X | 11 16 2016 Email from Joe Sullivan re: Patel et al; Admitted by stipulation |
| 467 | | 10:40 a.m. | X | X | 12.23.2016 Email from Joe Sullivan re: (A/C) 2fac/AWS/ Github PPP 2016.12.22; Admitted by stipulation |
| 470 | | 10:47 a.m. | X | X | 12.28.2016 Email from Joe Sullivan re: Maryland Proceeding; Admitted without objection |
| 543 | | 10:55 a.m. | X | X | 01.18.2017 Email from Mat Henly re: FWL: Rating for Craig; Admitted by stipulation |

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan
Date: September 20, 2022
Courtroom Deputy: Jean Davis       - Court Reporter:    Belle Ball and Joan Columbini

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 571 | | 10:57 a.m. | X | X | 05.17.2017 Email from Joe Sullivan re: questions answers and perf; Admitted by stipulation |
| 576 | | 11:01 a.m. | X | X | 05.19.2017 Email from Travis Kalanick re: Joe Sullivan Comp; Admitted by stipulation |
| 675 | | 11:02 a.m. | X | X | Joe Sullivan _ YE16 Bonus Letter; Admitted without objection |
| 679 | | 11:04 a.m. | X | X | 01-0100 MMC_Morch Information; Admitted (objection overruled) |
| 680 | | 11:05 a.m. | X | X | 01-0100 MMC_Morch Plea; Admitted (objection overruled) |
| 712 | | 11:09 a.m. | X | X | Admitted (objection overruled) |
| | | 11:11 a.m. | | | Defense cross examination of Welton Pollard (Kerin) |
| | 355 | 11:22 a.m. | X | X | Bijlage 3 - UBER_DUTCHAP_0000023; Admitted by stipulation |
| | 357 | 11:26 a.m. | X | X | 11.15.2016 Email from Katie Newman re: (investigations on call) re: uber security; Admitted by stipulation |
| | 359 | 11:28 a.m. | X | X | 11.15.2016 Appointment Email from guzman@uber.com re: synch in war room; Admitted by stipulaiton |
| | 377 | 11:29 a.m. | X | X | 11.17.2016 Appointment Email from Google Calender re: Preacher check in Meeting; Admitted by stipulation |
| | 390 | 11:31 a.m. | X | X | 11.18.2016 Appointment email from google calendar; Admitted by stipulation |
| | 656 | 11:36 a.m. | X | X | 2018.05.22 TK_JS Texts.pdf; Admitted by stipulation |
| | 1110 | 11:38 a.m. | X | X | Admitted by stipulation |
| | | 11:45 a.m. | | | Court in recess |
| | | 12:03 p.m. | | | Court in session (jurors present) Government direct examination of Randall Lee (Kingsley) |
| 1051 | | 12:08 p.m. | X | X | Notes of Sullivan Aug. 17, 2017 Wilmer Interview; Admitted by stipulation |
| 713 | | 12:19 p.m. | X | X | Admitted by stipulation |
| 1055 | | 12:34 p.m. | X | X | Notes of Sullivan Sept. 26, 2017 Wilmer Interview; Admitted by stipulation |
| 1111 | | 1:09 p.m. | X | X | Admitted by stipulation |
| | | 1:28 p.m. | | | Examination of Randall Lee suspended |
| | | 1:29 p.m. | | | Jurors released; Court in recess |
| | | | | | Court in recess |
| | | 2:01 p.m. | | | Court in session (jurors out) Jury instruction conference conudcted |

|  |  | 2:16 p.m. |  |  | Government should prepare a draft of the final jury instructions and provide that to opposing counsel and the Court by Tuesday, 9/27/2022. |
|---|---|---|---|---|---|
|  |  | 2:17 p.m. |  |  | Schedule for the balance of trial discussed |
|  |  | 2:20 p.m. |  |  | Possible remote appearance by defense witness discussed |
|  |  | 2:26 p.m. |  |  | Court in recess |