DAVID H. ANGELI (admitted *pro hac vice*)
TYLER P. FRANCIS (admitted *pro hac vice*)
MICHELLE H. KERIN (admitted *pro hac vice*)
URSULA LALOVIĆ (Cal. Bar No. 215551)
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232 │ Facsimile: (503) 227-0880
Email: david@angelilaw.com; tyler@angelilaw.com; michelle@angelilaw.com; ursula@angelilaw.com

JOHN D. CLINE (Cal. Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

*Attorneys for Defendant Joseph Sullivan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH SULLIVAN, <br><br> Defendant. | Case No. 3:20-cr-00337-WHO <br><br> DECLARATION OF MICHELLE KERIN IN SUPPORT OF DEFENDANT JOSEPH SULLIVAN'S MOTION FOR PERMISSION TO PRESENT REMOTE TESTIMONY <br><br> Date: September 22, 2022 <br> Time: 1:30 p.m. <br> Crtrm: 2, 17th floor <br><br> Hon. William H. Orrick |

KERIN DECLARATION ISO DEF'S MOTION FOR PERMISSION TO PRESENT REMOTE TESTIMONY
3:20-cr-00337-WHO

1

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

1. My name is Michelle Kerin. I am a member of the Oregon bar and am admitted to appear in this Court *pro hac vice*. I represent defendant Joseph Sullivan in the above-captioned matter. I make the following statements in support of Mr. Sullivan's Motion for Permission to Present Remote Testimony, filed contemporaneously, and based on my personal knowledge.

2. On September 19, 2022, I informed the government by email that Mr. Sullivan would seek the Court's permission to allow Kiersten E. Todt to testify remotely at trial.

3. I informed the government of Mr. Sullivan's intention to call Ms. Todt as a witness on his behalf promptly after Mr. Sullivan and his counsel determined that Mr. Sullivan would offer Ms. Todt's testimony in his case in chief.

4. Ms. Todt is the current Chief of Staff for the United States Cybersecurity and Infrastructure Security Agency (CISA).

5. Ms. Todt informed me that as the Chief of Staff for CISA, she is one of the agency's four leaders and that pursuant to a policy implemented by the Director of CISA, two of the agency's leaders must be physically present at the agency's headquarters in Rosslyn, Arlington, Virginia.

6. Two of the agency's four leaders have mission critical travel during the week of September 20 and 26, 2022. As a result, Ms. Todt must remain at CISA's headquarters during their absence and cannot travel to San Francisco, California to present her testimony in person.

7. Ms. Todt is expected to testify on Mr. Sullivan's behalf about the work she performed with Mr. Sullivan on President Obama's Commission on Enhancing National Cybersecurity from April to December 2016. Ms. Todt will first, testify about her opinion of Mr. Sullivan's integrity and honesty. Her testimony will also describe the work Mr. Sullivan was performing as a member of the Commission starting approximately November 13, 2016—the day before the 2016 Incident—and ending December 2, 2016, the day the Commission presented its final report to President Obama.

8. On September 19, 2022, Assistant United States Attorney Ben Kingsley informed

KERIN DECLARATION ISO DEF'S MOTION FOR PERMISSION TO PRESENT REMOTE TESTIMONY
3:20-cr-00337-WHO

2

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

me by email that the government opposes Mr. Sullivan's request to allow Ms. Todt to testify remotely using the Court's videoconferencing system.

9. If the Court permits Ms. Todt to testify remotely via two-way videoconference, Mr. Sullivan's counsel will ensure that Ms. Todt follows this Court's best practices for participating in a Zoom hearing as found at https://www.cand.gov/zoom.

10. Mr. Sullivan's counsel will ensure that Ms. Todt will be seen by the jury, the court, all counsel, and Mr. Sullivan.

11. Mr. Sullivan's counsel will attempt to ensure that Ms. Todt will be able to see the court and the defendant at all times.

12. Mr. Sullivan's counsel will ensure that any person in proximity to the witness during the course of the testimony (e.g., another person in the room where the witness is testifying) must be identified to the court before the testimony commences.

13. Mr. Sullivan's counsel will ensure that the witness does not have access during testimony to any other electronic devices nor have any other mean of communicating with anyone other than the persons in the courtroom.

14. I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 21, 2022.

*s/ Michelle Kerin*
Michelle Kerin

KERIN DECLARATION ISO DEF'S MOTION FOR PERMISSION TO PRESENT REMOTE TESTIMONY
3:20-cr-00337-WHO

3

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880