DAVID H. ANGELI (admitted *pro hac vice*)
TYLER P. FRANCIS (admitted *pro hac vice*)
MICHELLE H. KERIN (admitted *pro hac vice*)
URSULA LALOVIĆ (Cal. Bar No. 215551)
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232 │ Facsimile: (503) 227-0880
Email: david@angelilaw.com; tyler@angelilaw.com; michelle@angelilaw.com; ursula@angelilaw.com

JOHN D. CLINE (Cal. Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

*Attorneys for Defendant Joseph Sullivan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOSEPH SULLIVAN,<br><br>  Defendant. | Case No. 3:20-cr-00337-WHO<br><br>DEFENDANT JOSEPH SULLIVAN'S SUPPLEMENTAL PROPOSED INSTRUCTION CONCERNING DUTY TO DISCLOSE<br><br>Crtrm: 2, 17th floor<br><br>Hon. William H. Orrick |

DEF'S SUPPLEMENTAL INSTRUCTION RE: DUTY TO DISCLOSE
3:20-cr-00337-WHO
1

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

DEFENDANT'S PROPOSED INSTRUCTION No. 5[1]

DUTY TO DISCLOSE—18 U.S.C. § 1505

If the corrupt act at issue involved the withholding of information, the government must prove beyond a reasonable doubt that Mr. Sullivan had a duty to disclose that information to the FTC. You may find such a duty if the government proves that Mr. Sullivan was responsible for preparing submissions to the FTC in which Uber was required to provide the information.

**Authority**

*United States v. Singh*, 979 F.3d 697, 717 (9th Cir. 2020).

DATED: September 23, 2022.

*s/ David H. Angeli*
David H. Angeli
Tyler P. Francis
Michelle H. Kerin
Ursula Lalović
John D. Cline

*Attorneys for Defendant Joseph Sullivan*

---

[1] This proposed instruction corrects and replaces the duty to disclose instruction that appears in the final paragraph of Defendant's Proposed Instruction No. 1. (*See* ECF No. 156 at 52.) The defense acknowledges that the Court has previously rejected a duty to disclose instruction in the context of 18 U.S.C. § 1505.

DEF'S SUPPLEMENTAL INSTRUCTION RE: DUTY TO DISCLOSE
3:20-cr-00337-WHO
2

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880