# Exhibit 1

**U.S. Department of Homeland Security**
Cybersecurity & Infrastructure Security Agency
Office of the Chief Counsel
Washington, DC 20528

September 8, 2022

Mr. David Angeli
Angeli Law Group LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204

*Via email to david@angelilaw.com*

RE: *United States v. Sullivan*, case no. 3:20-cr-00337-WHO

Dear Mr. Angeli,

This letter responds to your letter of August 11, 2022, to the Department of Homeland Security (DHS) Cybersecurity and Infrastructure Security Agency (CISA) Office of the Chief Counsel (OCC), requesting approval for Kiersten Todt, who currently serves as the CISA Chief of Staff, to testify as a character witness for your client in the federal criminal trial of *United States v. Sullivan*, scheduled to be conducted in September 2022. The request was made pursuant to DHS's *Touhy* regulations, found at 6 C.F.R. §§ 5.41-5.49. As Ms. Todt would be testifying in her personal capacity, CISA cannot accept service of a subpoena on her behalf. You have represented that Ms. Todt would be testifying solely in her non-CISA personal capacity; that your questioning of her will be based on her having worked with your client prior to her employment with CISA; and that you do not intend to elicit responses from her relating to her position as an official with CISA.[1] As such, it is apparent Ms. Todt would not be testifying about information acquired during her employment with CISA as part of the performance of her official duties or by virtue of her official status, and we therefore do not believe that the *Touhy* regulations are applicable in this scenario. We accordingly leave it to your office to coordinate directly with Ms. Todt concerning her availability to testify and a convenient method for same that will not unduly impact the performance of her CISA duties.

We understand that Ms. Todt worked with your client when she was the Executive Director of former President Obama's Commission on Enhancing National Cybersecurity and your client was a presidentially-appointed member. That Commission was established in the U.S. Department of Commerce (Commerce) and so Ms. Todt's testimony relating to her service on it would fall under the Commerce Department's authority (rather than CISA's authority) to grant. My office has coordinated with the Commerce Department's Office of General Counsel, though, who are amenable to Ms. Todt testifying in relation to her service on the Commission, subject to your adhering to the commitments and understandings set forth in your letter, specifically:

- That you understand that she would not be appearing in her former official Commerce capacity, but rather in her non-Commerce personal capacity.

---

[1] She can provide her current title and employer as one of her biographical details.

Mr. David Angeli
Page 2

- That the scope of Ms. Todt's testimony would be narrow and limited by the Federal Rules of Evidence, including Rule 404.
- That other than factual background describing her professional relationship with Mr. Sullivan, the remainder of Ms. Todt's testimony would be strictly limited to her opinion of Mr. Sullivan's reputation for honesty and integrity.
- That you will not elicit responses relating to Ms. Todt's former position as an official at Commerce or otherwise imply that she is testifying in her capacity as a former Commerce official.

If you require additional information on this matter, please contact CISA OCC Senior Counsel Sara Bishop at sara.bishop@cisa.dhs.gov or (771) 200-6338.

        Sincerely,


        Steven Kaufman
        Chief Counsel (Acting)


cc:    Dept. of Commerce Office of General Counsel
       Kiersten Todt, Chief of Staff