STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
BENJAMIN KINGSLEY (CABN 314192)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    benjamin.kingsley@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-337 WHO |
| Plaintiff, | PROPOSED VERDICT FORM |
| v. | |
| JOSEPH SULLIVAN, | |
| Defendant. | |

    The government submits the attached proposed verdict form. The government has conferred with defense counsel, and the defense does not object to this form.

DATED: September 26, 2022          Respectfully submitted,

                                                STEPHANIE M. HINDS
                                                United States Attorney

                                                /s/
                                                ANDREW F. DAWSON
                                                BENJAMIN KINGSLEY
                                                Assistant United States Attorneys

PROPOSED VERDICT FORM
CR 20-337 WHO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH SULLIVAN,<br><br>    Defendant. | CASE NO. CR 20-337 WHO<br><br>VERDICT FORM |

We, the members of the Jury in this action, have reached the following unanimous verdict with respect to each Count of the Indictment:

<u>Count One:</u>    (Obstruction of Proceedings Before a Department or Agency of the United States, in violation of 18 U.S.C. § 1505)

We find the defendant, Joseph Sullivan:

    Guilty_____                           Not Guilty_____

<u>Count Two:</u>    (Misprision of Felony, in violation of 18 U.S.C. § 4)

We find the defendant, Joseph Sullivan:

    Guilty_____                           Not Guilty_____

DATED:                                              _____
                                                          JURY FOREPERSON