UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　　Plaintiff,<br>　　v.<br>JOSEPH SULLIVAN,<br>　　　　　Defendant. | Case No. 20-cr-00337-WHO-1<br><br>**ORDER FOR JURY MEALS DURING DELIBERATIONS** |

　　　IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

　　　IT IS SO ORDERED.

Dated: September 28, 2022

_____
WILLIAM H. ORRICK
United States District Judge

*Rev.03/19*