# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00337-WHO-1
Case Name: USAv. Sullivan

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|---|
| William H. Orrick | | Andrew Dawson and Benjamin Kingsley | David H. Angeli, John D. Cline, Michelle H. Kerin, and Tyler Francis |
| **TRIAL DATE:  9/21/2022** | | **REPORTERS:** | **CLERK:** |
| 8:01 a.m.to 1:32 p.m. 5 Hours, 31 minutes | | Belle Ball and Joan Columbini | Jean Davis |

Counsel for Interested Party Uber Technologies:  Douglas Sprague

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:01 a.m. | | | Court in session (jury out) Scope of anticipated testimony of Ms. Cooks discussed; jury instructions discussed; Counsel stipulate to the admission of Exhibits 1122, 438, 356, 195, 197, 507, 1027, 1040, 1081, 1083, 44, and 451. Stipulated statement for presentation to the jury discussed. |
| | | 8:09 a.m. | | | Court in recess |
| | | 8:32 a.m. | | | Court in session (jurors present) Court presents stipulation |
| | | 8:35 a.m. | | | Government direct examination of Randall Lee continues (Kingsley) |
| | | 9:06 a.m. | | | Defense cross examination of Randall Lee (Angeli) |
| | | 9:51 a.m. | | | Government redirect of Randall Lee (Kingsley) |
| | | 10:12 a.m. | | | Court in session |
| | | 10:14 a.m. | | | Defense direct examination of Collin Greene (Francis) |
| | 1122 | 10:22 a.m. | X | X | Admitted by stipulation |
| | 356 | 10:29 a.m. | X | X | Bijlage 3 - UBER_DUTCHAP_0000024; Admitted by stipulation |
| | 438 | 10:40 a.m. | X | X | 12.13.2016 Email from Jovon itwaru re: (maniphest) (commented on) T651831 password in the nuber account - provisioner repo |
| | | 10:59 a.m. | | | Government cross examination of Collin Greene (Dawson) |
| | | 11:17 a.m. | | | Redirect waived; witness excused |
| | | 11:18 a.m. | | | Defense direct examination of Kandace Cooks (Kerin) |
| | | 11:31 a.m. | | | Government cross examination of Kandace Cooks (Kingsley) |
| | | 11:34 a.m. | | | Redirect waived; witness excused |
| | | 11:34 a.m. | | | Jurors excused |

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan
Date: September 21, 2022
Courtroom Deputy: Jean Davis                   - Court Reporter:      Belle Ball and Joan Columbini

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  |  | 11:35 a.m. |  |  | Court in recess |
|  |  | 11:56 a.m. |  |  | Court in session (jurors present) Defense direct examination of Mat Henley (Francis) |
|  | 1027 | 12:15 p.m. | X | X | Trans Union Invoice Billing period 11/1/2016-11/30/2016; Admitted by stipulation |
|  | 1040 | 12:30 p.m. | X | X | Trans Union Invoice Billing period 12/1/2016-12/31/2016; Admitted by stipulation |
|  | 494 | 1:07 p.m. | X | X | 1.02.2017 Email from Mat Henley re: uber contract; Admitted by stipulation |
|  | 197 | 1:10 p.m. | X | X | Russo's memo re Meeting with Vasile Mereacre; Admitted by stipulation |
|  |  | 1:26 p.m. |  |  | Examination of Mat Henley suspended; witness excused |
|  |  | 1:26 p.m. |  |  | Court reminds jurors of the schedule and admonishes them as to their duties. |
|  |  | 1:30 p.m. |  |  | Defense moves for judgment of acquittal; Government objects and opposes. The Court reserves determination. |
|  |  | 1:32 p.m. |  |  | Court in recess |