UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00337-WHO-1
Case Name: USAv. Sullivan

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Andrew Dawson and Benjamin Kingsley | DEFENSE ATTORNEYS: David H. Angeli, John D. Cline, Michelle H. Kerin, and Tyler Francis |
|---|---|---|
| **TRIAL DATE:** 9/29/2022<br>8:00 a.m. to 1:12 p.m.<br>5 hours, 12 minutes | **REPORTER:** Joan Columbini | **CLERK:** Jean Davis |

Counsel for Interested Party Uber Technologies:  Douglas Sprague

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:00 a.m. | | | Court in session (jurors out)<br>Counsel discuss scheduling through close of trial and anticipated testimony and exhibits. Counsel stipulate to admission of Exhibits 701, 1028, 1035, and 1036 |
| | | 8:10 a.m. | | | Court in recess |
| | | 8:31 a.m. | | | Court in session (jurors present) |
| | | 8:32 a.m. | | | Defense direct examination of Mat Henley continues (Francis) |
| | 195 | 8:40 a.m. | X | X | Russo's memo re Meeting with Brandon Glover; Admitted by sitpulation |
| | 1083 | 8:47 a.m. | X | X | Preacher Incident, Remediation, and Response; Admitted by stipulation |
| | | 8:48 a.m. | | | Government redirect of Mat Henley (Dawson) |
| | 451 | 9:10 a.m. | X | X | 12-20-2016 Email from Mat Henley re: Bug Bounty Trolls; Admitted by stipulation |
| | | 10:01 a.m. | | | Court in recess |
| | | 10:16 a.m. | | | Court in session (jurors present)<br>Government redirect of Mat Henley continues (Dawson) |
| | | 10:20 a.m. | | | Defense redirect of Mat Henley (Francis) |
| | 1124 | 10:25 a.m. | X | X | Admitted by stipulation |
| | | 10:27 a.m. | | | Witness excused |
| | | 10:29 a.m. | | | Defense direct examination of Luis Guzman (Kerin) |
| | 701 | 10:39 a.m. | X | X | Calendar Invite re "Extortion attempt"; Admitted by stipulation |
| | 1028 | 10:45 a.m. | X | X | Guzman email to Sullivan, Flynn, Matthews, Clark, Greene, Fletcher, Garbutt, McCann, Gates, Long, Borges, Stearns, Morris, Ensign, Tickel, and Ngo re: e-response central tracer – 14 Nov Incident; Admitted by stipulation |

1

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan
Date: September 29, 2022
Courtroom Deputy: Jean Davis            - Court Reporter:    Joan Columbinni

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | 1035 | 10:55 a.m. | X | X | Calendar invitation to Preacher synch; Admitted by stipulation |
| | | 11:23 a.m. | | | Government cross examination of Luis Guzman (Dawson) |
| | | 11:25 a.m. | | | Defense redirect of Luis Guzman (Kerin) |
| | | 11:27 a.m. | | | Witness excused |
| | | 11:29 a.m. | | | Defense direct examination of Melanie Ensign (Cline) |
| | | 11:46 a.m. | | | Jurors excused |
| | | 11:47 a.m. | | | Counsel discuss pace of proceedings and presentation of instructions/ admonition to defendant of his right to testify or decline to testify |
| | | 11:48 a.m. | | | Court in recess |
| | | 12:03 p.m. | | | Defense direct examination of Melanie Ensign continues (Cline) |
| | | 12:20 p.m. | | | Government cross examination of Melanie Ensign (Kingsley) |
| 31 | | 12:30 p.m. | X | X | Email from Ensign to Kelly re: A/C Priv: Security + candace@uber any legal advice?; Admitted by stipulation |
| | | 12:36 p.m. | | | Witness excused; defense rests. Government indicates that no rebuttal case will be presented. |
| | | 12:39 p.m. | | | Sidebar conference |
| | | 12:42 p.m. | | | Final jury instructions presented by the Court |
| | | 1:11 p.m. | | | Jurors released with the admonitions of the Court |
| | | 1:12 p.m. | | | Defense moves in Exhibit 1124; admitted without objection |
| | | 1:14 p.m. | | | Court in recess |

2