UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SULLIVAN,<br><br>Defendant. | Case No. 20-cr-00337-WHO-1<br><br>**VERDICT FORM** |

We, the members of the Jury in this action, have reached the following unanimous verdict with respect to each Count of the Indictment:

<u>Count One:</u>     (Obstruction of Proceedings Before a Department or Agency of the United States, in violation of 18 U.S.C. § 1505)

We find the defendant, Joseph Sullivan:

Guilty ✓                                    Not Guilty _____

<u>Count Two:</u>     (Misprision of Felony, in violation of 18 U.S.C. § 4)

We find the defendant, Joseph Sullivan:

Guilty ✓                                    Not Guilty _____

*When you have reached your verdict, the jury foreperson should sign and date this form and contact the courtroom deputy, Ms. Davis.*

DATED: 10/5/22

_____
JURY FOREPERSON