UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00337-WHO-1
Case Name: USA v. Sullivan

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Andrew Dawson and Ben Kingsley | DEFENSE ATTORNEYS: David H. Angeli, Michele H. Kerin, and Tyler Francis |
|---|---|---|
| TRIAL DATE: 10/3/2022 Jury deliberating: 8:30 a.m. to 3:30 p.m. Court in session: 2 minutes | REPORTER: Belle Ball | CLERK: Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:30 a.m. | | | Jurors resume deliberations |
| | | 3:21 p.m. | | | Court in session (jurors out) Deliberation schedule discussed. Counsel stipulate that the following exhibits displayed to the jurors during trial and provided to them for deliberation should be formally admitted: 3, 4, 99 and 561. The Court confirms admission. |
| | | 3:23 p.m. | | | Court in recess |
| | | 3:40 p.m. | | | Jurors suspend deliberations |

1