UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00337-WHO-1
Case Name: USAv. Sullivan

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Andrew Dawson and Benjamin Kingsley | David H. Angeli, Michelle H. Kerin, and Tyler Francis |
| **TRIAL DATE:  10/4/2022** | **REPORTER:** | **CLERK:** |
| Jury deliberating: 8:30 a.m. to 3:30 p.m. (No time in court) | Belle Ball | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:30 a.m. | | | Jurors resume deliberations |
| | | 3:30 p.m. | | | Jurors suspend deliberations |

1