# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00337-WHO-1
Case Name: USAv. Sullivan

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Andrew Dawson and Benjamin Kingsley | David H. Angeli, Michelle H. Kerin, and Tyler Francis |
| **TRIAL DATE: 10/5/2022** | **REPORTER:** | **CLERK:** |
| Jury deliberating 8:15 a.m. to 1:55 p.m. Court in session 47 minutes | Belle Ball | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:05 a.m. | | | Court in session (jurors out) Jury Notes 1 and 2 discussed |
| | | 9:15 a.m. | | | Jurors seated The Court responds to Note 1 and reads the applicable instruction |
| | | 9:17 a.m. | | | As to Note 2, the Court provides the *Allen* charge admonishing jurors to make their best effort to reach a unanimous decision as to both counts. |
| | | 9:20 a.m. | | | Jurors excused to resume their deliberations; court in recess |
| | | 10:00 a.m. | | | Court in session (jurors out) Jury Note 3 discussed. It is agreed that a written response will be provided to the jurors. |
| | | 10:08 a.m. | | | Court in recess |
| | | 1:18 p.m. | | | Court in session (jurors out) Counsel discuss Jury Notes 4, 5 and 6 (marked as 5, 5 and 6) |
| | | 1:33 p.m. | | | Court in recess; written response to the Questions 4, 5 and 6 provided to the jurors. |
| | | 1:56 p.m. | | | Court in session, jurors present |
| | | 1:57 p.m. | | | Jury tenders its verdict to the Court for review |
| | | 1:59 p.m. | | | The verdict is published by the Clerk |
| | | 2:01 p.m. | | | Jury polled and dismissed with the thanks of the Court |
| | | 2:02 p.m. | | | Defense requests 21 days for post-trial briefing. Counsel may stipulate to a briefing/hearing schedule |
| | | 2:05 p.m. | | | Court in recess |