STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
BENJAMIN KINGSLEY (CABN 314192)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7019
   FAX: (415) 436-7234
   andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-337 WHO |
|    Plaintiff, | STIPULATION TO SET POST-TRIAL BRIEFING SCHEDULE, HEARING DATE, AND SENTENCING DATE, AND [PROPOSED] ORDER |
|    v. | |
| JOSEPH SULLIVAN, | |
|    Defendant. | |

     Pursuant to the Court's guidance, the parties have met and conferred on a briefing schedule for Defendant's post-trial motions, in addition to a proposed hearing date for those motions. The parties agree to the following schedule:

     November 3, 2022:  Defendant's post-trial motions and memoranda due;

     November 23, 2022:  Government's oppositions due;

     December 7, 2022:  Defendant's replies due;

     December 15, 2022:  Hearing date.

     The parties have also discussed a sentencing date and agree that this matter should be set for

//

STIPULATION TO SET DATES AND [PROPOSED] ORDER
Case No. CR 20-337 WHO

sentencing on March 9, 2023.

IT IS SO STIPULATED.

DATED: November 3, 2022

/s/
ANDREW F. DAWSON
BENJAMIN KINGSLEY
Assistant United States Attorneys

DATED: November 3, 2022

/s/
DAVID ANGELI
JOHN CLINE
Counsel for Defendant Joseph Sullivan

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: _____

_____
WILLIAM H. ORRICK
United States District Judge

STIPULATION TO SET DATES AND [PROPOSED] ORDER
Case No. CR 20-337 WHO