UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 4, 2023  **Time:** 1 hr., 3 mins  **Judge:** WILLIAM H. ORRICK
2:27 p.m. to 3:30 p.m.

**Case No.**: 20-cr-00337-WHO-1  **Case Name:** UNITED STATES v. Sullivan

**Attorneys for Plaintiff:**   Andrew Dawson and Ben Kingsley
**Attorneys for Defendant:**   David Angeli, William Sprague and Michelle H. Kerin

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Lee-Anne Shortridge
**Interpreter:** n/a                            **Probation Office:** Jessica Goldsberry

Sentencing Hearing conducted.

**Findings:**   Counsel confirm that the Court has reviewed all appropriate materials in preparation for the sentencing hearing and that it is appropriate for sentence to be imposed at this time. Counsel advise that there are no factual discrepancies in the presentence report to be considered. Counsel are heard as to possible sentencing enhancements and downward variances.

The sentencing guideline calculations are reviewed with counsel, who confirm the accuracy of the base guideline calculations (absent application of enhancements/departures, to which there were disputes). The Court summarizes the factors that have been considered in review of the sentencing materials and additional specific information that the Court would like to hear in counsel's allocution regarding the §3553(a) factors.

Government counsel Dawson and defense counsel Angeli heard in regard to the §3553(a) factors and sentencing recommendations.

Sentence is pronounced as indicated below, and defendant is advised of his appeal rights.

**Judgment:**   Defendant is placed on probation for terms of **3 years** as to each of Counts 1 and 2 of the Superseding Indictment, terms to run concurrently, one with another. While on probation, defendant shall be subject to the standard conditions in force in this District and additional special conditions, including the performance of 200 hours of community service. A Special Monetary Assessment of $200.00 ($100.00 per count) is imposed and is due and payable immediately. A fine of $50,000.00 is imposed and should be paid within 60 days. International travel will not be approved until the fine is paid in full.