DAVID H. ANGELI (admitted *pro hac vice*)
TYLER P. FRANCIS (admitted *pro hac vice*)
MICHELLE H. KERIN (admitted *pro hac vice*)
URSULA LALOVIĆ (Cal. Bar No. 215551)
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232 │ Facsimile: (503) 227-0880
Email: david@angelilaw.com; tyler@angelilaw.com; michelle@angelilaw.com;
       ursula@angelilaw.com

JOHN D. CLINE (Cal. Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

*Attorneys for Defendant Joseph Sullivan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH SULLIVAN,<br><br>　　　　Defendant. | Case No. 3:20-cr-00337-WHO<br><br>MR. SULLIVAN'S NOTICE OF APPEAL<br><br>Hon. William H. Orrick |

MR. SULLIVAN'S NOTICE OF APPEAL
3:20-cr-00337-WHO

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

## NOTICE OF APPEAL

Notice is given that Defendant Joseph Sullivan hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court dated May 9, 2023 ("Judgment"); from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Judgment; and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment, or upon which the Judgment is based. (ECF No. 262.)

DATED: May 12, 2023.

        *s/ David H. Angeli*
        David H. Angeli
        Tyler P. Francis
        Michelle H. Kerin
        Ursula Lalović
        John D. Cline

        *Attorneys for Defendant Joseph Sullivan*

MR. SULLIVAN'S NOTICE OF APPEAL
3:20-cr-00337-WHO

2

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880