JACOB M. HEATH (Cal. Bar No. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

JOHN WOLFE (*Pro Hac Vice*)
wolfe@orrick.com
ARAVIND SWAMINATHAN (*Pro Hac Vice*)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

*Attorneys for Defendant Joseph Sullivan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00337 WHO |
| Plaintiff, | DEFENDANT JOSEPH SULLIVAN'S UNOPPOSED REQUEST TO MODIFY CONDITIONS OF SUPERVISION |
| v. | |
| JOSEPH SULLLIVAN, | Hon. William H. Orrick |
| Defendant. | |

Mr. Sullivan's initial appearance in this case was on August 31, 2020, and he has complied with all conditions of supervision since that time. He remains employed, stays in frequent contact with counsel, has had no law enforcement contacts, and has completed numerous trips (both domestically and internationally) in compliance with his conditions of supervision and without incident.

Following his sentencing on May 4, 2023, certain additional conditions of supervision were imposed on Mr. Sullivan, including Special Conditions 3 and 4 which authorize Probation

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

DEFENDANT JOSEPH SULLIVAN'S
UNOPPOSED REQUEST TO MODIFY
CONDITIONS OF SUPERVISION
3:20-CR-00337 WHO

1  to: conduct credit checks, obtain copies of Mr. Sullivan's tax returns, require that Mr. Sullivan

2  provide Probation with access to any financial information and, require Mr. Sullivan to seek

3  permission from Probation before incurring any new debt or opening new lines of credit.

4  At this time Mr. Sullivan seeks to modify his conditions of supervision to remove Special

5  Conditions 3 and 4. Given that Mr. Sullivan has paid the fine and special assessment ordered by

6  the Court in full, we submit that these conditions are no longer necessary.

7  Defense counsel has conferred with Assistant United States Attorney Andrew Dawson and

8  U.S. Probation Office Aldonza Leal, both of whom confirmed that they have no objection to the

9  above proposed modification of Mr. Sullivan's conditions of supervision.

Dated: November 7, 2023

JACOB M. HEATH
JOHN WOLFE
ARAVIND SWAMINATHAN
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Jacob M. Heath*
         JACOB M. HEATH

*Attorneys for Defendant
Joseph Sullivan*

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

DEFENDANT JOSEPH SULLIVAN'S
UNOPPOSED REQUEST TO MODIFY
CONDITIONS OF SUPERVISION
3:20-CR-00337 WHO