JACOB M. HEATH (Cal. Bar No. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

JOHN WOLFE (*Pro Hac Vice*)
wolfe@orrick.com
ARAVIND SWAMINATHAN (*Pro Hac Vice*)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone:    +1 206 839 4300
Facsimile:    +1 206 839 4301

*Attorneys for Defendant Joseph Sullivan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>JOSEPH SULLLIVAN,<br><br>             Defendant. | Case No. 3:20-cr-00337 WHO<br><br>[PROPOSED] ORDER GRANTING DEFENDANT JOSEPH SULLIVAN'S UNOPPOSED REQUEST TO MODIFY CONDITIONS OF SUPERVISION<br><br>Hon. William H. Orrick |

[PROPOSED] ORDER GRANTING
DEFENDANT JOSEPH SULLIVAN'S
UNOPPOSED REQUEST TO MODIFY
CONDITIONS OF SUPERVISION
3:20-CR-00337 WHO

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

**[PROPOSED] ORDER**

The Court, having considered the defendant's request, hereby ORDERS that defendant's Conditions of Supervision be modified as follows:

Special Condition 3 ("You must not open any new lines of credit and/or incur new debt without the prior permission of the probation officer") and Special Condition 4 ("You must provide the probation officer with access to any financial information, including tax returns, and must authorize the probation officer to conduct credit checks and obtain copies of income tax returns") are hereby removed.

IT IS SO ORDERED.

DATED: _____ , 2023.

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING
DEFENDANT JOSEPH SULLIVAN'S
UNOPPOSED REQUEST TO MODIFY
CONDITIONS OF SUPERVISION
3:20-CR-00337 WHO