JACOB M. HEATH (SBN 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:   +1 650 614 7400
Facsimile:   +1 650 614 7401

ARAVIND SWAMINATHAN (*Pro Hac Vice*)
aswaminathan@orrick.com
JOHN WOLFE (*Pro Hac Vice*)
wolfe@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone:   +1 206 839 4300
Facsimile:   +1 206 839 4301

*Attorneys for Defendant Joseph Sullivan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SULLIVAN,<br><br>Defendant. | Case No.: 3:20-cr-00337-WHO<br><br>**STIPULATED BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION AND ORDER**<br><br>Hon. William H. Orrick |

**STIPULATION AND ORDER**

On September 27, 2024, Defendant Joseph Sullivan filed a Motion for Early Termination of Probation ("Probation Termination Motion"). *See* ECF No. 283. The government then filed a Motion for Extension of Time to File Response Brief on October 4, 2024. *See* ECF No. 286. On October 7, 2024, the Court granted the government's motion and ordered the government to file its reply or opposition by October 18, 2024. *See* ECF No. 287. The Court also ordered the parties to meet and confer and file a stipulated briefing schedule. *Id.*

Counsel for the government and counsel for Mr. Sullivan have conferred and propose the following briefing schedule for Mr. Sullivan's Probation Termination Motion:

- The Government shall file its Opposition or Reply on or by **October 18, 2024**;
- Mr. Sullivan shall file his Reply (if any) on or by **October 25, 2024**; and
- The hearing shall be set for **October 31, 2024** at 1:30pm.

The undersigned counsel for Mr. Sullivan certifies that he has obtained approval from counsel for the government to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 17, 2024

*/s/ Jacob M. Heath*
JACOB M. HEATH
ARAVIND SWAMINATHAN
JOHN WOLFE
Attorneys for Defendant Joseph Sullivan

DATED: October 17, 2024

*/s/ David Ward*
DAVID WARD
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 21, 2024.

WILLIAM H. ORRICK
United States District Judge

- 1 -

STIPULATED BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION AND [PROPOSED] ORDER
3:20-CR-00337 WHO