# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 16, 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:   Joseph Sullivan
             v. United States
             No. 25-1082
             (Your No. 23-927)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 12, 2026 and placed on the docket March 16, 2026 as No. 25-1082.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst